Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Southeastern Plateworks, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 34-1990002 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4466 Pinson Valley Parkway**<br>**Birmingham, AL 35215** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Jefferson | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Case 17-04113-DSC7　Doc 1　Filed 09/25/17　Entered 09/25/17 12:32:02　Desc Main
Document　　Page 1 of 69

**7.**   **Describe debtor's business**

     A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
         See http://www.uscourts.gov/four-digit-national-association-naics-codes.

         __3323__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

     *Check one:*

     ☐ Chapter 7

     ☐ Chapter 9

     ■ Chapter 11. *Check all that apply:*

         ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

         ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐ A plan is being filed with this petition.

         ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

         ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

     If more than 2 cases, attach a separate list.

     ■ No.

     ☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     List all cases. If more than 1, attach a separate list

     ■ No

     ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **9/25/2017**
      MM / DD / YYYY

X _____
   Signature of authorized representative of debtor

**Ben** Lyon
Printed name

Title   **President**

**18. Signature of attorney**

X _____
   Signature of attorney for debtor

Date **09/25/2017**
     MM / DD / YYYY

**Lee R. Benton**
Printed name

**Benton & Centeno, LLP**
Firm name

**2019 3rd Ave N**
**Birmingham, AL 35203**
Number, Street, City, State & ZIP Code

Contact phone   **205-278-8000**     Email address _____

**ASB-8421-E63L**
Bar number and State

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/25/2017     x _____
                                  Signature of individual signing on behalf of debtor

                                  **Ben Lyon**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Southeastern Plateworks, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................................   $     3,701,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................   $     4,304,085.33

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................................   $     8,005,085.33

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $    10,613,877.29

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $      481,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$      974,702.80

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                 $    12,069,580.09

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $1,150.24 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Iberia Bank** | **Business Checking Account** | 9528 | $188,153.64 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $189,303.88 |
|---|---|

**Part 2:** Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Various Utility Deposits** | $18,189.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.                              $18,189.00

**Part 3    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    1,310,283.00    -                  0.00  = ....      $1,310,283.00
                                    face amount          doubtful or uncollectible accounts


       11b. Over 90 days old:          164,595.00    -                  0.00  =....       $164,595.00
                                    face amount          doubtful or uncollectible accounts


12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.           $1,474,878.00

**Part 4    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.


**Part 5    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Raw Materials | 12/2016 | $288,377.00 | Recent cost | $288,377.00 |
| 20. | Work in progress<br>Work in Progress<br><322,902.00> | | $0.00 | | $0.00 |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.                             $288,377.00

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No. Go to Part 7.
      ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No. Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   Office furniture<br>Various Items of Office Furniture at Location 1<br>(See Depreciation Schedule Attached) | $1,168.79 | | $1,168.79 |
| 40.   Office fixtures | | | |
| 41.   Office equipment, including all computer equipment and communication systems equipment and software<br>Various Items of Computer Equipment at Location 1<br>(See Depreciation Schedule Attached) | $2,582.55 | | $2,582.55 |
|        Various items of computer equipment at Location 2<br>(See Depreciation Schedule Attached) | $128.77 | | $128.77 |
| 42.   Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.                                       $3,880.11

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Trucks and Trailers at Location 1**<br>**(See Depreciation Schedule Attached)** | $26,091.51 | | $26,091.51 |
| 47.2. | **Flatbed Trailer at Location 2**<br>**(See Depreciation Schedule Attached)** | $2,589.30 | | $2,589.30 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Various items of Welding Equipment and<br>Cranes at Location 1**<br>**(See Depreciation Schedule Attached)** | $969,949.59 | | $969,949.59 |
| | **Cranes and other Equipment at Location 2**<br>**(See Depreciation Schedule Attached)** | $828,692.49 | | $828,692.49 |
| | **Various items of machinery and other<br>equipment at Location 2**<br>**(See Depreciation Schedule Attached)** | $401,301.00 | | $401,301.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $2,228,623.89

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 9:   Real property**

54. Does the debtor own or lease any real property?

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

# Southeastern Plateworks, LLC
## Depreciation Expense Report
### As of July 31, 2017

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 1** | | | | | | | | | | | | |
| | | *Department = Automotive Equipment* | | | | | | | | | | |
| 000372 | 04/05/10 | Trailer, 83 x 18 Carhauler | 4,074.79 | A | SLFM | 05 00 | 4,074.79 | 06/30/17 | 4,074.62 | 0.00 | 0.00 | 4,074.62 |
| 000373 | 04/23/13 | 2013 BMW Black 550I Xd | 66,617.00 | A | SLFM | 05 00 | 66,617.00 | 01/31/17 | 48,852.41 | 0.00 | 0.00 | 48,852.41 |
| 000374 | 06/13/06 | 2001 International 4000 S | 18,546.00 | A | SLFM | 05 00 | 18,546.00 | 06/30/17 | 18,546.00 | 0.00 | 0.00 | 18,546.00 |
| 000488 | 04/01/17 | 2006 Chevy 1 ton Pickup | 22,605.00 | A | SLFM | 05 00 | 22,605.00 | 06/30/17 | 0.00 | 376.75 | 1,507.00 | 1,507.00 |
| 000489 | 04/01/17 | Trailer, 102 x 25 Lawrimor | 5,350.00 | A | SLFM | 05 00 | 5,350.00 | 06/30/17 | 0.00 | 89.16 | 356.66 | 356.56 |
| | | *Department = Automotive Equipment* | 117,192.79 | | | | 117,192.79 | | 71,473.03 | 465.91 | 1,863.66 | 73,336.69 |
| | | Less disposals and transfers | (66,617.00) | | | | (66,617.00) | | (48,852.41) | | | (48,852.41) |
| | | Count = 1 | | | | | | | | | | |
| | | Net Subtotal | 50,575.79 | | | | 50,575.79 | | 22,620.62 | 465.91 | 1,863.66 | 24,484.28 |
| | | Count = 4 | | | | | | | | | | |
| | | *Department = Bldg & Improvements* | | | | | | | | | | |
| 000157 | 06/01/04 | Building | 723,000.00 | P | SLFM | 40 00 | 723,000.00 | 06/30/17 | 227,443.75 | 1,506.25 | 10,543.75 | 237,987.50 |
| 000158 | 09/30/04 | Fence | 2,680.02 | P | SLFM | 40 00 | 2,680.02 | 06/30/17 | 820.35 | 5.58 | 39.08 | 859.43 |
| 000159 | 01/31/05 | Fence | 1,140.00 | P | SLFM | 40 00 | 1,140.00 | 06/30/17 | 340.21 | 2.37 | 16.62 | 356.83 |
| 000160 | 05/31/05 | Fence | 4,469.49 | P | SLFM | 40 00 | 4,469.49 | 06/30/17 | 1,294.13 | 9.31 | 65.18 | 1,359.31 |
| 000161 | 06/15/05 | Goodman 4 ton gas furna | 4,800.00 | P | SLFM | 10 00 | 4,800.00 | 06/30/17 | 4,800.00 | 0.00 | 0.00 | 4,800.00 |
| 000162 | 11/10/05 | 5-ton Gas Furnace | 4,800.00 | P | SLFM | 10 00 | 4,800.00 | 06/30/17 | 4,800.00 | 0.00 | 0.00 | 4,800.00 |
| 000163 | 11/10/05 | 4-ton Gas Furnace | 4,500.00 | P | SLFM | 10 00 | 4,500.00 | 06/30/17 | 4,500.00 | 0.00 | 0.00 | 4,500.00 |
| 000164 | 09/18/07 | Flooring for Office | 29,177.46 | P | SLFM | 10 00 | 29,177.46 | 06/30/17 | 26,989.23 | 243.14 | 1,702.01 | 28,691.24 |
| 000165 | 11/30/07 | Painting Offices | 4,121.05 | P | SLFM | 10 00 | 4,121.05 | 06/30/17 | 3,886.71 | 28.29 | 234.34 | 4,121.05 |
| 000166 | 12/18/07 | Gray siding for shop | 9,000.00 | P | SLFM | 10 00 | 9,000.00 | 06/30/17 | 8,100.00 | 75.00 | 525.00 | 8,625.00 |
| 000167 | 01/23/08 | Labor to install siding | 39,714.61 | P | SLFM | 10 00 | 39,714.61 | 06/30/17 | 35,412.59 | 330.95 | 2,316.68 | 37,729.27 |
| 000168 | 01/31/08 | Painting Offices | 207.64 | P | SLFM | 05 00 | 207.64 | 06/30/17 | 207.64 | 0.00 | 0.00 | 207.64 |
| 000169 | 10/30/11 | Flooring for Office (3) | 3,070.00 | P | SLFM | 05 00 | 3,070.00 | 06/30/17 | 3,018.87 | 0.00 | 0.00 | 3,018.87 |
| 000170 | 01/12/12 | Sheet wall to exterior rear | 18,723.00 | P | SLFM | 10 00 | 18,723.00 | 06/30/17 | 9,361.55 | 156.02 | 1,092.17 | 10,453.72 |
| 000171 | 04/04/12 | 5 Ton AC Condenser Unit | 5,444.00 | P | SLFM | 10 00 | 5,444.00 | 06/30/17 | 2,585.94 | 45.36 | 317.56 | 2,903.50 |
| 000172 | 06/22/12 | Exterior second floor stair | 4,085.94 | P | SLFM | 10 00 | 4,085.94 | 06/30/17 | 1,225.78 | 34.05 | 238.34 | 1,464.12 |
| 000173 | 05/05/14 | Exterior second floor stair | 1,485.48 | P | SLFM | 10 00 | 1,485.48 | 06/30/17 | 383.76 | 12.38 | 86.65 | 470.41 |
| 000174 | 05/24/12 | Additional bathroom upsta | 14,063.00 | P | SLFM | 10 00 | 14,063.00 | 06/30/17 | 6,445.52 | 117.19 | 820.34 | 7,265.86 |
| 000175 | 05/24/12 | Walled up upstairs confer | 1,975.00 | P | SLFM | 10 00 | 1,975.00 | 06/30/17 | 905.23 | 16.45 | 115.20 | 1,020.43 |
| 000176 | 06/30/12 | Shop Office Renovations | 4,211.09 | P | SLFM | 10 00 | 4,211.09 | 06/30/17 | 1,894.97 | 35.09 | 245.64 | 2,140.61 |
| 000177 | 06/22/12 | 5-ton Gas Furnace | 6,200.00 | P | SLFM | 05 00 | 6,200.00 | 06/30/17 | 5,683.24 | 0.00 | 516.76 | 6,200.00 |
| 000178 | 09/14/12 | Fuel Tanks, 500 Gallon, 1 | 3,357.80 | P | SLFM | 10 00 | 3,357.80 | 06/30/17 | 1,455.03 | 27.98 | 195.87 | 1,650.90 |
| 000179 | 09/18/12 | Outside Electrical under n | 6,013.98 | P | SLFM | 10 00 | 6,013.98 | 06/30/17 | 2,578.99 | 50.11 | 350.81 | 2,929.80 |
| 000180 | 10/31/12 | Outside Crane Runway - r | 162,543.01 | P | SLFM | 20 00 | 162,543.01 | 06/30/17 | 33,863.06 | 677.26 | 4,740.83 | 38,603.89 |
| 000181 | 04/24/13 | President's Office Update | 1,100.00 | P | SLFM | 05 00 | 1,100.00 | 06/30/17 | 806.64 | 18.33 | 128.33 | 934.97 |
| 000182 | 06/17/13 | Parking Lot Improvement | 29,080.00 | P | SLFM | 10 00 | 29,080.00 | 06/30/17 | 9,935.64 | 242.33 | 1,696.33 | 11,631.97 |
| 000183 | 09/06/13 | Bathroom Renovation | 2,650.00 | P | SLFM | 10 00 | 2,650.00 | 06/30/17 | 861.22 | 22.08 | 154.58 | 1,015.80 |
| 000184 | 11/07/13 | Parking Lot Improvement | 7,270.00 | P | SLFM | 10 00 | 7,270.00 | 05/30/17 | 2,241.56 | 60.58 | 424.08 | 2,665.64 |
| 000185 | 11/26/13 | Estimator's Office Update | 989.00 | P | SLFM | 05 00 | 989.00 | 06/30/17 | 593.37 | 16.48 | 115.38 | 708.75 |
| 000186 | 04/21/14 | Exterior Wall to Paint Bay | 29,567.00 | P | SLFM | 10 00 | 29,567.00 | 06/30/17 | 7,884.52 | 246.39 | 1,724.74 | 9,609.26 |
| 000187 | 07/07/14 | Convert office to two room | 2,800.00 | P | SLFM | 05 00 | 2,800.00 | 06/30/17 | 1,400.02 | 46.66 | 326.66 | 1,726.68 |
| 000188 | 01/19/07 | Plate for jigs | 3,674.87 | P | SLFM | 05 00 | 3,674.87 | 06/30/17 | 3,674.87 | 0.00 | 0.00 | 3,674.87 |
| 000468 | 07/31/15 | 2015 Leasehold Improver | 8,957.10 | P | SLFM | 10 00 | 8,957.10 | 06/30/17 | 1,345.07 | 74.73 | 523.06 | 1,868.15 |
| 000490 | 04/01/17 | Tile 2 Offices in Main Bldg | 3,392.00 | P | SLFM | 10 00 | 3,392.00 | 06/30/17 | 0.00 | 28.26 | 113.06 | 113.06 |
| 000492 | 07/01/17 | 5-ton Gas Furnace | 5,942.00 | P | SLFM | 10 00 | 5,942.00 | | 0.00 | 49.51 | 49.51 | 49.51 |

# Southeastern Plateworks, LLC
## Depreciation Expense Report
### As of July 31, 2017

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 1** | | | | | | | | | | | | |
| | *Department = Bldg & Improvements* | | 1,154,214.54 | | | | 1,154,214.54 | | 416,739.46 | 4,178.13 | 29,418.58 | 446,158.04 |
| | Less disposals and transfers | | (4,800.00) | | | | (4,800.00) | | (4,800.00) | | | (4,800.00) |
| | Count = 1 | | | | | | | | | | | |
| | Net Subtotal | | 1,149,414.54 | G/L | | | 1,149,414.54 | | 411,939.46 | 4,178.13 | 29,418.58 | 441,358.04 G/L |
| | Count = 34 | | | | | | | | | | | |
| | *Department = Computer Equipment* | | | | | | | | | | | |
| 000375 | 09/12/11 | Printer, Ricoh MP161SPF | 1,403.44 | P | SLFM | 03 00 | 1,403.44 | 06/30/17 | 1,403.44 | 0.00 | 0.00 | 1,403.44 |
| 000376 | 11/28/11 | HP Proliant DL385 G6/G2 | 13,413.83 | P | SLFM | 03 00 | 13,413.83 | 06/30/17 | 13,041.27 | 0.00 | 0.00 | 13,041.27 |
| 000377 | 01/24/12 | Climate control for compu | 938.72 | P | SLFM | 03 00 | 938.72 | 06/30/17 | 912.69 | 0.00 | 0.00 | 912.69 |
| 000378 | 01/26/12 | Laptop, Alienware M14x, I | 1,690.25 | P | SLFM | 03 00 | 1,690.25 | 06/30/17 | 1,643.29 | 0.00 | 0.00 | 1,643.29 |
| 000379 | 01/26/12 | Laptop, Alienware M14x, I | 2,755.73 | P | SLFM | 03 00 | 2,755.73 | 06/30/17 | 2,679.21 | 0.00 | 0.00 | 2,679.21 |
| 000380 | 03/06/12 | Laptop, Alienware M11x, I | 1,908.49 | P | SLFM | 03 00 | 1,908.49 | 06/30/17 | 1,908.49 | 0.00 | 0.00 | 1,908.49 |
| 000381 | 03/20/12 | CPU, Dell Optiplex 790 D | 800.80 | P | SLFM | 03 00 | 800.80 | 06/30/17 | 778.51 | 0.00 | 0.00 | 778.51 |
| 000382 | 03/20/12 | CPU, Dell Optiplex 790 D | 800.81 | P | SLFM | 03 00 | 800.81 | 06/30/17 | 778.53 | 0.00 | 0.00 | 778.53 |
| 000383 | 03/20/12 | CPU, Dell Optiplex 790 D | 800.80 | P | SLFM | 03 00 | 800.80 | 06/30/17 | 778.51 | 0.00 | 0.00 | 778.51 |
| 000384 | 03/20/12 | CPU, Dell Optiplex 790 D | 800.80 | P | SLFM | 03 00 | 800.80 | 06/30/17 | 778.51 | 0.00 | 0.00 | 778.51 |
| 000385 | 03/20/12 | CPU, Dell Optiplex 790 D | 800.80 | P | SLFM | 03 00 | 800.80 | 06/30/17 | 778.51 | 0.00 | 0.00 | 778.51 |
| 000386 | 03/20/12 | CPU, Dell Optiplex 790 D | 800.80 | P | SLFM | 03 00 | 800.80 | 06/30/17 | 778.51 | 0.00 | 0.00 | 778.51 |
| 000387 | 03/31/12 | Acer Monitor, 24" Widescr | 137.11 | P | SLFM | 03 00 | 137.11 | 06/30/17 | 133.32 | 0.00 | 0.00 | 133.32 |
| 000388 | 03/31/12 | Acer Monitor, 24" Widescr | 137.12 | P | SLFM | 03 00 | 137.12 | 06/30/17 | 133.33 | 0.00 | 0.00 | 133.33 |
| 000389 | 03/31/12 | Acer Monitor, 24" Widescr | 137.12 | P | SLFM | 03 00 | 137.12 | 06/30/17 | 133.33 | 0.00 | 0.00 | 133.33 |
| 000390 | 03/31/12 | Acer Monitor, 24" Widescr | 137.12 | P | SLFM | 03 00 | 137.12 | 06/30/17 | 133.33 | 0.00 | 0.00 | 133.33 |
| 000391 | 08/17/12 | Laptop, Alienware M17XF | 2,246.12 | P | SLFM | 03 00 | 2,246.12 | 06/30/17 | 2,183.71 | 0.00 | 0.00 | 2,183.71 |
| 000392 | 09/14/12 | Ricoh FS-2020D Printer | 530.00 | P | SLFM | 03 00 | 530.00 | 06/30/17 | 530.00 | 0.00 | 0.00 | 530.00 |
| 000393 | 09/17/12 | Sonic Firewall | 799.00 | P | SLFM | 03 00 | 799.00 | 06/30/17 | 776.76 | 0.00 | 0.00 | 776.76 |
| 000394 | 01/28/13 | Laptop, Alienware M14X I | 1,897.65 | P | SLFM | 03 00 | 1,897.65 | 06/30/17 | 1,844.88 | 0.00 | 0.00 | 1,844.88 |
| 000395 | 01/25/13 | Okidata MC361 Printer/Cc | 586.84 | P | SLFM | 03 00 | 586.84 | 06/30/17 | 570.51 | 0.00 | 0.00 | 570.51 |
| 000396 | 02/20/13 | Laptop, Dell Latitude E65 | 1,476.32 | P | SLFM | 03 00 | 1,476.32 | 06/30/17 | 1,435.34 | 0.00 | 0.00 | 1,435.34 |
| 000398 | 02/21/13 | Dell Optiplex 9010 Desktc | 899.20 | P | SLFM | 03 00 | 899.20 | 06/30/17 | 874.27 | 0.00 | 0.00 | 874.27 |
| 000399 | 02/21/13 | Dell Optiplex 9010 Desktc | 899.20 | P | SLFM | 03 00 | 899.20 | 06/30/17 | 874.27 | 0.00 | 0.00 | 874.27 |
| 000400 | 04/23/13 | Dell PowerEdge T320 Fal | 4,293.28 | P | SLFM | 03 00 | 4,293.28 | 06/30/17 | 4,174.06 | 0.00 | 0.00 | 4,174.06 |
| 000401 | 05/01/13 | Laptop, Alienware M17XF | 1,415.99 | P | SLFM | 03 00 | 1,415.99 | 06/30/17 | 1,415.99 | 0.00 | 0.00 | 1,415.99 |
| 000402 | 08/01/13 | Dell OptiPlex 3010DT | 624.34 | P | SLFM | 03 00 | 624.34 | 06/30/17 | 624.34 | 0.00 | 0.00 | 624.34 |
| 000403 | 08/01/13 | Dell OptiPlex 3010DT | 624.34 | P | SLFM | 03 00 | 624.34 | 06/30/17 | 624.34 | 0.00 | 0.00 | 624.34 |
| 000404 | 08/01/13 | Dell OptiPlex 3010DT | 624.34 | P | SLFM | 03 00 | 624.34 | 06/30/17 | 624.34 | 0.00 | 0.00 | 624.34 |
| 000405 | 10/04/13 | PowerEdge T320 - Timbe | 4,181.80 | P | SLFM | 03 00 | 4,181.80 | 06/30/17 | 4,181.80 | 0.00 | 0.00 | 4,181.80 |
| 000406 | 10/17/13 | Dell OptiPlex 3010 Desktc | 682.32 | P | SLFM | 03 00 | 682.32 | 06/30/17 | 663.33 | 0.00 | 0.00 | 663.33 |
| 000407 | 10/17/13 | Dell OptiPlex 3010 Desktc | 682.31 | P | SLFM | 03 00 | 682.31 | 06/30/17 | 663.33 | 0.00 | 0.00 | 663.33 |
| 000408 | 10/17/13 | Dell OptiPlex 3010 Desktc | 682.31 | P | SLFM | 03 00 | 682.31 | 06/30/17 | 663.33 | 0.00 | 0.00 | 663.33 |
| 000409 | 01/06/14 | Dell Notebook, M14XR2, , | 1,535.92 | P | SLFM | 03 00 | 1,535.92 | 06/30/17 | 1,535.92 | 0.00 | 0.00 | 1,535.92 |
| 000410 | 01/09/14 | Dell OptiPlex 3010DT | 690.11 | P | SLFM | 03 00 | 690.11 | 06/30/17 | 690.11 | 0.00 | 0.00 | 690.11 |
| 000411 | 01/09/14 | Dell OptiPlex 3010DT | 690.10 | P | SLFM | 03 00 | 690.10 | 06/30/17 | 690.10 | 0.00 | 0.00 | 690.10 |
| 000412 | 01/09/14 | Dell OptiPlex 3010DT | 690.10 | P | SLFM | 03 00 | 690.10 | 06/30/17 | 690.10 | 0.00 | 0.00 | 690.10 |
| 000413 | 10/01/14 | Sage Fixed Assets Softwa | 5,046.87 | P | SLFM | 03 00 | 5,046.87 | 06/30/17 | 3,785.15 | 140.19 | 981.33 | 4,766.48 |
| 000414 | 06/31/04 | FabTrol Software | 10,429.00 | P | SLFM | 05 00 | 10,429.00 | 06/30/17 | 10,429.00 | 0.00 | 0.00 | 10,429.00 |
| 000415 | 11/16/05 | FabTrol Software - 2 Seat | 8,031.00 | P | SLFM | 05 00 | 8,031.00 | 05/30/17 | 8,031.00 | 0.00 | 0.00 | 8,031.00 |
| 000416 | 10/03/06 | Dual Core Xeon Processc | 2,528.90 | P | SLFM | 03 00 | 2,528.90 | 06/30/17 | 2,528.90 | 0.00 | 0.00 | 2,528.90 |
| 000417 | 01/30/07 | Monitor, VA1912wb, 19", I | 238.71 | P | SLFM | 03 00 | 238.71 | 05/30/17 | 238.71 | 0.00 | 0.00 | 238.71 |
| 000418 | 02/07/07 | Dell UltraSharp 1907FP, 1 | 318.98 | P | SLFM | 03 00 | 318.98 | 06/30/17 | 318.98 | 0.00 | 0.00 | 318.98 |
| 000419 | 02/09/07 | Dell Dimension C521 CPL | 576.61 | P | SLFM | 03 00 | 576.61 | 06/30/17 | 576.61 | 0.00 | 0.00 | 576.61 |
| 000420 | 02/09/07 | Dell UltraSharp 1907FP, ' | 318.98 | P | SLFM | 03 00 | 318.98 | 06/30/17 | 318.98 | 0.00 | 0.00 | 318.98 |

Case 17-04113-DSC7   Doc 1   Filed 09/25/17   Entered 09/25/17 12:32:02   Desc Main
Document      Page 12 of 69

## Southeastern Plateworks, LLC
### Depreciation Expense Report
### As of July 31, 2017

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 1** | | | | | | | | | | | | |
| | | **Department = Computer Equipment** | | | | | | | | | | |
| 000421 | 03/02/07 | ViewSonic 19" LCD Monit | 227.81 | P | SLFM | 03 00 | 227.81 | 06/30/17 | 227.81 | 0.00 | 0.00 | 227.81 |
| 000422 | 03/02/07 | ViewSonic 19" LCD Monit | 227.81 | P | SLFM | 03 00 | 227.81 | 06/30/17 | 227.81 | 0.00 | 0.00 | 227.81 |
| 000423 | 03/02/07 | Dell OptiPlex 745, Pentiur | 696.49 | P | SLFM | 03 00 | 696.49 | 06/30/17 | 696.49 | 0.00 | 0.00 | 696.49 |
| 000425 | 03/19/07 | Sceptre X20WG Monitor, | 270.52 | P | SLFM | 03 00 | 270.52 | 06/30/17 | 270.52 | 0.00 | 0.00 | 270.52 |
| 000426 | 03/22/07 | Dell OptiPlex 745, Pentiur | 891.71 | P | SLFM | 03 00 | 891.71 | 06/30/17 | 891.71 | 0.00 | 0.00 | 891.71 |
| 000427 | 03/22/07 | Dell OptiPlex GX620, Pen | 870.91 | P | SLFM | 03 00 | 870.91 | 06/30/17 | 870.91 | 0.00 | 0.00 | 870.91 |
| 000428 | 03/22/07 | Dell OptiPlex 745, Pentiur | 891.73 | P | SLFM | 03 00 | 891.73 | 06/30/17 | 891.73 | 0.00 | 0.00 | 891.73 |
| 000429 | 03/22/07 | Dell OptiPlex 745, Intel C | 914.45 | P | SLFM | 03 00 | 914.45 | 06/30/17 | 914.45 | 0.00 | 0.00 | 914.45 |
| 000430 | 03/22/07 | Dell OptiPlex GX620, Pen | 960.38 | P | SLFM | 03 00 | 960.38 | 06/30/17 | 960.38 | 0.00 | 0.00 | 960.38 |
| 000431 | 03/26/07 | Sceptre 20.1" LCD Monitc | 111.98 | P | SLFM | 03 00 | 111.98 | 06/30/17 | 111.98 | 0.00 | 0.00 | 111.98 |
| 000432 | 03/26/07 | Sceptre 20.1" LCD Monitc | 111.98 | P | SLFM | 03 00 | 111.98 | 06/30/17 | 111.98 | 0.00 | 0.00 | 111.98 |
| 000433 | 04/12/07 | Fastcam Licensing 3 Sea | 1,356.50 | P | SLFM | 03 00 | 1,356.50 | 06/30/17 | 1,356.50 | 0.00 | 0.00 | 1,356.50 |
| 000434 | 04/29/07 | Printer, Kyocera FS-4000 | 1,881.50 | P | SLFM | 03 00 | 1,881.50 | 06/30/17 | 1,881.50 | 0.00 | 0.00 | 1,881.50 |
| 000435 | 06/28/07 | Monitor, Sceptre X23WP, | 256.87 | P | SLFM | 03 00 | 256.87 | 06/30/17 | 256.87 | 0.00 | 0.00 | 256.87 |
| 000436 | 07/18/07 | Monitor, X23WG - 1080P | 219.99 | P | SLFM | 03 00 | 219.99 | 06/30/17 | 219.99 | 0.00 | 0.00 | 219.99 |
| 000437 | 09/20/07 | AutoCad, Server Reprode | 19,513.70 | P | SLFM | 03 00 | 19,513.70 | 06/30/17 | 19,513.70 | 0.00 | 0.00 | 19,513.70 |
| 000438 | 02/14/08 | Dell Core Duo E4400, 75! | 952.93 | P | SLFM | 03 00 | 952.93 | 06/30/17 | 952.93 | 0.00 | 0.00 | 952.93 |
| 000439 | 02/14/08 | Dell Core Duo E4400, 75! | 702.88 | P | SLFM | 03 00 | 702.88 | 06/30/17 | 702.88 | 0.00 | 0.00 | 702.88 |
| 000440 | 02/14/08 | 19" Widescreen Monitor, | 81.31 | P | SLFM | 03 00 | 81.31 | 06/30/17 | 81.31 | 0.00 | 0.00 | 81.31 |
| 000441 | 02/14/08 | 19" Widescreen Monitor, | 81.30 | P | SLFM | 03 00 | 81.30 | 06/30/17 | 81.30 | 0.00 | 0.00 | 81.30 |
| 000442 | 07/02/08 | Dell Core Xeon Processo | 3,561.88 | P | SLFM | 03 00 | 3,561.88 | 06/30/17 | 3,561.88 | 0.00 | 0.00 | 3,561.88 |
| 000443 | 04/25/09 | Monitor, 22" AOC 2230Fh | 181.98 | P | SLFM | 03 00 | 181.98 | 06/30/17 | 181.98 | 0.00 | 0.00 | 181.98 |
| 000444 | 02/03/10 | Printer, Kyocera EP-470C | 530.00 | P | SLFM | 03 00 | 530.00 | 06/30/17 | 530.00 | 0.00 | 0.00 | 530.00 |
| 000449 | 01/20/15 | Monitor, HP LV2311, 23" I | 135.58 | P | SLFM | 03 00 | 135.58 | 06/30/17 | 90.38 | 3.77 | 26.36 | 116.74 |
| 000450 | 01/20/15 | Monitor, HP LV2311, 23" I | 135.59 | P | SLFM | 03 00 | 135.59 | 06/30/17 | 90.40 | 3.76 | 26.36 | 116.76 |
| 000451 | 01/16/15 | CPU, Dell OptiPlex 7020 I | 837.12 | P | SLFM | 03 00 | 837.12 | 06/30/17 | 558.08 | 23.25 | 162.77 | 720.85 |
| 000452 | 01/16/15 | CPU, Dell Optiplex 7020 I | 837.11 | P | SLFM | 03 00 | 837.11 | 06/30/17 | 558.08 | 23.25 | 162.77 | 720.85 |
| 000477 | 02/01/16 | Computer, Alienware 15 N | 1,880.48 | P | SLFM | 03 00 | 1,880.48 | 06/30/17 | 574.59 | 52.24 | 365.65 | 940.24 |
| | | **Department = Computer Equipment** | 121,026.87 | | | | 121,026.87 | | 116,719.08 | 246.46 | 1,725.24 | 118,444.32 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | | 0.00 | | | 0.00 |
| | | Count = 0 | | | | | | | | | | |
| | | Net Subtotal | 121,026.87 G/L | | | | 121,026.87 | | 116,719.08 | 246.46 | 1,725.24 | 118,444.32 G/L |
| | | Count = 73 | | | | | | | | | | |
| | | **Department = Furniture & Fixtures** | | | | | | | | | | |
| 000349 | 02/29/08 | Telephone System, Interti | 35,742.20 | P | SLFM | 07 00 | 35,742.20 | 06/30/17 | 35,316.50 | 0.00 | 0.00 | 35,316.50 |
| 000350 | 06/05/09 | Ricoh 4000SP B&W Copi | 12,626.88 | P | SLFM | 04 00 | 12,626.88 | 06/30/17 | 12,626.88 | 0.00 | 0.00 | 12,626.88 |
| 000351 | 06/05/13 | Buyout Ricoh 4000SP Co | 1,041.60 | P | SLFM | 01 00 | 1,041.60 | 06/30/17 | 1,041.60 | 0.00 | 0.00 | 1,041.60 |
| 000352 | 12/31/10 | Fax Machine, KM-1820 | 655.76 | P | SLFM | 03 00 | 655.76 | 06/30/17 | 655.76 | 0.00 | 0.00 | 655.76 |
| 000353 | 02/06/13 | IRA 4045 Cannon Copier/ | 7,430.60 | P | SLFM | 05 00 | 7,430.60 | 06/30/17 | 5,820.61 | 123.84 | 866.90 | 6,687.51 |
| 000354 | 06/01/04 | Mita fax, LDS 850 | 400.00 | P | SLFM | 05 00 | 400.00 | 06/30/17 | 400.00 | 0.00 | 0.00 | 400.00 |
| 000355 | 06/01/04 | Mita copier, DC 2360 | 1,700.00 | P | SLFM | 05 00 | 1,700.00 | 06/30/17 | 1,700.00 | 0.00 | 0.00 | 1,700.00 |
| 000356 | 06/01/04 | Mita fax, LDC 870 | 400.00 | P | SLFM | 05 00 | 400.00 | 06/30/17 | 400.00 | 0.00 | 0.00 | 400.00 |
| 000357 | 06/01/04 | 19" RCA TV/VCR | 400.00 | P | SLFM | 05 00 | 400.00 | 06/30/17 | 400.00 | 0.00 | 0.00 | 400.00 |
| 000358 | 06/01/04 | Brother typewriter, SX 40( | 50.00 | P | SLFM | 05 00 | 50.00 | 06/30/17 | 50.00 | 0.00 | 0.00 | 50.00 |
| 000359 | 06/01/04 | IBM Selectic 3 Typewrite | 50.00 | P | SLFM | 05 00 | 50.00 | 06/30/17 | 50.00 | 0.00 | 0.00 | 50.00 |
| 000360 | 06/01/04 | Office Furniture | 10,000.00 | P | SLFM | 05 00 | 10,000.00 | 06/30/17 | 10,000.00 | 0.00 | 0.00 | 10,000.00 |
| 000361 | 12/02/05 | Roper Refrigerator, Mode | 503.78 | P | SLFM | 05 00 | 503.78 | 06/30/17 | 503.78 | 0.00 | 0.00 | 503.78 |
| 000362 | 05/01/04 | Frigidaire, 30" Electric Rai | 403.64 | P | SLFM | 05 00 | 403.64 | 06/30/17 | 403.64 | 0.00 | 0.00 | 403.64 |
| 000363 | 05/01/07 | Over the Range Microwav | 299.37 | P | SLFM | 05 00 | 299.37 | 06/30/17 | 299.37 | 0.00 | 0.00 | 299.37 |
| 000364 | 09/17/07 | Receptionist Desk w 2-dr | 2,065.76 | P | SLFM | 05 00 | 2,065.76 | 06/30/17 | 2,065.76 | 0.00 | 0.00 | 2,065.76 |

Case 17-04113-DSC7   Doc 1   Filed 09/25/17   Entered 09/25/17 12:32:02   Desc Main
Document   Page 13 of 69

# Southeastern Plateworks, LLC
## Depreciation Expense Report
### As of July 31, 2017

Book = AMT

FYE Month = December

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 1** | | | | | | | | | | | | |
| **Department = Furniture & Fixtures** | | | | | | | | | | | | |
| 000365 | 09/22/07 | Conference Table, black, | 926.50 | P | SLFM | 05 00 | 926.50 | 06/30/17 | 926.50 | 0.00 | 0.00 | 926.50 |
| 000366 | 10/23/07 | Furniture for break room - | 1,864.99 | P | SLFM | 05 00 | 1,864.99 | 06/30/17 | 1,864.99 | 0.00 | 0.00 | 1,864.99 |
| 000367 | 10/15/07 | Hansen Cherry Lateral Fil | 338.89 | P | SLFM | 05 00 | 338.89 | 06/30/17 | 338.89 | 0.00 | 0.00 | 338.89 |
| 000368 | 10/31/07 | 4 - Madison Side Chairs fo | 709.16 | P | SLFM | 05 00 | 709.16 | 06/30/17 | 709.16 | 0.00 | 0.00 | 709.16 |
| 000369 | 11/13/07 | Furniture for reception are | 751.30 | P | SLFM | 05 00 | 751.30 | 06/30/17 | 751.30 | 0.00 | 0.00 | 751.30 |
| 000370 | 11/15/07 | Oak Kitchen table w/8 cha | 850.00 | P | SLFM | 05 00 | 850.00 | 06/30/17 | 850.00 | 0.00 | 0.00 | 850.00 |
| 000371 | 08/11/08 | Executive desk with hutch | 1,438.00 | P | SLFM | 05 00 | 1,438.00 | 06/30/17 | 1,438.00 | 0.00 | 0.00 | 1,438.00 |
| | | **Department = Furniture & Fixtures** | 80,648.43 | | | | 80,648.43 | | 78,612.74 | 123.84 | 866.90 | 79,479.64 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | | 0.00 | | | 0.00 |
| | | Count = 0 | | | | | | | | | | |
| | | Net Subtotal | 80,648.43 | GLV | | | 80,648.43 | | 78,612.74 | 123.84 | 866.90 | 79,479.64 GW |
| | | Count = 23 | | | | | | | | | | |
| **Department = Machinery & Equipment** | | | | | | | | | | | | |
| 000189 | 06/01/04 | Horizontal Band Saw, Hyc | 15,000.00 | P | SLFM | 10 00 | 15,000.00 | 06/30/17 | 15,000.00 | 0.00 | 0.00 | 15,000.00 |
| 000190 | 06/01/04 | Flame Cutting System, W | 20,000.00 | P | SLFM | 12 00 | 20,000.00 | 06/30/17 | 20,000.00 | 0.00 | 0.00 | 20,000.00 |
| 000191 | 02/24/13 | Controller for Burny, Gear | 29,130.63 | P | SLFM | 10 00 | 29,130.63 | 06/30/17 | 11,166.78 | 242.75 | 1,599.28 | 12,866.06 |
| 000192 | 06/01/04 | Press Brake, Hydraulic, P | 25,000.00 | P | SLFM | 12 00 | 25,000.00 | 06/30/17 | 6,597.27 | 0.00 | 0.00 | 6,597.27 |
| 000193 | 06/01/04 | Petibone Crane, Mdl 90-S | 20,000.00 | P | SLFM | 12 00 | 20,000.00 | 06/30/17 | 20,000.00 | 0.00 | 0.00 | 20,000.00 |
| 000194 | 10/31/12 | Repairs to Pettibone Cran | 10,524.16 | P | SLFM | 07 00 | 10,524.16 | 06/30/17 | 6,264.41 | 125.29 | 877.01 | 7,141.42 |
| 000195 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000196 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000197 | 06/01/04 | Crane, Bridge, 7.5 ton, Un | 2,854.80 | P | SLFM | 20 00 | 2,854.80 | 06/30/17 | 1,796.15 | 11.89 | 83.26 | 1,879.41 |
| 000198 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000199 | 06/01/04 | Crane, Bridge, 5 ton, Top | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000200 | 06/01/04 | Crane, Bridge, 10 ton, Und | 3,290.95 | P | SLFM | 20 00 | 3,290.95 | 06/30/17 | 2,070.59 | 13.71 | 95.98 | 2,166.57 |
| 000201 | 06/01/04 | Crane, Bridge, 10 ton, Und | 3,290.95 | P | SLFM | 20 00 | 3,290.95 | 06/30/17 | 2,070.59 | 13.71 | 95.98 | 2,166.57 |
| 000202 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000203 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,743.48 | P | SLFM | 20 00 | 2,743.48 | 06/30/17 | 1,726.05 | 11.43 | 80.01 | 1,806.06 |
| 000204 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000205 | 06/01/04 | Crane, Bridge, 10 ton, Und | 3,290.95 | P | SLFM | 20 00 | 3,290.95 | 06/30/17 | 2,070.59 | 13.71 | 95.98 | 2,166.57 |
| 000206 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000207 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,518.71 | 10.06 | 70.40 | 1,589.11 |
| 000208 | 06/01/04 | Crane, Bridge, 15 ton, Top | 4,385.90 | P | SLFM | 20 00 | 4,385.90 | 06/30/17 | 2,759.53 | 18.27 | 127.92 | 2,887.45 |
| 000209 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,743.48 | P | SLFM | 20 00 | 2,743.48 | 06/30/17 | 1,726.05 | 11.43 | 80.01 | 1,806.06 |
| 000210 | 06/01/04 | Crane, Bridge, 10 ton, Und | 3,290.95 | P | SLFM | 20 00 | 3,290.95 | 06/30/17 | 2,070.59 | 13.71 | 95.98 | 2,166.57 |
| 000211 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,743.47 | P | SLFM | 20 00 | 2,743.47 | 06/30/17 | 1,726.05 | 11.43 | 80.01 | 1,806.06 |
| 000212 | 06/01/04 | Crane, Bridge, 5 ton, Top | 2,743.47 | P | SLFM | 20 00 | 2,743.47 | 06/30/17 | 1,726.05 | 11.43 | 80.01 | 1,806.06 |
| 000213 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,398.02 | 10.06 | 70.40 | 1,468.42 |
| 000214 | 06/01/04 | Crane, Bridge, 5 ton, Undo | 2,413.77 | P | SLFM | 20 00 | 2,413.77 | 06/30/17 | 1,398.02 | 10.06 | 70.40 | 1,468.42 |
| 000215 | 06/01/04 | Crane, Bridge, 20 ton, Top | 5,483.90 | P | SLFM | 20 00 | 5,483.90 | 06/30/17 | 3,450.35 | 22.85 | 159.95 | 3,610.30 |
| 000216 | 05/31/12 | Crane, Bridge, 20 ton, Top | 12,909.49 | P | SLFM | 10 00 | 12,909.49 | 06/30/17 | 5,916.86 | 107.58 | 753.05 | 6,669.91 |
| 000217 | 12/01/06 | Kubota L3130DT Tractor, | 18,000.00 | P | SLFM | 07 00 | 18,000.00 | 06/30/17 | 18,000.00 | 0.00 | 0.00 | 18,000.00 |
| 000218 | 02/07/07 | Hyster Forklift, Used, 96" I | 51,888.75 | P | SLFM | 07 00 | 51,888.75 | 06/30/17 | 51,888.75 | 0.00 | 0.00 | 51,888.75 |
| 000219 | 06/01/08 | Hyster H360HD Forklift | 87,851.25 | P | SLFM | 10 00 | 87,851.25 | 06/30/17 | 75,405.61 | 732.09 | 5,124.65 | 80,530.26 |
| 000220 | 06/30/08 | Plasma/Burning Machine | 59,367.90 | P | SLFM | 10 00 | 59,367.90 | 06/30/17 | 50,462.69 | 494.73 | 3,463.12 | 53,925.81 |
| 000221 | 08/11/04 | Crane, 15 ton end trucks \ | 7,313.89 | P | SLFM | 10 00 | 7,313.89 | 06/30/17 | 6,155.88 | 60.95 | 426.64 | 6,582.52 |
| 000222 | 01/09/09 | Plasma/Burning Machine | 1,655.20 | P | SLFM | 05 00 | 1,655.20 | 06/30/17 | 1,600.03 | 0.00 | 0.00 | 1,600.03 |
| 000223 | 01/10/07 | Plasma/Burning Machine | 6,600.00 | P | SLFM | 05 00 | 6,600.00 | 06/30/17 | 6,600.00 | 0.00 | 0.00 | 6,600.00 |
| 000224 | 07/08/09 | Mag Drill, Milwaukee, Elec | 2,190.48 | P | SLFM | 05 00 | 2,190.48 | 06/30/17 | 2,190.48 | 0.00 | 0.00 | 2,190.48 |
| 000225 | 09/16/10 | Welding Positioner, Mode | 5,644.87 | P | SLFM | 05 00 | 5,644.87 | 06/30/17 | 5,550.76 | 0.00 | 0.00 | 5,550.76 |

Case 17-04113-DSC7   Doc 1   Filed 09/25/17   Entered 09/25/17 12:32:02   Desc Main
Document   Page 14 of 69

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Location = 1**

*Department = Machinery & Equipment*

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000226 | 10/30/10 | Duct Welder | 9,728.46 | P | SLFM | 05 00 | 9,728.46 | 06/30/17 | 9,566.30 | 0.00 | 0.00 | 9,566.30 |
| 000227 | 03/24/11 | Plotter, OCE TDS700 | 38,793.24 | P | SLFM | 03 00 | 38,793.24 | 06/30/17 | 38,793.24 | 0.00 | 0.00 | 38,793.24 |
| 000228 | 05/05/11 | Welding/Cutting Machine | 5,327.01 | P | SLFM | 05 00 | 5,327.01 | 06/30/17 | 5,327.01 | 0.00 | 0.00 | 5,327.01 |
| 000229 | 09/20/11 | 35' Manipulator | 3,594.21 | P | SLFM | 05 00 | 3,594.21 | 06/30/17 | 3,007.15 | 0.00 | 0.00 | 3,007.15 |
| 000230 | 12/30/12 | 35' Manipulator | 16,244.64 | P | SLFM | 05 00 | 16,244.64 | 06/30/17 | 13,862.10 | 270.74 | 1,895.20 | 15,757.30 |
| 000231 | 10/11/11 | Air Compressor, Ingersoll- | 24,740.00 | P | SLFM | 05 00 | 24,740.00 | 06/30/17 | 24,740.00 | 0.00 | 0.00 | 24,740.00 |
| 000232 | 11/28/11 | Gearbox for Cranes | 1,308.47 | P | SLFM | 05 00 | 1,308.47 | 06/30/17 | 1,286.68 | 0.00 | 0.00 | 1,286.68 |
| 000233 | 12/19/11 | Tank Turning Rolls | 2,492.29 | P | SLFM | 05 00 | 2,492.29 | 06/30/17 | 2,450.78 | 0.00 | 0.00 | 2,450.78 |
| 000234 | 01/31/12 | Repairs to C-Punch | 3,784.86 | P | SLFM | 05 00 | 3,784.86 | 06/30/17 | 3,721.76 | 0.00 | 0.00 | 3,721.76 |
| 000235 | 02/17/12 | Equipment bought at auct | 1,500.00 | P | SLFM | 05 00 | 1,500.00 | 06/30/17 | 1,450.00 | 0.00 | 25.00 | 1,475.00 |
| 000236 | 02/17/12 | Chop Saw, Type 69 | 250.00 | P | SLFM | 05 00 | 250.00 | 06/30/17 | 241.71 | 0.00 | 4.17 | 245.88 |
| 000237 | 03/05/12 | Shawbox, 5 ton Bridge & I | 12,277.76 | P | SLFM | 10 00 | 12,277.76 | 06/30/17 | 5,934.22 | 102.31 | 716.20 | 6,650.42 |
| 000238 | 11/01/12 | Saw w/rollers | 43,812.98 | P | SLFM | 07 00 | 43,812.98 | 06/30/17 | 26,600.72 | 521.58 | 3,651.08 | 30,251.80 |
| 000239 | 10/31/12 | 25 Ton Crane - Pelham M | 89,184.29 | P | SLFM | 20 00 | 89,184.29 | 06/30/17 | 18,580.05 | 371.60 | 2,601.21 | 21,181.26 |
| 000240 | 09/17/12 | Track Burner w/Victor torc | 1,332.70 | P | SLFM | 07 00 | 1,332.70 | 06/30/17 | 809.20 | 15.87 | 111.06 | 920.26 |
| 000241 | 10/31/12 | Subarc Automated Welde | 4,147.90 | P | SLFM | 07 00 | 4,147.90 | 06/30/17 | 2,469.00 | 49.38 | 345.66 | 2,814.66 |
| 000242 | 11/30/12 | Gas Lines under 25 Ton C | 4,567.80 | P | SLFM | 07 00 | 4,567.80 | 06/30/17 | 2,664.56 | 54.37 | 380.64 | 3,045.20 |
| 000243 | 01/13/13 | Gas Lines under 25 Ton C | 2,500.00 | P | SLFM | 07 00 | 2,500.00 | 06/30/17 | 1,428.56 | 29.76 | 208.33 | 1,636.89 |
| 000244 | 02/05/13 | Used JoBox 60x42x80 (Q | 748.00 | P | SLFM | 07 00 | 748.00 | 06/30/17 | 418.49 | 8.90 | 62.33 | 480.82 |
| 000245 | 05/17/13 | Lincoln DC400 Electric W | 2,370.39 | P | SLFM | 05 00 | 2,370.39 | 06/30/17 | 1,698.85 | 39.50 | 276.54 | 1,975.39 |
| 000246 | 05/17/13 | Lincoln DC400 Electric W | 2,370.38 | P | SLFM | 05 00 | 2,370.38 | 06/30/17 | 1,698.85 | 39.50 | 276.54 | 1,975.39 |
| 000247 | 05/17/13 | Lincoln DC400 Electric W | 2,370.38 | P | SLFM | 05 00 | 2,370.38 | 06/30/17 | 1,698.85 | 39.50 | 276.54 | 1,975.39 |
| 000248 | 05/17/13 | Lincoln DC400 Electric W | 2,370.38 | P | SLFM | 05 00 | 2,370.38 | 05/30/17 | 1,698.85 | 39.50 | 276.54 | 1,975.39 |
| 000249 | 05/17/13 | Lincoln DC400 Electric W | 2,370.38 | P | SLFM | 05 00 | 2,370.38 | 06/30/17 | 1,698.85 | 39.50 | 276.54 | 1,975.39 |
| 000250 | 05/17/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 740.76 | 17.22 | 120.57 | 861.33 |
| 000251 | 05/17/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 740.76 | 17.22 | 120.57 | 861.33 |
| 000252 | 05/17/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 740.76 | 17.22 | 120.57 | 861.33 |
| 000253 | 05/17/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 740.76 | 17.22 | 120.57 | 861.33 |
| 000254 | 05/17/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 740.76 | 17.22 | 120.57 | 861.33 |
| 000255 | 08/01/13 | Lincoln DC400 Electric W | 2,370.38 | P | SLFM | 05 00 | 2,370.38 | 06/30/17 | 1,619.83 | 39.50 | 276.54 | 1,896.37 |
| 000256 | 08/01/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 706.30 | 17.22 | 120.57 | 826.87 |
| 000257 | 09/04/13 | Red-D-Arc LT7 Subarc Tr | 3,913.37 | P | SLFM | 05 00 | 3,913.37 | 06/30/17 | 2,608.86 | 65.22 | 456.55 | 3,065.41 |
| 000258 | 09/04/13 | Gas and Supply Koike IK- | 7,112.60 | P | SLFM | 07 00 | 7,112.60 | 06/30/17 | 3,386.91 | 84.67 | 592.71 | 3,979.62 |
| 000259 | 02/11/14 | Genie Model Z-45/25J Bo | 24,843.75 | P | SLFM | 10 00 | 24,843.75 | 06/30/17 | 7,246.09 | 207.03 | 1,449.22 | 8,695.31 |
| 000260 | 05/07/14 | Lincoln DC400 Electric W | 3,135.89 | P | SLFM | 05 00 | 3,135.89 | 06/30/17 | 1,672.45 | 52.26 | 365.85 | 2,038.30 |
| 000261 | 05/07/14 | Lincoln FL74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 551.23 | 17.22 | 120.57 | 671.80 |
| 000262 | 05/07/14 | Lincoln DC400 Electric W | 3,135.88 | P | SLFM | 05 00 | 3,135.88 | 06/30/17 | 1,672.45 | 52.26 | 365.85 | 2,038.30 |
| 000263 | 05/07/14 | Lincoln FL74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 551.23 | 17.22 | 120.57 | 671.80 |
| 000264 | 05/07/14 | Lincoln FL74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 551.23 | 17.22 | 120.57 | 671.80 |
| 000265 | 09/29/14 | 6 Cubic Foot Blasting Tar | 4,378.50 | P | SLFM | 10 00 | 4,378.50 | 06/30/17 | 1,167.62 | 36.49 | 255.41 | 1,423.03 |
| 000266 | 06/01/04 | Hydraulic Punch, C-Fram | 5,000.00 | P | SLFM | 07 00 | 5,000.00 | 06/30/17 | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| 000267 | 06/01/04 | Horizontal Band Saw, We | 1,000.00 | P | SLFM | 05 00 | 1,000.00 | 06/30/17 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 000268 | 06/01/04 | Tank Turning Rolls, Powe | 2,000.00 | P | SLFM | 05 00 | 2,000.00 | 06/30/17 | 2,000.00 | 0.00 | 0.00 | 2,000.00 |
| 000269 | 06/01/04 | Lincoln Arc Welder, LN-25 | 12,000.00 | P | SLFM | 07 00 | 12,000.00 | 06/30/17 | 12,000.00 | 0.00 | 0.00 | 12,000.00 |
| 000270 | 06/01/04 | Tank Turning Rolls | 1,000.00 | P | SLFM | 05 00 | 1,000.00 | 06/30/17 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 000271 | 06/01/04 | Radial Drill, Cincinnati Bic | 2,500.00 | P | SLFM | 05 00 | 2,500.00 | 06/30/17 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| 000272 | 06/01/04 | Track Torch, mdl GOF-30 | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000273 | 06/01/04 | Air Compressor, Gardner- | 5,000.00 | P | SLFM | 05 00 | 5,000.00 | 06/30/17 | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| 000274 | 06/01/04 | Forklift, Caterpillar Mdl V2 | 10,000.00 | P | SLFM | 07 00 | 10,000.00 | 06/30/17 | 10,000.00 | 0.00 | 0.00 | 10,000.00 |
| 000275 | 06/01/04 | Truck Tractor, Internationa | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000276 | 06/01/04 | Welder, Miller Bobcat 225 | 1,000.00 | P | SLFM | 05 00 | 1,000.00 | 06/30/17 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |

# Southeastern Plateworks, LLC
## Depreciation Expense Report
### As of July 31, 2017

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 1** | | | | | | | | | | | | |
| *Department = Machinery & Equipment* | | | | | | | | | | | | |
| 000277 | 06/01/04 | Sand Blast System, inc rig | 5,000.00 | P | SLFM | 05 00 | 5,000.00 | 06/30/17 | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| 000278 | 06/01/04 | 2 Yard Trailers: Fontaine | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000279 | 06/01/04 | 4 - Paint Spray Rigs, Grac | 2,400.00 | P | SLFM | 05 00 | 2,400.00 | 06/30/17 | 2,400.00 | 0.00 | 0.00 | 2,400.00 |
| 000280 | 06/01/04 | Track Torch Victor VCM 2 | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000281 | 06/01/04 | Dry Rod Oven | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000282 | 06/01/04 | Web C Punch | 3,800.00 | P | SLFM | 05 00 | 3,800.00 | 06/30/17 | 3,800.00 | 0.00 | 0.00 | 3,800.00 |
| 000283 | 06/01/04 | Flange C Punch | 3,800.00 | P | SLFM | 05 00 | 3,800.00 | 06/30/17 | 3,800.00 | 0.00 | 0.00 | 3,800.00 |
| 000284 | 06/01/04 | Small C Punch | 3,800.00 | P | SLFM | 05 00 | 3,800.00 | 06/30/17 | 3,800.00 | 0.00 | 0.00 | 3,800.00 |
| 000285 | 06/01/04 | Dry Rod Oven, Type 900, | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000286 | 06/01/04 | Welding Combo, 600 amp | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000287 | 06/01/04 | Welding Combo, 600 amp | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000288 | 06/01/04 | Welding Power Source, 6 | 250.00 | P | SLFM | 05 00 | 250.00 | 06/30/17 | 250.00 | 0.00 | 0.00 | 250.00 |
| 000289 | 06/01/04 | Welding Power Source, 6 | 250.00 | P | SLFM | 05 00 | 250.00 | 06/30/17 | 250.00 | 0.00 | 0.00 | 250.00 |
| 000290 | 06/01/04 | Welding Stick, 400 amp, C | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000291 | 06/01/04 | Welding Stick, 400 amp, C | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000292 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000293 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000294 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000295 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000296 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000297 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000298 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000299 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000300 | 06/01/04 | Welding Sub-arc, 600 amp | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000301 | 06/01/04 | Welding Sub-arc, 600 amp | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000302 | 06/01/04 | Welding Wire Combo, 600 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000303 | 06/01/04 | Welding Wire Combo, 600 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000304 | 06/01/04 | Welding Wire Combo, 600 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000305 | 06/01/04 | Welding Wire Combo, 600 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000306 | 06/01/04 | Welding Wire Combo, 600 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000307 | 06/01/04 | Welding Wire w/feeder, 45 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000308 | 06/01/04 | Welding Wire w/feeder, 60 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000309 | 06/01/04 | Welding Wire w/feeder, 65 | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000310 | 06/01/04 | Welding Stick, 500 amp, L | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000311 | 06/01/04 | Stud Welder, 140 amp, TF | 200.00 | P | SLFM | 05 00 | 200.00 | 06/30/17 | 200.00 | 0.00 | 0.00 | 200.00 |
| 000312 | 09/30/04 | Fork Lift Repairs | 2,527.35 | P | SLFM | 05 00 | 2,527.35 | 06/30/17 | 2,527.35 | 0.00 | 0.00 | 2,527.35 |
| 000313 | 06/01/05 | Cutting Machine, IK-82, T | 2,589.78 | P | SLFM | 05 00 | 2,589.78 | 06/30/17 | 2,589.78 | 0.00 | 0.00 | 2,589.78 |
| 000314 | 02/08/06 | Ercolina TB60 Pipe Bendi | 14,042.00 | P | SLFM | 05 00 | 14,042.00 | 06/30/17 | 14,042.00 | 0.00 | 0.00 | 14,042.00 |
| 000315 | 05/26/06 | Aircompressor, Ingersoll F | 12,144.71 | P | SLFM | 05 00 | 12,144.71 | 06/30/17 | 12,144.71 | 0.00 | 0.00 | 12,144.71 |
| 000316 | 06/30/06 | 5 Gallon Paint Minimizer | 5,618.00 | P | SLFM | 05 00 | 5,618.00 | 06/30/17 | 5,618.00 | 0.00 | 0.00 | 5,618.00 |
| 000317 | 07/14/06 | Magnetic Drill Press, Milw | 1,985.76 | P | SLFM | 05 00 | 1,985.76 | 06/30/17 | 1,985.76 | 0.00 | 0.00 | 1,985.76 |
| 000318 | 08/18/06 | Used Miller Deltaweld 452 | 1,270.46 | P | SLFM | 05 00 | 1,270.46 | 06/30/17 | 1,270.46 | 0.00 | 0.00 | 1,270.46 |
| 000319 | 08/18/06 | Used Miller S-62 Feeder | 460.13 | P | SLFM | 05 00 | 460.13 | 06/30/17 | 460.13 | 0.00 | 0.00 | 460.13 |
| 000320 | 08/18/06 | Used Miller S-654E Feede | 460.13 | P | SLFM | 05 00 | 460.13 | 06/30/17 | 460.13 | 0.00 | 0.00 | 460.13 |
| 000321 | 08/18/06 | Used Miller Deltaweld 450 | 1,270.45 | P | SLFM | 05 00 | 1,270.45 | 06/30/17 | 1,270.45 | 0.00 | 0.00 | 1,270.45 |
| 000322 | 08/18/06 | Used Miller S-52A Feeder | 460.13 | P | SLFM | 05 00 | 460.13 | 06/30/17 | 460.13 | 0.00 | 0.00 | 460.13 |
| 000323 | 08/15/06 | Beveller 1500-1 | 6,121.47 | P | SLFM | 05 00 | 6,121.47 | 06/30/17 | 6,121.47 | 0.00 | 0.00 | 6,121.47 |
| 000324 | 09/29/06 | Used Miller Deltaweld 650 | 2,852.43 | P | SLFM | 05 00 | 2,852.43 | 06/30/17 | 2,852.43 | 0.00 | 0.00 | 2,852.43 |
| 000325 | 12/06/06 | Used Miller Deltaweld 650 | 1,073.62 | P | SLFM | 05 00 | 1,073.62 | 06/30/17 | 1,073.62 | 0.00 | 0.00 | 1,073.62 |
| 000326 | 12/06/06 | Used Lincoln Welder | 766.88 | P | SLFM | 05 00 | 766.88 | 06/30/17 | 766.88 | 0.00 | 0.00 | 766.88 |
| 000327 | 12/06/06 | R-115 Wirefeeder & Bern | 1,022.50 | P | SLFM | 05 00 | 1,022.50 | 06/30/17 | 1,022.50 | 0.00 | 0.00 | 1,022.50 |

## Southeastern Plateworks, LLC
### Depreciation Expense Report
#### As of July 31, 2017

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Location = 1** | | | | | | | | | | |
| | | *Department = Machinery & Equipment* | | | | | | | | | | |
| 000328 | 01/08/07 | Sand Blasting Pot, 6CF w | 2,501.60 | P | SLFM | 05 00 | 2,501.60 | 06/30/17 | 2,501.60 | 0.00 | 0.00 | 2,501.60 |
| 000329 | 02/01/07 | Scissor Lift, Genie GS324 | 5,696.25 | P | SLFM | 05 00 | 5,696.25 | 06/30/17 | 5,696.25 | 0.00 | 0.00 | 5,696.25 |
| 000330 | 04/13/07 | Lincoln TM 500 Stick Wel | 688.82 | P | SLFM | 05 00 | 688.82 | 06/30/17 | 688.82 | 0.00 | 0.00 | 688.82 |
| 000331 | 05/31/07 | Used Bertsch #75-14 Plat | 38,648.35 | P | SLFM | 05 00 | 38,648.35 | 06/30/17 | 38,648.35 | 0.00 | 0.00 | 38,648.35 |
| 000332 | 06/12/07 | 10 Ton Hoist | 10,590.53 | P | SLFM | 05 00 | 10,590.53 | 06/30/17 | 10,590.53 | 0.00 | 0.00 | 10,590.53 |
| 000333 | 06/14/07 | Used Miller Welding Macl | 443.43 | P | SLFM | 05 00 | 443.43 | 06/30/17 | 443.43 | 0.00 | 0.00 | 443.43 |
| 000334 | 06/14/07 | Used Miller Welding Macl | 443.42 | P | SLFM | 05 00 | 443.42 | 06/30/17 | 443.42 | 0.00 | 0.00 | 443.42 |
| 000335 | 07/23/07 | Lifting Magnet 275 - 2500 | 1,015.76 | P | SLFM | 05 00 | 1,015.76 | 06/30/17 | 1,015.76 | 0.00 | 0.00 | 1,015.76 |
| 000336 | 08/02/07 | Mag Drill, USA 5, 110 Volt | 1,549.17 | P | SLFM | 05 00 | 1,549.17 | 06/30/17 | 1,549.17 | 0.00 | 0.00 | 1,549.17 |
| 000337 | 10/06/07 | 12' Heavy Duty Compour | 733.32 | P | SLFM | 05 00 | 733.32 | 06/30/17 | 733.32 | 0.00 | 0.00 | 733.32 |
| 000338 | 11/26/07 | Arc Welder, Miller | 1,249.09 | P | SLFM | 05 00 | 1,249.09 | 06/30/17 | 1,249.09 | 0.00 | 0.00 | 1,249.09 |
| 000339 | 11/29/07 | 4 x 4 Mag Drill, 110V | 2,160.97 | P | SLFM | 05 00 | 2,160.97 | 06/30/17 | 2,160.97 | 0.00 | 0.00 | 2,160.97 |
| 000340 | 01/07/08 | 7-1/2 Ton Hoist Trolley Ur | 10,914.83 | P | SLFM | 05 00 | 10,914.83 | 06/30/17 | 10,914.83 | 0.00 | 0.00 | 10,914.83 |
| 000341 | 01/31/08 | Gantry/Sub-Arc | 21,811.86 | P | SLFM | 05 00 | 21,811.86 | 06/30/17 | 21,811.86 | 0.00 | 0.00 | 21,811.86 |
| 000342 | 03/31/08 | Used Miller Welding Macl | 1,798.90 | P | SLFM | 05 00 | 1,798.90 | 06/30/17 | 1,798.90 | 0.00 | 0.00 | 1,798.90 |
| 000343 | 04/11/08 | Used Miller Welding Macl | 840.00 | P | SLFM | 05 00 | 840.00 | 06/30/17 | 840.00 | 0.00 | 0.00 | 840.00 |
| 000344 | 04/11/08 | Used Wire Welder & Feec | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000345 | 04/11/08 | Used Wire Welder & Feec | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000346 | 09/16/08 | Radnor Hand Held Plasm | 1,727.39 | P | SLFM | 05 00 | 1,727.39 | 06/30/17 | 1,727.39 | 0.00 | 0.00 | 1,727.39 |
| 000347 | 09/18/08 | Welder, DC500, Model 11 | 4,296.15 | P | SLFM | 05 00 | 4,296.15 | 06/30/17 | 4,296.15 | 0.00 | 0.00 | 4,296.15 |
| 000348 | 10/13/08 | Used Miller Welder & Wire | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000456 | 05/17/15 | Trumpf 1500 Beveller, 2 S | 7,294.17 | P | SLFM | 03 00 | 7,294.17 | 06/30/17 | 3,849.70 | 202.62 | 1,418.31 | 5,268.01 |
| 000463 | 07/09/15 | Heck 8000 Bevel-Mill Plat | 2,395.00 | P | SLFM | 05 00 | 2,395.00 | 06/30/17 | 718.50 | 39.91 | 279.41 | 997.91 |
| 000465 | 07/22/15 | Miller Spectrum 20' Hand | 2,703.00 | P | SLFM | 05 00 | 2,703.00 | 06/30/17 | 810.90 | 45.05 | 315.35 | 1,126.25 |
| 000467 | 07/28/15 | Used Thermal Dynamics I | 2,000.00 | P | SLFM | 05 00 | 2,000.00 | 06/30/17 | 600.00 | 33.33 | 233.33 | 833.33 |
| 000470 | 12/31/15 | 2015 Idealarc Subarc | 24,645.23 | P | SLFM | 05 00 | 24,645.23 | 06/30/17 | 5,339.80 | 410.75 | 2,875.27 | 8,215.07 |
| 000479 | 04/01/16 | Bandsaw Sliding Arm DC | 4,769.99 | P | SLFM | 05 00 | 4,769.99 | 06/30/17 | 636.00 | 79.50 | 556.50 | 1,192.50 |
| 000491 | 04/01/17 | Generator, Miller Bobcat 2 | 4,134.00 | P | SLFM | 10 00 | 4,134.00 | 06/30/17 | 0.00 | 34.45 | 137.80 | 137.80 |
| | | *Department = Machinery & Equipment* | 1,059,522.04 | | | | 1,059,522.04 | | 791,302.15 | 5,177.59 | 36,169.65 | 827,471.80 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | | 0.00 | | | 0.00 |
| | | Count = 0 | | | | | | | | | | |
| | | Net Subtotal | 1,059,522.04 | | | | 1,059,522.04 | | 791,302.15 | 5,177.59 | 36,169.65 | 827,471.80 |
| | | Count = 167 | | | | | | | | | | |
| | | Location = 1 | 2,532,604.67 | | | | 2,532,604.67 | | 1,474,846.46 | 10,191.93 | 70,044.03 | 1,544,890.49 |
| | | Less disposals and transfers | (71,417.00) | | | | (71,417.00) | | (53,652.41) | | | (53,652.41) |
| | | Count = 2 | | | | | | | | | | |
| | | Net Subtotal | 2,461,187.67 | | | | 2,461,187.67 | | 1,421,194.05 | 10,191.93 | 70,044.03 | 1,491,238.08 |
| | | Count = 301 | | | | | | | | | | |
| | | **Location = 2** | | | | | | | | | | |
| | | *Department = Automotive Equipment* | | | | | | | | | | |
| 000485 | 02/01/17 | 2002 Tran Flatbed Trailer | 2,877.00 | A | SLFM | 05 00 | 2,877.00 | 06/30/17 | 0.00 | 47.95 | 287.70 | 287.70 |
| | | *Department = Automotive Equipment* | 2,877.00 | | | | 2,877.00 | | 0.00 | 47.95 | 287.70 | 287.70 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | | 0.00 | | | 0.00 |
| | | Count = 0 | | | | | | | | | | |
| | | Net Subtotal | 2,877.00 | | | | 2,877.00 | | 0.00 | 47.95 | 287.70 | 287.70 |
| | | Count = 1 | | | | | | | | | | |

*Department = Bldg & Improvements*

Case 17-04113-DSC7   Doc 1   Filed 09/25/17   Entered 09/25/17 12:32:02   Desc Main
Document      Page 17 of 69

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Location = 2**

*Department = Bldg & Improvements*

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | 04/28/06 | Building | 637,679.00 | P | SLFM | 35 00 | 637,679.00 | 06/30/17 | 194,340.28 | 1,518.28 | 10,627.98 | 204,968.26 |
| 000002 | 04/28/06 | E.O.T. Crane P & H Hevi I | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000003 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000004 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000005 | 04/28/06 | E.O.T. Crane Dresser/Sha | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000006 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000007 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000008 | 04/28/06 | E.O.T. Crane Shaw Box 7 | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.88 | 1,607.17 |
| 000009 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000010 | 04/28/06 | E.O.T. Crane Yale UHWR | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000011 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000012 | 04/28/06 | E.O.T. Crane Yale TRSG | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000013 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000014 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000015 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000016 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000017 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000018 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000019 | 04/28/06 | E.O.T. Crane Shaw Box T | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000020 | 04/28/06 | E.O.T. Crane Yale UHWR | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000021 | 04/28/06 | Semi Gantry Crane P&H I | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000022 | 04/28/06 | Semi Gantry Crane P&H I | 5,000.00 | P | SLFM | 35 00 | 5,000.00 | 06/30/17 | 1,523.84 | 11.90 | 83.33 | 1,607.17 |
| 000023 | 04/06/06 | Rewire plant | 18,000.00 | P | SLFM | 07 00 | 18,000.00 | 06/30/17 | 18,000.00 | 0.00 | 0.00 | 18,000.00 |
| 000024 | 08/31/06 | Material & labor to build w | 2,669.66 | P | SLFM | 07 00 | 2,669.66 | 06/30/17 | 2,669.66 | 0.00 | 0.00 | 2,669.66 |
| 000025 | 12/31/06 | Material & labor to build C | 6,156.55 | P | SLFM | 07 00 | 6,156.55 | 06/30/17 | 6,156.55 | 0.00 | 0.00 | 6,156.55 |
| 000026 | 06/08/07 | Concrete for burning mac | 1,550.24 | P | SLFM | 07 00 | 1,550.24 | 06/30/17 | 1,550.24 | 0.00 | 0.00 | 1,550.24 |
| 000027 | 04/30/07 | Gravel for shop and drive | 1,964.78 | P | SLFM | 07 00 | 1,964.78 | 06/30/17 | 1,964.78 | 0.00 | 0.00 | 1,964.78 |
| 000028 | 08/27/08 | Flooring for office | 3,945.00 | P | SLFM | 07 00 | 3,945.00 | 06/30/17 | 3,898.06 | 0.00 | 0.00 | 3,898.06 |
| 000029 | 08/31/09 | Specialty Metals Bay Ren | 18,891.95 | P | SLFM | 07 00 | 18,891.95 | 06/30/17 | 18,667.06 | 0.00 | 0.00 | 18,667.06 |
| 000030 | 10/31/09 | Work Tables for new bay | 5,610.77 | P | SLFM | 07 00 | 5,610.77 | 06/30/17 | 5,543.98 | 0.00 | 0.00 | 5,543.98 |
| 000031 | 03/17/11 | New Electrical box/wiring | 8,263.45 | P | SLFM | 07 00 | 8,263.45 | 06/30/17 | 8,263.45 | 0.00 | 0.00 | 8,263.45 |
| 000032 | 12/29/11 | Rewiring Crane Rails | 3,310.82 | P | SLFM | 07 00 | 3,310.82 | 06/30/17 | 2,364.88 | 39.41 | 275.90 | 2,640.78 |
| 000033 | 06/28/12 | 3-1/2 ton Trane A/C Heati | 5,400.00 | P | SLFM | 05 00 | 5,400.00 | 06/30/17 | 4,860.00 | 0.00 | 450.00 | 5,310.00 |
| 000034 | 07/31/12 | Roof Insulation | 19,180.00 | P | SLFM | 15 00 | 19,180.00 | 06/30/17 | 5,647.46 | 106.55 | 745.89 | 6,393.35 |
| 000035 | 09/01/12 | New Roof | 467,700.00 | P | SLFM | 35 00 | 467,700.00 | 06/30/17 | 57,905.73 | 1,113.57 | 7,795.00 | 65,700.73 |
| 000036 | 09/01/12 | Bldg Improvements after t | 269,302.93 | P | SLFM | 35 00 | 269,302.93 | 06/30/17 | 33,342.26 | 641.20 | 4,488.38 | 37,830.66 |
| 000037 | 08/30/12 | 25 ton Crane Runway | 126,645.98 | P | SLFM | 20 00 | 126,645.98 | 06/30/17 | 27,439.97 | 527.69 | 3,693.84 | 31,133.81 |
| 000038 | 04/01/14 | 16 x 16 Portable Building | 2,224.94 | P | SLFM | 10 00 | 2,224.94 | 06/30/17 | 667.47 | 18.54 | 129.78 | 797.25 |
| 000462 | 07/31/15 | 2015 Bldg Improvements | 12,275.08 | P | SLFM | 10 00 | 12,275.08 | 06/30/17 | 1,841.26 | 102.29 | 716.04 | 2,557.30 |
| 000475 | 12/27/16 | Outside Connect/Disconn | 4,500.00 | P | SLFM | 07 00 | 4,500.00 | 06/30/17 | 696.43 | 53.57 | 375.00 | 1,071.43 |
| | | *Department = Bldg & Improvements* | 1,720,271.15 | | | | 1,720,271.15 | | 427,820.18 | 4,371.01 | 31,047.74 | 458,867.92 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | | 0.00 | | | 0.00 |
| | | Count = 0 | | | | | | | | | | |
| | | Net Subtotal | 1,720,271.15 | | | | 1,720,271.15 | | 427,820.18 | 4,371.01 | 31,047.74 | 458,867.92 |
| | | Count = 40 | | | | | | | | | | |

*Department = Computer Equipment*

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000152 | 04/05/10 | Ricoh MP 171SPF Printer | 2,305.08 | P | SLFM | 03 00 | 2,305.08 | 06/30/17 | 2,305.08 | 0.00 | 0.00 | 2,305.08 |
| 000153 | 08/17/12 | Sonic Firewall | 799.00 | P | SLFM | 03 00 | 799.00 | 06/30/17 | 776.80 | 0.00 | 0.00 | 776.80 |
| 000154 | 08/01/13 | Dell OptiPlex 3010DT - Ar | 624.34 | P | SLFM | 03 00 | 624.34 | 06/30/17 | 624.34 | 0.00 | 0.00 | 624.34 |
| 000155 | 11/26/13 | Ricoh MP2501 WP Printe | 3,836.52 | P | SLFM | 03 00 | 3,836.52 | 06/30/17 | 3,729.95 | 0.00 | 0.00 | 3,729.95 |

Case 17-04113-DSC7   Doc 1   Filed 09/25/17   Entered 09/25/17 12:32:02   Desc Main
Document   Page 18 of 69

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 2** | | | | | | | | | | | | |
| | *Department = Computer Equipment* | | 7,564.94 | | | | 7,564.94 | | 7,436.17 | 0.00 | 0.00 | 7,436.17 |
| | Less disposals and transfers | | 0.00 | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | | | | | | |
| | Net Subtotal | | 7,564.94 | | | | 7,564.94 | | 7,436.17 | 0.00 | 0.00 | 7,436.17 _sub_ |
| | Count = 4 | | | | | | | | | | | |
| | *Department = Machinery & Equipment* | | | | | | | | | | | |
| 000039 | 06/01/06 | Forklift: Caterpillar Model | 10,000.00 | P | SLFM | 07 00 | 10,000.00 | 06/30/17 | 10,000.00 | 0.00 | 0.00 | 10,000.00 |
| 000040 | 06/01/06 | Iron Master: HYDRACOR | 8,000.00 | P | SLFM | 07 00 | 8,000.00 | 06/30/17 | 8,000.00 | 0.00 | 0.00 | 8,000.00 |
| 000041 | 06/01/06 | Miller Deltaweld 450 DC / | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000042 | 06/01/06 | Miller Deltaweld 450 DC / | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000043 | 06/01/06 | Miller Deltaweld 450 DC / | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000044 | 06/01/06 | Miller A.C. Arc Welder Mo | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000045 | 06/01/06 | Horizontal Band Saw, Md | 1,000.00 | P | SLFM | 05 00 | 1,000.00 | 06/30/17 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 000046 | 06/01/06 | Lincoln Electric DC-600 V | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000047 | 06/01/06 | Hobart Excel Arc 6045 D( | 300.00 | P | SLFM | 05 00 | 300.00 | 06/30/17 | 300.00 | 0.00 | 0.00 | 300.00 |
| 000048 | 06/01/06 | Idealarc DC-600 DC arc v | 500.00 | P | SLFM | 05 00 | 500.00 | 06/30/17 | 500.00 | 0.00 | 0.00 | 500.00 |
| 000049 | 06/01/06 | Lincoln Electric DC-600 W | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000050 | 06/01/06 | Idealarc DC-600 DC arc v | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000051 | 06/01/06 | Idealarc DC-600 DC arc v | 800.00 | P | SLFM | 05 00 | 800.00 | 06/30/17 | 800.00 | 0.00 | 0.00 | 800.00 |
| 000052 | 06/01/06 | 1 - Paint Spray Rigs, Grac | 600.00 | P | SLFM | 05 00 | 600.00 | 06/30/17 | 600.00 | 0.00 | 0.00 | 600.00 |
| 000053 | 06/01/04 | Paint Spray Rig, Graco, M | 5,000.00 | P | SLFM | 05 00 | 5,000.00 | 06/30/17 | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| 000054 | 06/01/04 | CMC Plasma Burning Sys | 20,700.00 | P | SLFM | 12 00 | 20,700.00 | 06/30/17 | 20,700.00 | 0.00 | 0.00 | 20,700.00 |
| 000055 | 08/07/06 | Air Compressor: Ingersoll | 12,407.02 | P | SLFM | 07 00 | 12,407.02 | 06/30/17 | 12,407.02 | 0.00 | 0.00 | 12,407.02 |
| 000056 | 08/16/06 | Used Miller S-52A Feeder | 460.13 | P | SLFM | 05 00 | 460.13 | 06/30/17 | 460.13 | 0.00 | 0.00 | 460.13 |
| 000057 | 08/16/06 | Used Miller Deltaweld 45' | 1,267.90 | P | SLFM | 05 00 | 1,267.90 | 06/30/17 | 1,267.90 | 0.00 | 0.00 | 1,267.90 |
| 000058 | 08/16/06 | Used Miller S-64 Feeder | 460.13 | P | SLFM | 05 00 | 460.13 | 06/30/17 | 460.13 | 0.00 | 0.00 | 460.13 |
| 000059 | 08/16/06 | Used Miller Deltaweld 45' | 1,267.90 | P | SLFM | 05 00 | 1,267.90 | 06/30/17 | 1,267.90 | 0.00 | 0.00 | 1,267.90 |
| 000060 | 08/16/06 | Used Miller S-64 Feeder | 460.13 | P | SLFM | 05 00 | 460.13 | 06/30/17 | 460.13 | 0.00 | 0.00 | 460.13 |
| 000061 | 08/18/06 | Used Miller Deltaweld 450 | 1,267.90 | P | SLFM | 05 00 | 1,267.90 | 06/30/17 | 1,267.90 | 0.00 | 0.00 | 1,267.90 |
| 000062 | 09/11/06 | Hyd-Mech M16A Band Sa | 41,386.61 | P | SLFM | 05 00 | 41,386.61 | 06/30/17 | 41,386.61 | 0.00 | 0.00 | 41,386.61 |
| 000063 | 10/05/06 | Used Miller Deltaweld 45' | 2,852.43 | P | SLFM | 05 00 | 2,852.43 | 06/30/17 | 2,852.43 | 0.00 | 0.00 | 2,852.43 |
| 000064 | 12/29/06 | Lincoln Welding Machine, | 795.00 | P | SLFM | 05 00 | 795.00 | 06/30/17 | 795.00 | 0.00 | 0.00 | 795.00 |
| 000065 | 12/29/06 | Lincoln Welding Machine, | 795.00 | P | SLFM | 05 00 | 795.00 | 06/30/17 | 795.00 | 0.00 | 0.00 | 795.00 |
| 000066 | 12/06/06 | R-115 Wirefeeder & Bern: | 1,022.50 | P | SLFM | 05 00 | 1,022.50 | 06/30/17 | 1,022.50 | 0.00 | 0.00 | 1,022.50 |
| 000067 | 02/01/07 | Scissor Lift, JLG Model 3: | 9,303.75 | P | SLFM | 05 00 | 9,303.75 | 06/30/17 | 9,303.75 | 0.00 | 0.00 | 9,303.75 |
| 000068 | 03/31/07 | Burning Machine | 162,894.13 | P | SLFM | 10 00 | 162,894.13 | 06/30/17 | 158,821.75 | 0.00 | 2,714.90 | 161,536.65 |
| 000069 | 04/13/07 | Stick Welder, Used, Mode | 770.70 | P | SLFM | 05 00 | 770.70 | 06/30/17 | 770.70 | 0.00 | 0.00 | 770.70 |
| 000070 | 04/30/07 | Stick Welder, Used, Mode | 763.20 | P | SLFM | 05 00 | 763.20 | 06/30/17 | 763.20 | 0.00 | 0.00 | 763.20 |
| 000071 | 04/30/07 | Stick Welder, Used, Mode | 1,049.40 | P | SLFM | 05 00 | 1,049.40 | 06/30/17 | 1,049.40 | 0.00 | 0.00 | 1,049.40 |
| 000072 | 05/14/07 | Tag Machine | 2,046.00 | P | SLFM | 05 00 | 2,046.00 | 06/30/17 | 2,046.00 | 0.00 | 0.00 | 2,046.00 |
| 000073 | 05/22/07 | 5-Ton Hoist Trolley Unit | 7,813.74 | P | SLFM | 05 00 | 7,813.74 | 06/30/17 | 7,813.74 | 0.00 | 0.00 | 7,813.74 |
| 000074 | 06/06/07 | Used Miller Stick Welder | 807.78 | P | SLFM | 05 00 | 807.78 | 06/30/17 | 807.78 | 0.00 | 0.00 | 807.78 |
| 000075 | 05/08/07 | Peddinghaus Drill Line, U: | 190,847.26 | P | SLFM | 05 00 | 190,847.26 | 06/30/17 | 190,847.26 | 0.00 | 0.00 | 190,847.26 |
| 000076 | 01/01/09 | Peddinghaus Drill Line, U: | 3,888.23 | P | SLFM | 05 00 | 3,888.23 | 06/30/17 | 3,888.23 | 0.00 | 0.00 | 3,888.23 |
| 000077 | 09/30/12 | Repairs to Use Drill Line | 33,269.63 | P | SLFM | 10 00 | 33,269.63 | 06/30/17 | 14,139.59 | 277.24 | 1,940.72 | 16,080.31 |
| 000078 | 01/01/13 | Repairs to Use Drill Line | 174.90 | P | SLFM | 10 00 | 174.90 | 06/30/17 | 69.97 | 1.46 | 10.20 | 80.17 |
| 000079 | 06/14/07 | Used Miller Welder, #500- | 464.22 | P | SLFM | 05 00 | 464.22 | 06/30/17 | 464.22 | 0.00 | 0.00 | 464.22 |
| 000080 | 07/31/07 | 2 - Permanent Lifting Mag | 2,031.32 | P | SLFM | 05 00 | 2,031.32 | 06/30/17 | 2,031.32 | 0.00 | 0.00 | 2,031.32 |
| 000081 | 08/02/07 | Milwaukee Mag Drill, USA | 1,549.17 | P | SLFM | 05 00 | 1,549.17 | 06/30/17 | 1,549.17 | 0.00 | 0.00 | 1,549.17 |
| 000082 | 08/27/07 | Used Miller 303, SRH | 743.87 | P | SLFM | 05 00 | 743.87 | 06/30/17 | 743.87 | 0.00 | 0.00 | 743.87 |
| 000083 | 10/04/07 | Trolley Motor Drive - 6 tor | 2,947.35 | P | SLFM | 05 00 | 2,947.35 | 06/30/17 | 2,947.35 | 0.00 | 0.00 | 2,947.35 |

Case 17-04113-DSC7   Doc 1   Filed 09/25/17   Entered 09/25/17 12:32:02   Desc Main
Document   Page 19 of 69

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Location = 2**

*Department = Machinery & Equipment*

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000084 | 11/01/07 | Miller Deltaweld 651 R11! | 4,085.81 | P | SLFM | 05 00 | 4,085.81 | 06/30/17 | 4,085.81 | 0.00 | 0.00 | 4,085.81 |
| 000085 | 12/18/07 | R115 Miller Wire Feeder \ | 3,293.82 | P | SLFM | 05 00 | 3,293.82 | 06/30/17 | 3,293.82 | 0.00 | 0.00 | 3,293.82 |
| 000086 | 01/16/08 | Slugger Drill, 2 x 2 Daveny | 1,180.85 | P | SLFM | 05 00 | 1,180.85 | 06/30/17 | 1,180.85 | 0.00 | 0.00 | 1,180.85 |
| 000087 | 01/16/08 | Slugger Drill, 2 x 2 Daveny | 1,180.85 | P | SLFM | 05 00 | 1,180.85 | 06/30/17 | 1,180.85 | 0.00 | 0.00 | 1,180.85 |
| 000088 | 03/31/08 | Used Miller Welder & Fee | 1,798.90 | P | SLFM | 05 00 | 1,798.90 | 06/30/17 | 1,798.90 | 0.00 | 0.00 | 1,798.90 |
| 000089 | 04/11/08 | Used Wire Welder, Miller ‹ | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000090 | 04/11/08 | Used Wire Welder, Miller ‹ | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000091 | 04/24/08 | Used Stick Welder | 840.00 | P | SLFM | 05 00 | 840.00 | 06/30/17 | 840.00 | 0.00 | 0.00 | 840.00 |
| 000092 | 04/24/08 | Used Stick Welder, Linde | 840.00 | P | SLFM | 05 00 | 840.00 | 06/30/17 | 840.00 | 0.00 | 0.00 | 840.00 |
| 000093 | 04/24/08 | Used Ltec Welder w/feed‹ | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000094 | 06/11/08 | IK-82M300 Koike Torch | 2,707.64 | P | SLFM | 05 00 | 2,707.64 | 06/30/17 | 2,707.64 | 0.00 | 0.00 | 2,707.64 |
| 000095 | 09/26/08 | Miller Mig and Feeder, Us | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000096 | 09/23/08 | Used Wire Welder, Miller ‹ | 1,650.00 | P | SLFM | 05 00 | 1,650.00 | 06/30/17 | 1,650.00 | 0.00 | 0.00 | 1,650.00 |
| 000097 | 12/20/06 | Sub-arc/Gantry | 4,525.71 | P | SLFM | 05 00 | 4,525.71 | 06/30/17 | 4,525.71 | 0.00 | 0.00 | 4,525.71 |
| 000098 | 01/04/06 | Sub-arc/Gantry Controlle | 10,311.68 | P | SLFM | 05 00 | 10,311.68 | 06/30/17 | 10,311.68 | 0.00 | 0.00 | 10,311.68 |
| 000099 | 12/18/08 | 10 Ton Hoist - Bay 4, Yale | 22,862.00 | P | SLFM | 05 00 | 22,862.00 | 06/30/17 | 22,862.00 | 0.00 | 0.00 | 22,862.00 |
| 000100 | 05/02/09 | Rikon Drill Press, 20", Mol | 666.19 | P | SLFM | 05 00 | 666.19 | 06/30/17 | 666.19 | 0.00 | 0.00 | 666.19 |
| 000101 | 10/16/09 | Rod Oven | 524.04 | P | SLFM | 05 00 | 524.04 | 06/30/17 | 524.04 | 0.00 | 0.00 | 524.04 |
| 000102 | 10/31/09 | Burning Machine /water ta | 20,414.22 | P | SLFM | 07 00 | 20,414.22 | 06/30/17 | 20,171.19 | 0.00 | 0.00 | 20,171.19 |
| 000103 | 04/10/10 | Thermal Dynamics Plasm | 1,727.12 | P | SLFM | 05 00 | 1,727.12 | 06/30/17 | 1,727.12 | 0.00 | 0.00 | 1,727.12 |
| 000104 | 10/26/09 | Tig Welder, Precision | 4,846.32 | P | SLFM | 05 00 | 4,846.32 | 06/30/17 | 4,846.32 | 0.00 | 0.00 | 4,846.32 |
| 000105 | 12/07/10 | Excell Pressure Washer, I | 901.20 | P | SLFM | 05 00 | 901.20 | 06/30/17 | 901.20 | 0.00 | 0.00 | 901.20 |
| 000106 | 01/05/11 | Web Press, 18" Throat, M | 12,684.11 | P | SLFM | 07 00 | 12,684.11 | 06/30/17 | 10,872.11 | 151.00 | 1,057.01 | 11,929.12 |
| 000107 | 05/09/11 | Mag Drill Press, Milwauke | 1,714.28 | P | SLFM | 05 00 | 1,714.28 | 06/30/17 | 1,714.28 | 0.00 | 0.00 | 1,714.28 |
| 000108 | 09/27/11 | Bandsaw, HydMech S20, | 11,149.60 | P | SLFM | 05 00 | 11,149.60 | 06/30/17 | 10,963.78 | 0.00 | 0.00 | 10,963.78 |
| 000109 | 10/12/11 | Plate Roll, Mdl 100 15 16 | 107,278.94 | P | SLFM | 10 00 | 107,278.94 | 06/30/17 | 56,321.42 | 893.99 | 6,257.93 | 62,579.35 |
| 000110 | 11/11/11 | Bevelar (Nibbler), TKF 15 | 6,711.89 | P | SLFM | 05 00 | 6,711.89 | 06/30/17 | 6,711.89 | 0.00 | 0.00 | 6,711.89 |
| 000111 | 11/11/11 | Turning Rolls | 742.77 | P | SLFM | 05 00 | 742.77 | 06/30/17 | 742.77 | 0.00 | 0.00 | 742.77 |
| 000112 | 12/01/11 | Wire feeder, R-115A, MIL! | 1,431.00 | P | SLFM | 05 00 | 1,431.00 | 06/30/17 | 1,431.00 | 0.00 | 0.00 | 1,431.00 |
| 000113 | 12/01/11 | Wire feeder, R-115A, MIL! | 1,431.00 | P | SLFM | 05 00 | 1,431.00 | 06/30/17 | 1,431.00 | 0.00 | 0.00 | 1,431.00 |
| 000114 | 12/01/11 | Wire feeder, R-115A, MIL! | 1,431.00 | P | SLFM | 05 00 | 1,431.00 | 06/30/17 | 1,431.00 | 0.00 | 0.00 | 1,431.00 |
| 000115 | 12/30/11 | Welding Machine, Lincoln | 4,801.80 | P | SLFM | 05 00 | 4,801.80 | 06/30/17 | 4,721.77 | 0.00 | 0.00 | 4,721.77 |
| 000116 | 01/31/12 | Plate Rolls - shop built | 900.20 | P | SLFM | 05 00 | 900.20 | 06/30/17 | 885.20 | 0.00 | 0.00 | 885.20 |
| 000117 | 08/24/12 | 25 Ton Outside Crane | 90,240.76 | P | SLFM | 10 00 | 90,240.76 | 06/30/17 | 40,608.36 | 752.00 | 5,264.04 | 45,872.40 |
| 000118 | 08/24/12 | Mag Drill, Model 3222222 | 1,600.00 | P | SLFM | 05 00 | 1,600.00 | 06/30/17 | 1,386.68 | 26.67 | 186.67 | 1,573.35 |
| 000119 | 08/23/12 | Plasma Torch | 888.13 | P | SLFM | 05 00 | 888.13 | 06/30/17 | 769.72 | 14.81 | 103.62 | 873.34 |
| 000120 | 08/28/12 | Torch Body, Maximizek 3‹ | 863.90 | P | SLFM | 05 00 | 863.90 | 06/30/17 | 748.71 | 14.40 | 100.79 | 849.50 |
| 000121 | 09/10/12 | Crane, 10 ton DeShazo B | 14,000.00 | P | SLFM | 10 00 | 14,000.00 | 06/30/17 | 6,066.68 | 116.66 | 816.66 | 6,883.34 |
| 000122 | 09/10/12 | Hoist, 10 ton Demag | 4,368.53 | P | SLFM | 10 00 | 4,368.53 | 06/30/17 | 1,893.02 | 36.40 | 254.82 | 2,147.84 |
| 000123 | 09/19/12 | Plasma Powermax 85, Hy | 2,968.00 | P | SLFM | 05 00 | 2,968.00 | 06/30/17 | 2,822.81 | 49.47 | 346.26 | 2,889.07 |
| 000124 | 01/30/13 | DC400 Welder, 120 vac. | 1,885.74 | P | SLFM | 05 00 | 1,885.74 | 06/30/17 | 1,477.17 | 31.43 | 220.00 | 1,697.17 |
| 000125 | 01/30/13 | LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 809.58 | 17.22 | 120.57 | 930.15 |
| 000126 | 01/30/13 | DC400 Welder, 120 vac. | 1,885.74 | P | SLFM | 05 00 | 1,885.74 | 06/30/17 | 1,477.17 | 31.43 | 220.00 | 1,697.17 |
| 000127 | 01/30/13 | LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 809.58 | 17.22 | 120.57 | 930.15 |
| 000128 | 01/30/13 | DC400 Welder, 120 vac. | 1,885.74 | P | SLFM | 05 00 | 1,885.74 | 06/30/17 | 1,477.17 | 31.43 | 220.00 | 1,697.17 |
| 000129 | 01/30/13 | LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 809.58 | 17.22 | 120.57 | 930.15 |
| 000130 | 01/30/13 | DC400 Welder, 120 vac. | 1,885.74 | P | SLFM | 05 00 | 1,885.74 | 06/30/17 | 1,477.17 | 31.43 | 220.00 | 1,697.17 |
| 000131 | 01/30/13 | LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 809.58 | 17.22 | 120.57 | 930.15 |
| 000132 | 02/05/13 | Used JoBox (QA Worksta | 1,250.00 | P | SLFM | 05 00 | 1,250.00 | 06/30/17 | 979.17 | 20.83 | 145.83 | 1,125.00 |
| 000133 | 03/31/13 | Work Tables | 30,775.29 | P | SLFM | 05 00 | 30,775.29 | 06/30/17 | 23,081.47 | 512.92 | 3,590.45 | 26,671.92 |
| 000134 | 04/08/13 | Hyster H280 Fork Lift | 92,988.75 | P | SLFM | 10 00 | 92,988.75 | 06/30/17 | 34,870.80 | 774.90 | 5,424.34 | 40,295.14 |

# Southeastern Plateworks, LLC
## Depreciation Expense Report
### As of July 31, 2017

**Book = AMT**

**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Location = 2**

*Department = Machinery & Equipment*

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000135 | 04/24/13 | Lincoln DC400 Welder | 1,961.00 | P | SLFM | 05 00 | 1,961.00 | 06/30/17 | 1,438.07 | 32.68 | 228.78 | 1,666.85 |
| 000136 | 04/24/13 | Lincoln DC400 Welder | 1,961.00 | P | SLFM | 05 00 | 1,961.00 | 06/30/17 | 1,438.07 | 32.68 | 228.78 | 1,666.85 |
| 000137 | 04/24/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 757.90 | 17.22 | 120.57 | 878.47 |
| 000138 | 04/24/13 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 757.90 | 17.22 | 120.57 | 878.47 |
| 000139 | 05/20/13 | Repair to Bumy Phantom | 33,866.53 | P | SLFM | 07 00 | 33,866.53 | 06/30/17 | 17,336.45 | 403.17 | 2,822.21 | 20,158.66 |
| 000140 | 06/13/13 | Koike Aronson IK-82 M3C | 3,708.78 | P | SLFM | 05 00 | 3,708.78 | 06/30/17 | 2,657.97 | 61.81 | 432.69 | 3,090.66 |
| 000141 | 06/18/13 | Used 2004 AB325-12 Sta | 45,237.50 | P | SLFM | 07 00 | 45,237.50 | 06/30/17 | 22,518.75 | 538.54 | 3,769.79 | 26,288.54 |
| 000142 | 07/17/13 | Peddinghaus Angel Line ( | 35,000.00 | P | SLFM | 10 00 | 35,000.00 | 06/30/17 | 11,958.34 | 291.66 | 2,041.66 | 14,000.00 |
| 000143 | 08/21/13 | THE9-6410 Torch Body | 1,038.24 | P | SLFM | 05 00 | 1,038.24 | 06/30/17 | 692.17 | 17.30 | 121.12 | 813.29 |
| 000144 | 09/16/13 | Hougen Drill HMD915 (Mo | 2,703.00 | P | SLFM | 05 00 | 2,703.00 | 06/30/17 | 1,756.95 | 45.05 | 315.35 | 2,072.30 |
| 000145 | 10/14/13 | Airless Spraygun ULT MX | 1,211.58 | P | SLFM | 05 00 | 1,211.58 | 06/30/17 | 787.54 | 20.19 | 141.35 | 928.89 |
| 000146 | 02/05/14 | CNC Controller for Beaml | 8,271.19 | P | SLFM | 05 00 | 8,271.19 | 06/30/17 | 4,962.72 | 137.85 | 964.97 | 5,927.69 |
| 000147 | 05/01/14 | Lincoln DC400 Welder | 2,999.48 | P | SLFM | 05 00 | 2,999.48 | 06/30/17 | 1,799.69 | 49.99 | 349.94 | 2,149.63 |
| 000148 | 05/01/14 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 620.10 | 17.22 | 120.57 | 740.67 |
| 000149 | 05/01/14 | Lincoln DC400 Welder | 2,999.47 | P | SLFM | 05 00 | 2,999.47 | 06/30/17 | 1,799.67 | 49.99 | 349.93 | 2,149.60 |
| 000150 | 05/01/14 | Lincoln LF74 Wirefeeder | 1,033.50 | P | SLFM | 05 00 | 1,033.50 | 06/30/17 | 620.10 | 17.22 | 120.57 | 740.67 |
| 000151 | 10/17/14 | Lincoln Power Mig 350 MI | 4,662.05 | P | SLFM | 05 00 | 4,662.05 | 06/30/17 | 2,797.23 | 77.70 | 543.90 | 3,341.13 |
| 000156 | 05/22/11 | Plasma Hand Welder  Md | 3,451.23 | P | SLFM | 05 00 | 3,451.23 | 06/30/17 | 3,393.73 | 0.00 | 0.00 | 3,393.73 |
| 000446 | 11/11/14 | Forklift Repair | 22,499.28 | P | SLMM | 07 00 | 22,499.28 | 06/30/17 | 6,696.21 | 267.84 | 1,874.93 | 8,571.14 |
| 000447 | 12/23/14 | Hougen Compact Mag Dr | 890.40 | P | SLFM | 05 00 | 890.40 | 06/30/17 | 371.00 | 14.84 | 103.88 | 474.88 |
| 000448 | 12/23/14 | Hougen Compact Magnet | 890.40 | P | SLFM | 05 00 | 890.40 | 06/30/17 | 371.00 | 14.84 | 103.88 | 474.88 |
| 000453 | 03/25/15 | Ingersol Rand Air Compre | 14,900.00 | P | SLFM | 05 00 | 14,900.00 | 06/30/17 | 5,463.33 | 248.33 | 1,738.33 | 7,201.66 |
| 000454 | 05/08/15 | H Grinder, 6", 2 HP | 795.00 | P | SLFM | 03 00 | 795.00 | 06/30/17 | 441.67 | 22.08 | 154.58 | 596.25 |
| 000455 | 05/31/15 | Drum Fixture - Jig | 14,998.74 | P | SLFM | 03 00 | 14,998.74 | 06/30/17 | 8,332.63 | 416.63 | 2,916.42 | 11,249.05 |
| 000457 | 07/02/15 | High Definition Plasma Sy | 20,976.72 | P | SLFM | 07 00 | 20,976.72 | 06/30/17 | 4,495.02 | 249.72 | 1,748.06 | 6,243.08 |
| 000458 | 07/14/15 | Idealarc DC600 Welding I | 6,242.17 | P | SLFM | 05 00 | 6,242.17 | 06/30/17 | 1,872.65 | 104.04 | 728.25 | 2,600.90 |
| 000459 | 07/08/15 | Power Wave S350 Weldir | 9,382.78 | P | SLFM | 05 00 | 9,382.78 | 06/30/17 | 2,814.84 | 156.38 | 1,094.66 | 3,909.50 |
| 000460 | 07/21/15 | LF-72 Wire Feeder, Benci | 1,412.31 | P | SLFM | 05 00 | 1,412.31 | 06/30/17 | 423.69 | 23.53 | 164.76 | 588.45 |
| 000461 | 07/22/15 | C Frame Punch, 500-2V-· | 9,725.47 | P | SLFM | 05 00 | 9,725.47 | 06/30/17 | 2,917.64 | 162.09 | 1,134.63 | 4,052.27 |
| 000464 | 07/09/15 | Heck 8000 Bevel-Mill Plat | 2,395.00 | P | SLFM | 05 00 | 2,395.00 | 06/30/17 | 718.50 | 39.91 | 279.41 | 997.91 |
| 000466 | 07/07/15 | Used Hypertherm Max 20 | 2,500.00 | P | SLFM | 05 00 | 2,500.00 | 06/30/17 | 750.00 | 41.66 | 291.66 | 1,041.66 |
| 000469 | 08/03/15 | Hydraulic Power Unit Inst | 582.00 | P | SLFM | 05 00 | 582.00 | 06/30/17 | 164.90 | 9.70 | 67.90 | 232.80 |
| 000471 | 09/08/15 | 60 Ton Tank Rolls | 28,862.50 | P | SLFM | 05 00 | 28,862.50 | 06/30/17 | 7,696.67 | 481.04 | 3,367.29 | 11,063.96 |
| 000472 | 11/01/16 | Sand Hopper | 18,468.30 | P | SLFM | 05 00 | 18,468.30 | 06/30/17 | 615.61 | 307.80 | 2,154.63 | 2,770.24 |
| 000473 | 11/16/15 | 6 - Rollers for Conveyor | 1,350.00 | P | SLFM | 05 00 | 1,350.00 | 06/30/17 | 315.00 | 22.50 | 157.50 | 472.50 |
| 000474 | 12/01/15 | Refurbished Subarc | 3,101.46 | P | SLFM | 05 00 | 3,101.46 | 06/30/17 | 671.98 | 51.69 | 361.83 | 1,033.81 |
| 000476 | 12/23/15 | Joystick and Pillow Blocks | 958.00 | P | SLFM | 05 00 | 958.00 | 06/30/17 | 207.57 | 15.96 | 111.76 | 319.33 |
| 000478 | 02/01/16 | Control, CNC Fagor 8025 | 8,894.63 | P | SLFM | 05 00 | 8,894.63 | 06/30/17 | 1,482.44 | 148.24 | 1,037.70 | 2,520.14 |
| 000480 | 08/01/16 | Forklift: Engine Rebuild C | 20,658.57 | P | SLFM | 07 00 | 20,658.57 | 06/30/17 | 983.75 | 245.94 | 1,721.55 | 2,705.30 |
| 000481 | 02/01/17 | Modine Heater | 3,083.25 | P | SLFM | 07 00 | 3,083.25 | 06/30/17 | 0.00 | 36.71 | 220.23 | 220.23 |
| 000482 | 02/01/17 | Modine Heater | 3,083.25 | P | SLFM | 07 00 | 3,083.25 | 06/30/17 | 0.00 | 36.71 | 220.23 | 220.23 |
| 000483 | 02/01/17 | Modine Heater | 3,083.25 | P | SLFM | 07 00 | 3,083.25 | 06/30/17 | 0.00 | 36.71 | 220.23 | 220.23 |
| 000484 | 02/01/17 | Modine Heater | 3,083.24 | P | SLFM | 07 00 | 3,083.24 | 06/30/17 | 0.00 | 36.71 | 220.23 | 220.23 |
| 000486 | 03/01/17 | Spray Pump 45:1 (X45DI- | 5,257.08 | P | SLFM | 07 00 | 5,257.08 | 06/30/17 | 0.00 | 52.59 | 312.92 | 312.92 |
| 000487 | 03/01/17 | Spray Pump 45:1 (X45DI- | 5,257.08 | P | SLFM | 07 00 | 5,257.08 | 06/30/17 | 0.00 | 52.59 | 312.92 | 312.92 |
| 000493 | 07/01/17 | Hoist, Shawbox, 10 ton | 19,973.96 | P | SLFM | 10 00 | 19,973.96 |  | 0.00 | 166.45 | 166.45 | 166.45 |

# Southeastern Plateworks, LLC
## Depreciation Expense Report
### As of July 31, 2017

**Book = AMT**
**FYE Month = December**

| Sys No | In Svc Date | Description | Acquired Value | P T | Depr Meth | Est Life | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = 2** | | | | | | | | | | | | |
| | | Department = Machinery & Equipment | 1,417,670.45 | | | | 1,417,670.45 | | 951,013.36 | 9,148.07 | 65,356.09 | 1,016,369.45 |
| | | Less disposals and transfers | (22,862.00) | | | | (22,862.00) | | (22,862.00) | | | (22,862.00) |
| | | Count = 1 | | | | | | | | | | |
| | | Net Subtotal | 1,394,808.45 | | | | 1,394,808.45 | | 928,151.36 | 9,148.07 | 65,356.09 | 993,507.45 |
| | | Count = 141 | | | | | | | | | | |
| | | Location = 2 | 3,148,383.54 | | | | 3,148,383.54 | | 1,386,269.71 | 13,567.03 | 96,691.53 | 1,482,961.24 |
| | | Less disposals and transfers | (22,862.00) | | | | (22,862.00) | | (22,862.00) | | | (22,862.00) |
| | | Count = 1 | | | | | | | | | | |
| | | Net Subtotal | 3,125,521.54 | | | | 3,125,521.54 | | 1,363,407.71 | 13,567.03 | 96,691.53 | 1,460,099.24 |
| | | Count = 186 | | | | | | | | | | |
| | | **Grand Total** | 5,680,988.21 | | | | 5,680,988.21 | | 2,861,116.17 | 23,758.96 | 166,735.56 | 3,027,851.73 |
| | | Less disposals and transfers | (94,279.00) | | | | (94,279.00) | | (76,514.41) | | | (76,514.41) |
| | | Count = 3 | | | | | | | | | | |
| | | **Net Grand Total** | 5,586,709.21 ① | | | | 5,586,709.21 | | 2,784,601.76 | 23,758.96 | 166,735.56 | 2,951,337.32 ② |
| | | Count = 487 | | | | | | | | | | |

---

**Report Assumptions**

Report Name: Depreciation Expense Full
Source Report: Depreciation Expense

Calculation Assumptions:
  Short Year: none
  Include Sec 168 Allowance & Sec 179: Yes
  Adjustment Convention: None

Group/Sorting Criteria:
  Group = Type of Asset
  Include Assets that meet the following conditions:
    Type of Asset
  Sorted by: Location (with subtotals), Department (with subtotals), System No, Extension

① 5,586,709.21 ✓
② 2,951,337.52 –
000
       2,635,371.89 *

NET FM 2,635,371.89 +
G/L    2,639,080.83 –
000
    * ⟹ 3,708.94 *

*G/L — TIES TO General Ledger*

SECURITY CAMERAS WILL SHOW UP
IN AUGUST FM ASSET 494.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Building located at 302 Fleming Road, Birmingham, Alabama 35217 (Referred to herein as "Location 2") Does not include value of cranes (See Depreciation Schedule Attached)** | | $0.00 | | $1,859,000.00 |
| 55.2. **Building located at 4466 Pinson Valley Parkway, Birmingham, Alabama 35215 (Referred to herein as "Location 1") Does not include value of cranes (See Depreciation Schedule Attached)** | | $0.00 | | $1,842,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$3,701,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) |  |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** **General Liability/Workmen's Comp/Sofware** **Maintenance Insurance** | $100,833.45 |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $100,833.45 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    <u>Southeastern Plateworks, LLC</u>                    Case number *(if known)* _____
          Name

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $189,303.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,189.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,474,878.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $288,377.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,880.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,228,623.89 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $3,701,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,833.45 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,304,085.33 | + 91b. $3,701,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92        $8,005,085.33

Debtor name   **Southeastern Plateworks, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Advantage Capital**
Creditor's Name

| | Describe debtor's property that is subject to a lien | $3,786,272.23 | $0.00 |
|---|---|---|---|

**909 Pydras Street #2230**
**New Orleans, LA 70112**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
_0174_

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2** **Emerson Fann**
Creditor's Name

| | Describe debtor's property that is subject to a lien | $78,928.33 | $0.00 |
|---|---|---|---|

**207 East Side Square**
**Huntsville, AL 35801**
Creditor's mailing address

Describe the lien
_Mortgage_

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Southeastern Plateworks, LLC | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Iberia Bank | Describe debtor's property that is subject to a lien | $4,665,655.07 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 12440**
**New Iberia, LA 70562**
Creditor's mailing address

**Describe the lien**
**Business Debt - Commercial Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9262**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Paul Reaves | Describe debtor's property that is subject to a lien | $367,188.33 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2816 Berkeley Drive**
**Birmingham, AL 35242**
Creditor's mailing address

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Southern Bank | Describe debtor's property that is subject to a lien | $1,715,833.33 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**221 South 6th Street South**
**Gadsden, AL 35901**
Creditor's mailing address

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$10,613,877. 29**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name   **Southeastern Plateworks, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address<br>**Employee Vacation Accrual** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$481,000.00** | **$481,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**AAA Industrial Repair, LLC**<br>**P. O. Box 31**<br>**Odenville, AL 35120** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,246.58 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**AirGas South**<br>**P.O. Box 532609**<br>**Atalanta, GA 30353-2609** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $157.78 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number  4829 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,342.40 |
|---|---|---|---|

**Al's Repairs**
P.O. Box 535
Pell City, AL 35125

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,889.57 |
|---|---|---|---|

**Alabama Graphics & Eng. Supply**
2801 5th Avenue South
Birmingham, AL 35215

Date(s) debt was incurred __
Last 4 digits of account number  UPLA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,066.56 |
|---|---|---|---|

**Alabama Sling Center, Inc.**
P.O. Box 637441
Cincinnati, OH 45263-7441

Date(s) debt was incurred __
Last 4 digits of account number  L018

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,365.00 |
|---|---|---|---|

**ALACOMP**
AlaComp, Dept B
P.O. Box 830520
Birmingham, AL 35283

Date(s) debt was incurred __
Last 4 digits of account number  017A

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,422.48 |
|---|---|---|---|

**Allied Energy Comp., LLC**
2057 Valleydale Road
Suite 100
Birmingham, AL 35244

Date(s) debt was incurred __
Last 4 digits of account number  3364

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.50 |
|---|---|---|---|

**Applied Technical Services**
1049 Triad Court
Marietta, GA 30062

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.98 |
|---|---|---|---|

**ARC Document Solutions, LLC**
P.O. Box 935491
Atlanta, GA 31193-5491

Date(s) debt was incurred __
Last 4 digits of account number  4521

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southeastern Plateworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $767.00 |
|---|---|---|---|

**Argus Steel Products**
P. O. Box 25133
Richmond, VA 23260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,650.00 |
|---|---|---|---|

**ATS Specialized Inc.**
NW 7130
P.O. Box 1450
Minneapolis, MN 55485-7130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number  SOUBIRAL

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,416.36 |
|---|---|---|---|

**Aveva, Inc.**
10350 Richmond Avenue, Ste. 0
Houston, TX 77042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,778.00 |
|---|---|---|---|

**Barfield Murphy Shank & Smith**
P.O. Box 162074
Atlanta, GA 30321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number  8000

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,579.68 |
|---|---|---|---|

**Birmingham Fasteners, Inc.**
Department #5564
P.O. Box 11407
Birmingham, AL 35246-5564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number  0236

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,993.94 |
|---|---|---|---|

**Black Hawk Inc**
930 Blue Gentian Road Suite 400
Eagan, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number  0370

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,854.35 |
|---|---|---|---|

**Blue Cross Blue Shield Of Alabama**
P.O. Box 360037
Birmingham, AL 35236-0037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number  4999

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southeastern Plateworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,157.56 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address
Brannon Electrical Motor Co.
3022 6th Ave., South
Birmingham, AL 35233

Date(s) debt was incurred _

Last 4 digits of account number  5588

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,157.56

---

**3.18** Nonpriority creditor's name and mailing address
Bridgestone Hosepower LLC
DBA Hosepower USA
PO Box 861777
Orlando, FL 32886-1777

Date(s) debt was incurred _

Last 4 digits of account number  2691

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$429.69

---

**3.19** Nonpriority creditor's name and mailing address
C&L Wood Products, Inc.
62 Walnut Road
Hartselle, AL 35640-8813

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,980.78

---

**3.20** Nonpriority creditor's name and mailing address
Carboline
P.O. Box 931942
Cleveland, OH 44193-0004

Date(s) debt was incurred _

Last 4 digits of account number  9000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$10,420.58

---

**3.21** Nonpriority creditor's name and mailing address
Chapel Steel
P.O Box 951928
Dallas, TX 75395-1928

Date(s) debt was incurred _

Last 4 digits of account number  2731

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$123,533.24

---

**3.22** Nonpriority creditor's name and mailing address
Chatham Steel Corporation
P.O. Box 930362
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number  6001

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$9,177.33

---

**3.23** Nonpriority creditor's name and mailing address
Chemtall US Inc.
22040 Network Place
Chicago, IL 60673-1220

Date(s) debt was incurred _

Last 4 digits of account number  3192

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,928.26

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.90 |
|---|---|---|---|

**Cincinnati Fastener**
**21 East 73rd Street**
**Cincinnati, OH 45216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number  3848

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $944.90 |
|---|---|---|---|

**Cintas Corporation #0247**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number  4039

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,408.00 |
|---|---|---|---|

**CSM Consulting, Inc.**
**15117 Laurel Cove Circle**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|

**Dennis Swaney Steel Detailing**
**Services LLC**
**P.O. Box 948**
**Nash, TX 75569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,300.00 |
|---|---|---|---|

**Double H Freight LLC**
**c/oProbilling and Funding Service**
**PO BOX 2222**
**Decatur, AL 35609-2222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number  0128

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.94 |
|---|---|---|---|

**Dutch Lubricants, LLC**
**P.O. Box 2365**
**Columbus, MS 39704-2365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number  8100

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,885.31 |
|---|---|---|---|

**Eastern Industrial Supplies**
**P.O. Box 75106**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Business Debt

Last 4 digits of account number  0246

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64,902.41** |

**3.31** Nonpriority creditor's name and mailing address
**F & S Equipment & Supplies**
**P.O. Box 2012**
**Birmingham, AL 35201**

Date(s) debt was incurred __

Last 4 digits of account number __U019__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$64,902.41

---

**3.32** Nonpriority creditor's name and mailing address
**FabenCo**
**2002 Karbach**
**Houston, TX 77092**

Date(s) debt was incurred __

Last 4 digits of account number __AL20__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,154.00

---

**3.33** Nonpriority creditor's name and mailing address
**Feralloy Corporation**
**P.O. Box 100174**
**Atlanta, GA 30384-0174**

Date(s) debt was incurred __

Last 4 digits of account number __9778__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$18,403.28

---

**3.34** Nonpriority creditor's name and mailing address
**Fire Safe**
**P.O. Box 857**
**Pinson, AL 35126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$567.86

---

**3.35** Nonpriority creditor's name and mailing address
**GHX Industrial LLC**
**DBA Valley of Birmingham**
**Dept 207 PO Box 4346**
**Houston, TX 77210-4346**

Date(s) debt was incurred __

Last 4 digits of account number __9424__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,504.02

---

**3.36** Nonpriority creditor's name and mailing address
**Gorrie-Regan**
**2927 Central Ave.**
**Birmingham, AL 35209**

Date(s) debt was incurred __

Last 4 digits of account number __4598__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.37** Nonpriority creditor's name and mailing address
**Grainger**
**Dept  865291371**
**Palatine, IL 60038-0001**

Date(s) debt was incurred __

Last 4 digits of account number __1371__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$466.75

---

| Debtor | Southeastern Plateworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,185.00 |
|---|---|---|---|
| | **GWD Con-Serv Inc.**<br>**685 Aviation Blvd.**<br>**Georgetown, SC 29440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,944.99 |
|---|---|---|---|
| | **Harsco Industrial IKG**<br>**P.O. Box 532875**<br>**Atlanta, GA 30353-2875** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,375.07 |
|---|---|---|---|
| | **Hassler Machine Company**<br>**3711 Industrial Parkway**<br>**Birmingham, AL 35217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,677.38 |
|---|---|---|---|
| | **Heavy Maintenance Supply**<br>**1803 Fifth Avenue**<br>**Jasper, AL 35501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __SEPW__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,110.00 |
|---|---|---|---|
| | **Hornsby Steel, Inc.**<br>**57 Arena Drive**<br>**Cleveland, AL 35049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,170.02 |
|---|---|---|---|
| | **International Paint LLC**<br>**P.O. Box 847202**<br>**Dallas, TX 75284-7202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __57US__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Jimenez Abel**<br>**c/o Frank G. Alfano, Esq.**<br>**2323 2nd Avenue North**<br>**Birmingham, AL 35203** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Civil Litigation (Workers' Compensation)__ | |
| | Last 4 digits of account number __2408__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Southeastern Plateworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.74 |
|---|---|---|---|
| | **Johnson Manufacturing Co, Inc.**<br>P.O. Box 96<br>Princeton, IA 52803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number **SPWBIR** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.53 |
|---|---|---|---|
| | **Kennedy Galvanizing, Inc.**<br>301 Industrial Blvd<br>Cullman, AL 35055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.61 |
|---|---|---|---|
| | **Klockner Metals Corp BIR**<br>NC Receivables Corp<br>P.O. Box 200040<br>Dallas, TX 75320-0040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _8369_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,824.53 |
|---|---|---|---|
| | **Kloeckner Metals Corp APP**<br>NC Receivables Corp<br>PO Box 932090<br>Atlanta, GA 31193-2090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _8369_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|
| | **Layton Enviromental Eng, LLC**<br>1900 CrestWood BLVD<br>Suite 114<br>Birmingham, AL 35210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.25 |
|---|---|---|---|
| | **Lift One LLC**<br>P.O. Box 602727<br>Charlotte, NC 28260-2727 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _0864_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.25 |
|---|---|---|---|
| | **Mayer Electric Company**<br>P.O. Box 896537<br>Charlotte, NC 28289-6537 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _5264_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Southeastern Plateworks, LLC | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.44 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|
| | McMaster-Carr | ☐ Contingent | |
| | P.O. Box 7690 | ☐ Unliquidated | |
| | Chicago, IL 60680-7690 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **2600** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,237.60 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | Metalplate Galvanizing, L.P. | ☐ Contingent | |
| | P.O. Box 1463 | ☐ Unliquidated | |
| | Birmingham, AL 35201-1463 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **2361** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|
| | Mulvehill Service Company | ☐ Contingent | |
| | 2604 Decatur Highway | ☐ Unliquidated | |
| | Gardendale, AL 35071 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.50 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|
| | NDS | ☐ Contingent | |
| | P.O. Box 382693 | ☐ Unliquidated | |
| | Birmingham, AL 35238-2693 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **5748** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.25 |
|------|--------------------------------------------------|-------------------------------------------------------------------|--------|
| | New Breed Products | ☐ Contingent | |
| | P.O. Box 1781 | ☐ Unliquidated | |
| | Bessemer, AL 35021 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,991.62 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | NexAir LLC | ☐ Contingent | |
| | P.O. Box 125 | ☐ Unliquidated | |
| | Memphis, TN 38101-0125 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **G501** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,866.06 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | O'Neal Steel, Inc. | ☐ Contingent | |
| | P.O. Box 934243 | ☐ Unliquidated | |
| | Atlanta, GA 31193-4243 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **8745** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,763.74 |
|---|---|---|---|

**Ohio Grating, Inc.**
5299 Southway Street SW
Canton, OH 44706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,105.87 |
|---|---|---|---|

**P&R Metals, Inc.**
4017 Richard Arrington Blvd N
Birmingham, AL 35212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,852.02 |
|---|---|---|---|

**Phoenix Metals Company**
P.O. Box 932589
Atlanta, GA 31193-2589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number __SOUPLA__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,425.00 |
|---|---|---|---|

**PPG Architectural Finishes Inc**
PO Box 536864
Atlanta, GA 30353-6864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number __0000__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,421.16 |
|---|---|---|---|

**Principal Financial Group**
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number __1001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,400.00 |
|---|---|---|---|

**RangeWay Carriers, LLC**
Corporate Billing
Dept. 100 P.O. Box 830604
Birmingham, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number __BIA1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,664.72 |
|---|---|---|---|

**Research Solutions**
P.O. Box 1667
Pelham, AL 35124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number __9845__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.10 |
|---|---|---|---|

**3.66**

Nonpriority creditor's name and mailing address

Richardson Hardware Co.,
1840 Pinson Street
Tarrant, AL 35217

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$306.10

---

**3.67**

Nonpriority creditor's name and mailing address

Robert J Young Company, LLC
MSC 7511
P.O. Box 415000
Nashville, TN 37241-7511

Date(s) debt was incurred __

Last 4 digits of account number  SP01

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$176.29

---

**3.68**

Nonpriority creditor's name and mailing address

Rolled Alloys, Inc.
Dept 33901
P.O. Box 67000
Detroit, MI 48267-0339

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$15,461.23

---

**3.69**

Nonpriority creditor's name and mailing address

Saginaw Pipe
Department 3316
P.O. Box 2153
Birmingham, AL 35287-3316

Date(s) debt was incurred __

Last 4 digits of account number  2429

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$38,503.50

---

**3.70**

Nonpriority creditor's name and mailing address

Shred-It USA Birmingham
P.O. Box 13574
New York, NY 10087-3574

Date(s) debt was incurred __

Last 4 digits of account number  5638

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$400.96

---

**3.71**

Nonpriority creditor's name and mailing address

SouthEast Crane and Hoist
P.O. Box 1207
Pell City, AL 35125

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$148.78

---

**3.72**

Nonpriority creditor's name and mailing address

Southern Gas & Supply of Birmingham LLC

125 Thruway Park
Broussard, LA 70518-3602

Date(s) debt was incurred __

Last 4 digits of account number  2795

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$29,236.06

---

**3.73** | Nonpriority creditor's name and mailing address
Stewart Supply Company Inc.
2068 Valleydale Terrace
Birmingham, AL 35244

Date(s) debt was incurred __

Last 4 digits of account number **SPW**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,354.99

---

**3.74** | Nonpriority creditor's name and mailing address
The A588 & A572 Steel Company
PO BOX 654013
Dallas, TX 75265-4013

Date(s) debt was incurred __

Last 4 digits of account number **3826**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$290.70

---

**3.75** | Nonpriority creditor's name and mailing address
The Stewart Organization, Inc.
P.O. Box 43427
Birmingham, AL 35243

Date(s) debt was incurred __

Last 4 digits of account number **0203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$370.37

---

**3.76** | Nonpriority creditor's name and mailing address
Tnemec Company, Inc.
P.O. Box 843797
Dallas, TX 75284-3797

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,489.34

---

**3.77** | Nonpriority creditor's name and mailing address
Turner Supply Company
Dept. AT 952976
Atlanta, GA 31192-2976

Date(s) debt was incurred __

Last 4 digits of account number **8000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$237.44

---

**3.78** | Nonpriority creditor's name and mailing address
United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Date(s) debt was incurred __

Last 4 digits of account number **4220**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,734.49

---

**3.79** | Nonpriority creditor's name and mailing address
Valmont Industries , Inc.
Birmingham Galvanizing
P . O . Box 101021
Atlanta, GA 30392-1021

Date(s) debt was incurred __

Last 4 digits of account number **0484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,952.12

| Debtor | Southeastern Plateworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.80** Nonpriority creditor's name and mailing address
Vision Service Plan
P.O. Box 742788
Los Angeles, CA 90074-2788

Date(s) debt was incurred _
Last 4 digits of account number **0001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$667.30

---

**3.81** Nonpriority creditor's name and mailing address
Vulcan Industrial Supply
2790 Pinson Valley Parkway
Birmingham, AL 35217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,820.04

---

**3.82** Nonpriority creditor's name and mailing address
W-T Machine & Welding
3801 Industrial Drive
Birmingham, AL 35217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,480.00

---

**3.83** Nonpriority creditor's name and mailing address
Warehouse Equipment and Supply
116 W. Park Drive
P.O. Box 19808
Birmingham, AL 35219

Date(s) debt was incurred _
Last 4 digits of account number **10**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,152.22

---

**3.84** Nonpriority creditor's name and mailing address
Warren Averett Kimbrough & Marino LLC

2500 Action Road
Birmingham, AL 35243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,500.00

---

**3.85** Nonpriority creditor's name and mailing address
Weld Wire Company Inc
103 Queens Drive
P.O. Box 60340
King of Prussia, PA 19406

Date(s) debt was incurred _
Last 4 digits of account number **4367**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,227.50

---

**3.86** Nonpriority creditor's name and mailing address
WhiteFab, Inc.
P.O. Box 36967
Birmingham, AL 35236-6967

Date(s) debt was incurred _
Last 4 digits of account number **1588**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,760.00

---

| Debtor | Southeastern Plateworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.03 |
|---|---|---|---|
| | **Wurth House of Threads, Inc.**<br>**144 Industrial Drive**<br>**Birmingham, AL 35211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _1979_ | Basis for the claim: _Business Debt_<br>Is the claim subject to offset? ■ No  ☐ Yes | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 481,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 974,702.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,455,702.80 |

Fill in this information to identify the case:

Debtor name **Southeastern Plateworks, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1     State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.2     State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.3     State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.4     State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

Fill in this information to identify the case:

Debtor name **Southeastern Plateworks, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

Fill in this information to identify the case:

Debtor name    **Southeastern Plateworks, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

Part 1:    Income

**1. Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | $6,364,821.00 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $9,988,610.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $17,791,853.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | **N/A** | $2,841.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | **N/A** | $1,400.00 |

Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Jimemez Abel vs.<br>Southeastern Plateworks,<br>LLC**<br>CV17-902408 | **Workers Compensation** | **Circuit Court of Jefferson County**<br>Birmingham, AL 35203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Case 17-04113-DSC7    Doc 1    Filed 09/25/17    Entered 09/25/17 12:32:02    Desc Main
Document    Page 46 of 69

Southeastern Plateworks, LLC
Vendors paid by check
Payments > $6,425
Past 90 Days

| Greater than $6,425 | (Multiple Items) | |
|---|---|---|

Sum of Amount

| Name | Address_1 | Address_2 | City | State | ZIP | Check_Date | Total |
|---|---|---|---|---|---|---|---|
| AAA Industrial Repair, LLC | P. O. Box 31 | | Odenville | AL | 35120 | 6/23/2017 | $8,348.24 |
| | | | | | | 7/21/2017 | $242.30 |
| AAA Industrial Repair, LLC Total | | | | | | | $8,590.54 |
| Alabama Child Support Payment | P.O. Box 244015 | | Montgomery | AL | 36124-4015 | 5/12/2017 | $426.36 |
| | | | | | | 5/19/2017 | $426.36 |
| | | | | | | 5/26/2017 | $426.36 |
| | | | | | | 6/2/2017 | $426.36 |
| | | | | | | 6/9/2017 | $426.36 |
| | | | | | | 6/16/2017 | $534.71 |
| | | | | | | 6/23/2017 | $534.71 |
| | | | | | | 6/30/2017 | $534.71 |
| | | | | | | 7/7/2017 | $711.25 |
| | | | | | | 7/14/2017 | $711.25 |
| | | | | | | 7/21/2017 | $534.71 |
| | | | | | | 7/28/2017 | $534.71 |
| | | | | | | 8/4/2017 | $534.71 |
| | | | | | | 8/11/2017 | $534.71 |
| Alabama Child Support Payment Total | | | | | | | $7,297.27 |
| Alabama Power Co. | P.O. Box 242 | | Birmingham | AL | 35292 | 6/2/2017 | $15,059.42 |
| | | | | | | 6/30/2017 | $15,636.19 |
| | | | | | | 8/11/2017 | $9,361.30 |
| Alabama Power Co. Total | | | | | | | $40,056.91 |
| ALACOMP | AlaComp, Dept B | P.O. Box 830520 | Birmingham | AL | 35283 | 6/9/2017 | $14,365.00 |
| | | | | | | 7/7/2017 | $14,365.00 |
| ALACOMP Total | | | | | | | $28,730.00 |
| American Express | P.O. Box 650448 | | Dallas | TX | 75285-0448 | 5/15/2017 | $12,603.00 |
| | | | | | | 6/9/2017 | $6,731.01 |
| | | | | | | 7/7/2017 | $3,495.63 |
| American Express Total | | | | | | | $22,829.64 |
| Anthony A Switala Jr | DBA Excalibur Detailing | PO Box 1411 | Evans | GA | 30809-1411 | 5/19/2017 | $10,000.00 |
| Anthony A Switala Jr Total | | | | | | | $10,000.00 |
| Babcock and Wilcox Company | Attn: Joe Factor BVNO3A | 20 S Van Buren Ave. | Barberton | OH | 44203 | 5/15/2017 | $13,995.00 |
| Babcock and Wilcox Company Total | | | | | | | $13,995.00 |
| Barfield Murphy Shank & Smith | P.O. Box 162074 | | Atlanta | GA | 30321 | 5/26/2017 | $4,889.00 |
| | | | | | | 6/16/2017 | $2,521.00 |
| | | | | | | 8/4/2017 | $1,203.00 |
| Barfield Murphy Shank & Smith Total | | | | | | | $8,613.00 |
| Benton & Centeno, LLP | 2019 Third Avenue North | | Birmingham | AL | 35203 | 8/4/2017 | $2,562.00 |
| | | | | | | 8/7/2017 | $26,717.00 |
| Benton & Centeno, LLP Total | | | | | | | $29,279.00 |
| Blue Cross/Blue Shield of AL | Payment Processing | P.O. Box 360037 | Birmingham | AL | 35236-0037 | 6/9/2017 | $55,480.78 |
| | | | | | | 7/7/2017 | $59,842.50 |
| | | | | | | 8/11/2017 | $58,165.09 |
| Blue Cross/Blue Shield of AL Total | | | | | | | $173,488.37 |
| Brannon Electrical Motor Co. | 3022 6th Ave., South | | Birmingham | AL | 35233 | 5/19/2017 | $4,749.92 |
| | | | | | | 5/26/2017 | $100.00 |
| | | | | | | 6/2/2017 | $1,107.16 |
| | | | | | | 6/16/2017 | $862.24 |
| | | | | | | 7/14/2017 | $537.76 |
| Brannon Electrical Motor Co. Total | | | | | | | $7,357.08 |
| Central Steel Services, Inc. | P.O. Box 1506 | | Pelham | AL | 35124 | 5/15/2017 | $580.35 |
| | | | | | | 6/2/2017 | $3,200.30 |
| | | | | | | 6/16/2017 | $28,452.71 |
| Central Steel Services, Inc. Total | | | | | | | $32,233.36 |
| Chapel Steel | P.O Box 951928 | | Dallas | TX | 75395-1928 | 6/2/2017 | $8,505.95 |
| | | | | | | 7/14/2017 | $23,868.56 |
| Chapel Steel Total | | | | | | | $32,374.51 |
| Chatham Steel Corporation | P.O. Box 930382 | | Atlanta | GA | 31193 | 6/2/2017 | $6,154.20 |
| | | | | | | 6/16/2017 | $6,348.44 |
| | | | | | | 6/23/2017 | $32,394.59 |
| | | | | | | 7/14/2017 | $21,291.15 |
| | | | | | | 7/21/2017 | $13,375.93 |
| Chatham Steel Corporation Total | | | | | | | $79,564.31 |
| Cincinnati Insurance Company | P O Box 145620 | | Cincinnati | OH | 45250-5620 | 6/16/2017 | $12,798.00 |
| | | | | | | 7/28/2017 | $61.00 |
| Cincinnati Insurance Company Total | | | | | | | $12,859.00 |
| CSM Consulting, Inc. | 15117 Laurel Cove Circle | | Odessa | FL | 33556 | 5/12/2017 | $918.00 |
| | | | | | | 5/19/2017 | $306.00 |
| | | | | | | 6/9/2017 | $2,856.00 |
| | | | | | | 6/16/2017 | $2,244.00 |
| | | | | | | 7/7/2017 | $12,750.00 |
| | | | | | | 7/21/2017 | $12,750.00 |
| CSM Consulting, Inc. Total | | | | | | | $31,824.00 |

| Name | Address_1 | Address_2 | City | State | ZIP | Check_Date | Total |
|------|-----------|-----------|------|-------|-----|-----------|-------|
| Dennis Swaney Steel Detailing | Services LLC | P.O. Box 948 | Nash | TX | 75569 | 5/12/2017 | $2,585.00 |
| | | | | | | 5/19/2017 | $1,500.00 |
| | | | | | | 5/26/2017 | $5,000.00 |
| | | | | | | 6/2/2017 | $1,500.00 |
| | | | | | | 6/9/2017 | $1,500.00 |
| | | | | | | 6/16/2017 | $2,500.00 |
| | | | | | | 6/23/2017 | $1,500.00 |
| | | | | | | 6/30/2017 | $1,500.00 |
| | | | | | | 7/14/2017 | $5,700.00 |
| | | | | | | 7/21/2017 | $2,500.00 |
| | | | | | | 7/28/2017 | $1,800.00 |
| | | | | | | 8/4/2017 | $6,000.00 |
| | | | | | | 8/11/2017 | $9,000.00 |
| Dennis Swaney Steel Detailing Total | | | | | | | $42,585.00 |
| Double H Freight LLC | c/oProbilling and Funding Service | PO BOX 2222 | Decatur | AL | 35609-2222 | 5/12/2017 | $950.00 |
| | | | | | | 5/19/2017 | $6,700.00 |
| | | | | | | 5/26/2017 | $750.00 |
| | | | | | | 6/2/2017 | $1,700.00 |
| | | | | | | 6/9/2017 | $9,414.50 |
| | | | | | | 6/23/2017 | $11,975.00 |
| | | | | | | 6/30/2017 | $7,435.00 |
| | | | | | | 7/14/2017 | $3,000.00 |
| | | | | | | 7/21/2017 | $3,800.00 |
| | | | | | | 8/4/2017 | $1,825.00 |
| | | | | | | 8/11/2017 | $1,000.00 |
| Double H Freight LLC Total | | | | | | | $48,549.50 |
| Eastern Industrial Supplies | P.O. Box 75106 | | Charlotte | NC | 28275 | 5/15/2017 | $2,517.00 |
| | | | | | | 6/2/2017 | $3,523.72 |
| | | | | | | 6/16/2017 | $283.56 |
| | | | | | | 7/14/2017 | $2,616.22 |
| Eastern Industrial Supplies Total | | | | | | | $8,920.50 |
| F & S Equipment & Supplies | P.O. Box 2012 | | Birmingham | AL | 35201 | 5/15/2017 | $7,291.57 |
| | | | | | | 5/19/2017 | $668.50 |
| | | | | | | 6/2/2017 | $11,032.76 |
| | | | | | | 6/9/2017 | $7,357.27 |
| | | | | | | 6/16/2017 | $4,191.96 |
| | | | | | | 7/7/2017 | $3,891.23 |
| | | | | | | 7/14/2017 | $7,608.44 |
| | | | | | | 7/21/2017 | $4,653.79 |
| F & S Equipment & Supplies Total | | | | | | | $46,695.52 |
| Hassler Machine Company | 3711 Industrial Parkway | | Birmingham | AL | 35217 | 5/15/2017 | $1,050.04 |
| | | | | | | 5/19/2017 | $1,672.85 |
| | | | | | | 5/26/2017 | $421.59 |
| | | | | | | 6/2/2017 | $1,082.10 |
| | | | | | | 6/9/2017 | $686.61 |
| | | | | | | 6/16/2017 | $1,901.48 |
| | | | | | | 7/14/2017 | $2,168.97 |
| | | | | | | 7/21/2017 | $249.47 |
| | | | | | | 7/28/2017 | $2,069.32 |
| Hassler Machine Company Total | | | | | | | $11,302.23 |
| Heavy Maintenance Supply | 1803 Fifth Avenue | | Jasper | AL | 35501 | 5/15/2017 | $174.27 |
| | | | | | | 5/19/2017 | $1,289.06 |
| | | | | | | 6/2/2017 | $1,730.72 |
| | | | | | | 6/9/2017 | $535.67 |
| | | | | | | 6/16/2017 | $868.77 |
| | | | | | | 7/14/2017 | $1,404.15 |
| | | | | | | 7/21/2017 | $920.99 |
| | | | | | | 7/28/2017 | $499.72 |
| Heavy Maintenance Supply Total | | | | | | | $7,423.35 |
| Hoist & Crane Service Group | 4920 Jefferson Highway | | Jefferson | LA | 70121 | 8/4/2017 | $19,973.96 |
| Hoist & Crane Service Group Total | | | | | | | $19,973.96 |
| International Paint LLC | P.O. Box 847202 | | Dallas | TX | 75284-7202 | 5/26/2017 | $4,856.37 |
| | | | | | | 6/2/2017 | $5,386.37 |
| | | | | | | 7/14/2017 | $15,601.91 |
| International Paint LLC Total | | | | | | | $25,844.65 |
| Kloeckner Metals Corp APP | NC Receivables Corp | PO Box 932090 | Atlanta | GA | 31193-2090 | 5/15/2017 | $12,739.08 |
| | | | | | | 6/23/2017 | $5,693.68 |
| | | | | | | 7/21/2017 | $11,164.79 |
| Kloeckner Metals Corp APP Total | | | | | | | $29,597.55 |
| Leeco Steel, LLC. | 75 Remittance Drive | Suite 2829 | Chicago | IL | 60675-2829 | 5/15/2017 | $38,476.84 |
| Leeco Steel, LLC. Total | | | | | | | $38,476.84 |
| Lift One LLC | P.O. Box 602727 | | Charlotte | NC | 28260-2727 | 5/15/2017 | $11,842.09 |
| | | | | | | 5/26/2017 | $330.97 |
| | | | | | | 6/9/2017 | $1,614.51 |
| Lift One LLC Total | | | | | | | $13,787.57 |
| M&M Steel Products Sales Co. | 180 Highgate Hill Road | | Indian Spring | AL | 35124 | 7/18/2017 | $16,768.00 |
| M&M Steel Products Sales Co. Total | | | | | | | $16,768.00 |
| Metalplate Galvanizing, L.P. | P.O. Box 1463 | | Birmingham | AL | 35201-1463 | 5/19/2017 | $110.60 |
| | | | | | | 6/16/2017 | $4,110.60 |
| | | | | | | 6/23/2017 | $8,996.00 |
| Metalplate Galvanizing, L.P. Total | | | | | | | $13,217.20 |

| Name | Address_1 | Address_2 | City | State | ZIP | Check_Date | Total |
|---|---|---|---|---|---|---|---|
| NexAir LLC | P.O. Box 125 | | Memphis | TN | 38101-0125 | 5/15/2017 | $2,921.52 |
| | | | | | | 5/19/2017 | $81.20 |
| | | | | | | 6/2/2017 | $4,120.09 |
| | | | | | | 6/9/2017 | $2,460.34 |
| | | | | | | 6/16/2017 | $2,300.76 |
| | | | | | | 6/23/2017 | $968.00 |
| | | | | | | 7/7/2017 | $968.00 |
| | | | | | | 7/14/2017 | $1,145.11 |
| | | | | | | 7/21/2017 | $2,596.60 |
| NexAir LLC Total | | | | | | | $17,541.62 |
| Night Hawk Security | P.O. Box 26705 | | Birmingham | AL | 35260 | 5/12/2017 | $1,512.00 |
| | | | | | | 5/19/2017 | $1,620.00 |
| | | | | | | 5/26/2017 | $1,620.00 |
| | | | | | | 6/2/2017 | $1,620.00 |
| | | | | | | 6/9/2017 | $1,917.00 |
| | | | | | | 6/16/2017 | $1,620.00 |
| | | | | | | 6/23/2017 | $1,620.00 |
| | | | | | | 6/30/2017 | $1,620.00 |
| | | | | | | 7/5/2017 | $1,620.00 |
| | | | | | | 7/14/2017 | $2,052.00 |
| | | | | | | 7/17/2017 | $1,620.00 |
| Night Hawk Security Total | | | | | | | $18,441.00 |
| O'Neal Steel, Inc. | P.O. Box 934243 | | Atlanta | GA | 31193-4243 | 5/19/2017 | $563.65 |
| | | | | | | 6/2/2017 | $2,792.62 |
| | | | | | | 6/9/2017 | $3,089.92 |
| O'Neal Steel, Inc. Total | | | | | | | $6,446.39 |
| P & R Metals, Inc. | 4017 Richard Arrington Blvd N | | Birmingham | AL | 35212 | 5/15/2017 | $21,750.30 |
| | | | | | | 6/2/2017 | $19,410.05 |
| | | | | | | 6/16/2017 | $250.00 |
| P& R Metals, Inc. Total | | | | | | | $41,410.35 |
| Principal Financial Group | PLIC-SBD Grand Island | P.O. Box 10372 | Des Moines | IA | 50306-0372 | 6/9/2017 | $6,198.80 |
| | | | | | | 7/7/2017 | $5,745.69 |
| Principal Financial Group Total | | | | | | | $11,944.49 |
| RangeWay Carriers, LLC | Corporate Billing | Dept. 100 P.O. Box 830604 | Birmingham | AL | 35283 | 5/19/2017 | $2,600.00 |
| | | | | | | 6/2/2017 | $4,000.00 |
| | | | | | | 6/9/2017 | $550.00 |
| | | | | | | 6/16/2017 | $2,200.00 |
| | | | | | | 7/7/2017 | $5,000.00 |
| | | | | | | 7/14/2017 | $3,700.00 |
| | | | | | | 7/21/2017 | $3,950.00 |
| | | | | | | 7/28/2017 | $800.00 |
| | | | | | | 7/31/2017 | $450.00 |
| RangeWay Carriers, LLC Total | | | | | | | $23,250.00 |
| Regions Insurance Inc Jackson | Dept #268 | PO Box 11407 | Birmingham | AL | 35246-0268 | 5/26/2017 | $7,114.00 |
| Regions Insurance Inc Jackson Total | | | | | | | $7,114.00 |
| Saginaw Pipe | Department 3316 | P.O. Box 2153 | Birmingham | AL | 35287-3316 | 6/9/2017 | $15,131.39 |
| | | | | | | 6/16/2017 | $55,860.96 |
| | | | | | | 7/7/2017 | $31,743.19 |
| | | | | | | 7/14/2017 | $27,715.59 |
| Saginaw Pipe Total | | | | | | | $130,451.13 |
| Southern Gas and Supply | of Birmingham LLC | 125 Thruway Park | Broussard | LA | 70518-3602 | 5/15/2017 | $5,254.52 |
| | | | | | | 5/19/2017 | $4,281.89 |
| | | | | | | 5/26/2017 | $4,134.00 |
| | | | | | | 6/2/2017 | $1,502.37 |
| | | | | | | 6/9/2017 | $888.04 |
| | | | | | | 6/16/2017 | $12,699.09 |
| | | | | | | 7/14/2017 | $509.19 |
| | | | | | | 7/21/2017 | $4,132.57 |
| | | | | | | 7/28/2017 | $408.34 |
| Southern Gas and Supply Total | | | | | | | $33,908.01 |
| Vulcan Pipe and Steel | PO Box 1010 | | Bessemer | AL | 35021 | 7/21/2017 | $36,160.00 |
| Vulcan Pipe and Steel Total | | | | | | | $36,160.00 |
| Wurth House of Threads, Inc. | 144 Industrial Drive | | Birmingham | AL | 35211 | 5/15/2017 | $2,546.04 |
| | | | | | | 6/2/2017 | $118.80 |
| | | | | | | 6/16/2017 | $11,183.39 |
| | | | | | | 7/14/2017 | $126.78 |
| Wurth House of Threads, Inc. Total | | | | | | | $13,975.01 |
| (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | |
| (blank) Total | | | | | | | |
| Grand Total | | | | | | | $1,200,871.86 |

Southeastern Plateworks, LLC
ACH Vendors
Payments > $6,425
Past 90 Days

| Payee | Description/Service | Street Address | City, State, Zip | Date | Amount |
|---|---|---|---|---|---|
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 5/17/2017 | 75,738.92 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 5/24/2017 | 76,173.13 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 5/31/2017 | 78,805.70 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 6/7/2017 | 73,407.49 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 6/14/2017 | 85,659.04 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 6/21/2017 | 80,239.80 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 6/28/2017 | 84,719.30 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 7/5/2017 | 74,197.36 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 7/12/2017 | 61,432.80 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 7/19/2017 | 86,050.80 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 7/26/2017 | 81,522.72 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 8/2/2017 | 84,469.32 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 8/9/2017 | 92,366.51 |
| Associated Data Services | Payroll | 117 Gemini Circle, Suite 416 | Birmingham, AL 35209 | 8/16/2017 | 92,912.12 |
| Total | | | | | |
| | | | | | $1,127,695.01 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 5/17/2017 | 3,337.75 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 5/24/2017 | 3,313.86 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 5/31/2017 | 3,228.53 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 6/7/2017 | 3,121.40 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 6/14/2017 | 3,234.29 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 6/21/2017 | 3,179.08 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 6/28/2017 | 3,263.16 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 7/5/2017 | 3,155.82 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 7/12/2017 | 2,946.05 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 7/19/2017 | 3,381.57 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 7/26/2017 | 3,300.41 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 8/2/2017 | 3,328.71 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 8/9/2017 | 3,043.25 |
| Principal | 401K | PO Box 9394 | Des Moines, IA 50306-9394 | 8/16/2017 | 3,065.61 |
| Total | | | | | |
| | | | | | $44,899.49 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 5/12/2017 | $8,569.01 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 5/19/2017 | $4,125.22 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 5/26/2017 | $778.94 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 6/2/2017 | $431.91 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 6/9/2017 | $2,260.62 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 6/16/2017 | $4,316.48 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 6/23/2017 | $8,493.71 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 6/30/2017 | $234.41 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 7/7/2017 | $236.76 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 7/14/2017 | $812.24 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 7/21/2017 | $2,436.82 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 7/28/2017 | $1,600.79 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 8/4/2017 | $4,111.16 |
| Health Equity | HRA/FSA Health Insurance | 15 W. Scenic Pointe Drive, Ste 100 | Draper, UT 84020 | 8/17/2017 | $2,095.12 |
| Total | | | | | |
| | | | | | $40,505.19 |
| Iberia Bank | Note Payment | 3595 Grandview Parkway, Suite 500 | Birmingham, AL 35243 | 5/1/2017 | $52,130.71 |
| Iberia Bank | Note Payment | 3595 Grandview Parkway, Suite 500 | Birmingham, AL 35243 | 6/1/2017 | $52,525.06 |
| Iberia Bank | Note Payment | 3595 Grandview Parkway, Suite 500 | Birmingham, AL 35243 | 7/26/2017 | $25,312.89 |
| Total | | | | | |
| | | | | | $129,968.66 |

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Benton & Centeno, LLP**<br>**2019 Third Avenue**<br>Birmingham, AL 35203 | | July, 2017 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **U. S. Bankruptcy Fee**<br>Birmingham, AL 35203 | | | $1,717.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Case 17-04113-DSC7    Doc 1    Filed 09/25/17    Entered 09/25/17 12:32:02    Desc Main
                    Document        Page 52 of 69

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Benton & Centeno, LLP 2019 Third Avenue Birmingham, AL 35203 | | | $2,562.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Israel Alvarado P.O. Box 1641 Pinson, AL | 2013 BMW 550XI | 01/17/2017 | $20,000.00 |
| | Relationship to debtor None | | | |

## Part 7:   Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | | Dates of occupancy From-To |
|---|---|---|---|

## Part 8:   Health Care Bankruptcies

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ **No.**
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan
    **Southeastern Plateworks, LLC**        **Employer identification number of the plan**
                                            EIN:  **34-1990002**

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Iberia Bank** | XXXX-9119 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **$0.00** |
| 18.2. | **First Commercial Bank** | XXXX-0388 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Mark Glidewell<br>8590 Herring Lane<br>Trussville, AL 35173 | 01/08/2016 to<br>Present |
| 26a.2. | Annette Canter<br>7571 Lake Vista Drive<br>Trussville, AL 35173 | 04/01/2004 -<br>01/08/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Barfield, Murphy, Shank & Smith<br>1121 Riverchase Office Road<br>Birmingham, AL 35244 | 02/01/2017 -<br>05/31/2017<br>02/01/2016 -<br>06/15/2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Advantage Capital<br>909 Pydras Street #2230<br>New Orleans, LA 70112 |
| 26d.2. | Eastside Partners |
| 26d.3. | Lazarus Capital Partners |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Steve McGrady** | **December 2016** | $279,772.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Hillery Glover**<br>**Southeastern Plateworks, LLC**<br>**4466 Pinson Valley Parkway**<br>**Birmingham, AL 35215** |

| | | | |
|---|---|---|---|
| 27.2 | **Steve McGrady** | **December 2015** | $294,750.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Hillery Glover**<br>**Southeastern Plateworks, LLC**<br>**4466 Pinson Valley Parkway**<br>**Birmingham, AL 35215** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ben Lyon** | **1826 Chandler Mountain Road**<br>**Steele, AL 35987** | **General Manager/Managing Partner** | **19%** |
| **Steve Ratliff** | **1991 Wallstown Road**<br>**Hayden, AL 35079** | **Partner - Senior PM** | **9%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

Name of the parent corporation

Employer identification number of the parent corporation

## Part 14    Signature and Declaration

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 25, 2017 _____

_____          Ben Lyon _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re   Southeastern Plateworks, LLC

Debtor(s)

Case No.

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐   **FLAT FEE**

      For legal services, I have agreed to accept     $

      Prior to the filing of this statement I have received     $

      Balance Due     $

    ■   **RETAINER**

      For legal services, I have agreed to accept and received a retainer of     $     19,899.50

      The undersigned shall bill against the retainer at an hourly rate of     $     400.00
      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of Debtor in any post petition contested matter shall be separately negotiated and billed on an hourly basis for such representation**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date   9/25/17

Lee R. Benton ASB-8421-E63L
*Signature of Attorney*
**Benton & Centeno, LLP**
**2019 3rd Ave N**
**Birmingham, AL 35203**
**205-278-8000**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Alabama

In re   Southeastern Plateworks, LLC              Case No.

                                       Debtor(s)               Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Annette Canter<br>7571 Lake Vista Drive<br>Trussville, AL 35173 | | 7% | |
| Ben Lyon<br>1826 Chandler Mountain Road<br>Steele, AL 35987 | | 19% | |
| Lazarus Holdings, LLC<br>3300 Cahaba Road, Ste. 100<br>Birmingham, AL 35223 | | 40% | |
| Ray Lyon<br>3612 Wyngate Lane<br>Birmingham, AL 35242 | | 14% | |
| Steve McGrady<br>610 Low Water Bridge Road<br>Cleveland, AL 35049 | | 11% | |
| Steve Ratliff<br>1991 Wallstown Road<br>Hayden, AL 35079 | | 9% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date      9/25/2017          Signature   *Ben Lyon*

                                                      Ben Lyon

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Alabama**

In re    Southeastern Plateworks, LLC                  Case No.          
                                       Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    9/25/2017                   *Ben Lyon*

                                             Ben Lyon/President
                                             Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Advantage Capital
909 Pydras Street #2230
New Orleans, LA 70112

Alabama Graphics & Eng. Supply
2801 5th Avenue South
Birmingham, AL 35215

Barfield Murphy Shank & Smith
P.O. Box 162074
Atlanta, GA 30321

Emerson Fann
207 East Side Square
Huntsville, AL 35801

Alabama Sling Center, Inc.
P.O. Box 637441
Cincinnati, OH 45263-7441

Birmingham Fasteners, Inc.
Department #5564
P.O. Box 11407
Birmingham, AL 35246-5564

Iberia Bank
P.O. Box 12440
New Iberia, LA 70562

ALACOMP
AlaComp, Dept B
P.O. Box 830520
Birmingham, AL 35283

Black Hawk Inc
930 Blue Gentian Road Suite 400
Eagan, MN 55121

Paul Reaves
2816 Berkeley Drive
Birmingham, AL 35242

Allied Energy Comp., LLC
2057 Valleydale Road
Suite 100
Birmingham, AL 35244

Blue Cross Blue Shield Of Alabam
P.O. Box 360037
Birmingham, AL 35236-0037

Southern Bank
221 South 6th Street South
Gadsden, AL 35901

Applied Technical Services
1049 Triad Court
Marietta, GA 30062

Brannon Electrical Motor Co.
3022 6th Ave., South
Birmingham, AL 35233

Employee Vacation Accrual

ARC Document Solutions, LLC
P.O. Box 935491
Atlanta, GA 31193-5491

Bridgestone Hosepower LLC
DBA Hosepower USA
PO Box 861777
Orlando, FL 32886-1777

AAA Industrial Repair, LLC
P. O. Box 31
Odenville, AL 35120

Argus Steel Products
P. O. Box 25133
Richmond, VA 23260

C&L Wood Products, Inc.
62 Walnut Road
Hartselle, AL 35640-8813

AirGas South
P.O. Box 532609
Atalanta, GA 30353-2609

ATS Specialized Inc.
NW 7130
P.O. Box 1450
Minneapolis, MN 55485-7130

Carboline
P.O. Box 931942
Cleveland, OH 44193-0004

Al's Repairs
P.O. Box 535
Pell City, AL 35125

Aveva, Inc.
10350 Richmond Avenue, Ste. 0
Houston, TX 77042

Chapel Steel
P.O Box 951928
Dallas, TX 75395-1928

Chatham Steel Corporation
P.O. Box 930362
Atlanta, GA 31193

F & S Equipment & Supplies
P.O. Box 2012
Birmingham, AL 35201

Hassler Machine Company
3711 Industrial Parkway
Birmingham, AL 35217

Chemtall US Inc.
22040 Network Place
Chicago, IL 60673-1220

FabenCo
2002 Karbach
Houston, TX 77092

Heavy Maintenance Supply
1803 Fifth Avenue
Jasper, AL 35501

Cincinnati Fastener
21 East 73rd Street
Cincinnati, OH 45216

Feralloy Corporation
P.O. Box 100174
Atlanta, GA 30384-0174

Hornsby Steel, Inc.
57 Arena Drive
Cleveland, AL 35049

Cintas Corporation #0247
P.O. Box 631025
Cincinnati, OH 45263-1025

Fire Safe
P.O. Box 857
Pinson, AL 35126

International Paint LLC
P.O. Box 847202
Dallas, TX 75284-7202

CSM Consulting, Inc.
15117 Laurel Cove Circle
Odessa, FL 33556

GHX Industrial LLC
DBA Valley of Birmingham
Dept 207 PO Box 4346
Houston, TX 77210-4346

Jimenez Abel
c/o Frank G. Alfano, Esq.
2323 2nd Avenue North
Birmingham, AL 35203

Dennis Swaney Steel Detailing
Services LLC
P.O. Box 948
Nash, TX 75569

Gorrie-Regan
2927 Central Ave.
Birmingham, AL 35209

Johnson Manufacturing Co, Inc.
P.O. Box 96
Princeton, IA 52803

Double H Freight LLC
c/oProbilling and Funding Service
PO BOX 2222
Decatur, AL 35609-2222

Grainger
Dept 865291371
Palatine, IL 60038-0001

Kennedy Galvanizing, Inc.
301 Industrial Blvd
Cullman, AL 35055

Dutch Lubricants, LLC
P.O. Box 2365
Columbus, MS 39704-2365

GWD Con-Serv Inc.
685 Aviation Blvd.
Georgetown, SC 29440

Klockner Metals Corp BIR
NC Receivables Corp
P.O. Box 200040
Dallas, TX 75320-0040

Eastern Industrial Supplies
P.O. Box 75106
Charlotte, NC 28275

Harsco Industrial IKG
P.O. Box 532875
Atlanta, GA 30353-2875

Kloeckner Metals Corp APP
NC Receivables Corp
PO Box 932090
Atlanta, GA 31193-2090

Layton Enviromental Eng, LLC
1900 CrestWood BLVD
Suite 114
Birmingham, AL 35210

O'Neal Steel, Inc.
P.O. Box 934243
Atlanta, GA 31193-4243

Robert J Young Company, LLC
MSC 7511
P.O. Box 415000
Nashville, TN 37241-7511

Lift One LLC
P.O. Box 602727
Charlotte, NC 28260-2727

Ohio Grating, Inc.
5299 Southway Street SW
Canton, OH 44706

Rolled Alloys, Inc.
Dept 33901
P.O. Box 67000
Detroit, MI 48267-0339

Mayer Electric Company
P.O. Box 896537
Charlotte, NC 28289-6537

P&R Metals, Inc.
4017 Richard Arrington Blvd N
Birmingham, AL 35212

Saginaw Pipe
Department 3316
P.O. Box 2153
Birmingham, AL 35287-3316

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Phoenix Metals Company
P.O. Box 932589
Atlanta, GA 31193-2589

Shred-It USA Birmingham
P.O. Box 13574
New York, NY 10087-3574

Metalplate Galvanizing, L.P.
P.O. Box 1463
Birmingham, AL 35201-1463

PPG Architectural Finishes Inc
PO Box 536864
Atlanta, GA 30353-6864

SouthEast Crane and Hoist
P.O. Box 1207
Pell City, AL 35125

Mulvehill Service Company
2604 Decatur Highway
Gardendale, AL 35071

Principal Financial Group
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

Southern Gas & Supply of Birming
125 Thruway Park
Broussard, LA 70518-3602

NDS
P.O. Box 382693
Birmingham, AL 35238-2693

RangeWay Carriers, LLC
Corporate Billing
Dept. 100 P.O. Box 830604
Birmingham, AL 35283

Stewart Supply Company Inc.
2068 Valleydale Terrace
Birmingham, AL 35244

New Breed Products
P.O. Box 1781
Bessemer, AL 35021

Research Solutions
P.O. Box 1667
Pelham, AL 35124

The A588 & A572 Steel Company
PO BOX 654013
Dallas, TX 75265-4013

NexAir LLC
P.O. Box 125
Memphis, TN 38101-0125

Richardson Hardware Co.,
1840 Pinson Street
Tarrant, AL 35217

The Stewart Organization, Inc.
P.O. Box 43427
Birmingham, AL 35243

Tnemec Company, Inc.
P.O. Box 843797
Dallas, TX 75284-3797

Weld Wire Company Inc
103 Queens Drive
P.O. Box 60340
King of Prussia, PA 19406

Turner Supply Company
Dept. AT 952976
Atlanta, GA 31192-2976

WhiteFab, Inc.
P.O. Box 36967
Birmingham, AL 35236-6967

United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Wurth House of Threads, Inc.
144 Industrial Drive
Birmingham, AL 35211

Valmont Industries , Inc.
Birmingham Galvanizing
P. O . Box 101021
Atlanta, GA 30392-1021

Vision Service Plan
P.O. Box 742788
Los Angeles, CA 90074-2788

Vulcan Industrial Supply
2790 Pinson Valley Parkway
Birmingham, AL 35217

W-T Machine & Welding
3801 Industrial Drive
Birmingham, AL 35217

Warehouse Equipment and Supply
116 W. Park Drive
P.O. Box 19808
Birmingham, AL 35219

Warren Averettt Kimbrough & Marino LLC
2500 Action Road
Birmingham, AL 35243

# United States Bankruptcy Court
## Northern District of Alabama

In re   Southeastern Plateworks, LLC

Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Southeastern Plateworks, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Lazarus Holdings, LLC
3300 Cahaba Road, Ste. 100
Birmingham, AL 35223

☐ None [*Check if applicable*]

_____   9/25/17

Date

Lee R. Benton ASB-8421-E63L
Signature of Attorney or Litigant
Counsel for   Southeastern Plateworks, LLC
Benton & Centeno, LLP
2019 3rd Ave N
Birmingham, AL 35203
205-278-8000

# United States Bankruptcy Court
## Northern District of Alabama

In re   __Southeastern Plateworks, LLC__          Case No. _____

                             Debtor(s)        Chapter   __11__

## BUSINESS INCOME AND EXPENSES

__FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS__  (NOTE: __ONLY INCLUDE__ information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

       DESCRIPTION                        TOTAL

21. Other (Specify):

       DESCRIPTION                        TOTAL

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 0.00 |

# SEE ATTACHED INCOME STATEMENT

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Southeastern Plateworks, L.L.C.
## Summary Income Statement
### For the Period Ended August 31, 2017

| Account | Title | Current Activity | % | | YTD | % |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| 3100 | Fabrication Revenue | $ 538,043.34 | 60.76 | % | $ 6,853,268.16 | 94.52 |
| 3190 | % Completion Adjustmen | 347,473.00 | 39.24 | | 397,069.00 | 5.48 |
| | Total Income | $ 885,516.34 | 100.00 | % | $ 7,250,337.16 | 100.00 |
| | | | | | | |
| **Cost of Sales** | | | | | | |
| Direct Costs | | | | | | |
| | Materials | $ 249,278.21 | 28.15 | | $ 2,045,187.69 | 28.21 |
| | Labor | 205,588.45 | 23.22 | | 1,369,840.56 | 18.89 |
| 4150 | Freight | 53,700.00 | 6.06 | | 198,984.74 | 2.74 |
| | Subcontractors | 135,543.64 | 15.31 | | 683,347.80 | 9.43 |
| 4170 | Direct Sub-Fabrication | | | | 11,300.04 | .16 |
| | Other Direct Costs | 16,517.32 | 1.87 | | 218,263.86 | 3.01 |
| 4000 | Provision for Loss | | | | | |
| | Total Direct Costs | $ 660,627.62 | 74.60 | % | $ 4,526,924.69 | 62.44 |
| | Contribution Margin | $ 224,888.72 | 25.40 | % | $ 2,723,412.47 | 37.56 |
| | | | | | | |
| Indirect Costs | | | | | | |
| | Total Indirect Costs | $ 325,914.06 | 36.80 | | $ 2,217,089.07 | 30.58 |
| | | | | | | |
| | Gross Margin | $ (101,025.34) | (11.41) | % | $ 506,323.40 | 6.98 |
| | | | | | | |
| S G & A | | | | | | |
| | Office Salaries | $ 85,840.39 | 9.69 | | $ 736,685.72 | 10.16 |
| | Payroll Services & Tax | 6,730.57 | .76 | | 70,344.00 | .97 |
| | Insurance | 12,433.12 | 1.40 | | 114,121.81 | 1.57 |
| | Employee Benefits | 12,043.02 | 1.36 | | 111,364.45 | 1.54 |
| | Office Operations | 15,994.97 | 1.81 | | 145,552.95 | 2.01 |
| | Sales Expense & Travel | 897.03 | .10 | | 22,423.93 | .31 |
| | Other SG&A Expenses | 21,395.32 | 2.42 | | 94,103.66 | 1.30 |
| | Total S G & A | $ 155,334.42 | 17.54 | % | $ 1,294,596.52 | 17.86 |
| | | | | | | |
| | Total Operating Income | $ (256,359.76) | (28.95) | % | $ (788,273.12) | (10.87) |
| | | | | | | |
| | Total Other Income | $ 218.00 | .02 | | $ 163,385.97 | 2.25 |

Confidential:  For Internal Use Only

Date: September 6, 2017  6:25 pm

## Southeastern Plateworks, L.L.C.
Summary Income Statement
For the Period Ended August 31, 2017

| Account | Title | Current Activity | % | YTD | % |
|---------|-------|------------------|---|-----|---|
| | Total Other Expense | | | $ 1,584.26 | .02 |
| | EBITDA | $ (256,141.76) | (28.93) % | $ (626,471.41) | (8.64) |
| | Depreciation | $ 23,778.57 | 2.69 | $ 190,514.13 | 2.63 |
| | Amortization | 338.99 | .04 | 79,840.15 | 1.10 |
| 9500 | Interest Expense | 63,067.20 | 7.12 | 464,153.99 | 6.40 |
| | Net Income | $ (343,326.52) | (38.77) % | $ (1,360,979.68) | (18.77) |

Confidential: For Internal Use Only

Date: September 6, 2017 6:25 pm