# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHEASTERN PLATEWORKS, LLC | ) | Case No. 17-04113 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND APPROVAL OF ADEQUATE PROTECTION PAYMENTS

COMES NOW, Southeastern Plateworks, LLC ("Debtor"), and hereby files this *Motion for Interim Order Authorizing Use of Cash Collateral and Approval of Adequate Protection Payments*, pursuant to 11 U.S.C. § 363(c), to use its cash collateral on an interim basis of 30 days, and make monthly adequate protection payments to Iberia Bank. In support thereof, Debtor states the following:

### Introduction and Background

1.      Debtor operates a steel fabrication and manufacturing business with two locations in the greater Birmingham area. Debtor filed the petition in the above captioned case on September 25, 2017, and seeks to continue its operations while it pursues reorganization.

2.      As of the Petition Date, September 25, 2017, Debtor's operating accounts with Iberia Bank (with account number ending in 9528), had a posted balance of $ 188,153.64.

3.      As of the Petition Date, Debtor has accounts receivable less than 90 days old with a face value of $ 1,310,283.00, and accounts receivable more than 90 days old with a face value of $ 164,595.00.

4.      Debtor's cash and accounts receivable are subject to a security interest in favor of Iberia Bank, which are reflected in the UCC Financing Statements attached hereto as "Exhibit A". Iberia Bank's security interest secures a debt of approximately $ 4.6 million. Debtor's real estate, equipment, and other property are also subject to mortgages and liens in favor of Iberia Bank.

5.      There are other creditors, who have filed UCC financing statements, who may claim an interest in cash or receivables.

6.      To the extent Debtor uses the cash or accounts receivable it possessed at the petition date, it is willing to grant replacement liens of equivalent value in newly acquired cash and receivables, or otherwise provide for adequate protection to the creditor with the senior security interest in those assets. Further, Debtor proposes to pay Iberia Bank adequate protection payments of $19,000 per month, which is equivalent to the interest payments on its pre-petition debt to Iberia Bank.

## Notice to Creditors and Opportunity to Object

7.      As stated above, Iberia Bank appears to have the senior security interest in all of Debtor's pre-petition accounts and receivables. However, there are multiple creditors who may seek to assert an interest in Debtor's property. Therefore, Debtor proposes this Court enter an interim Order granting it authority to use the cash collateral described herein for a period of 30 days. After 30 days, Debtor proposes that the Interim Order become final unless an objection is filed.

## Authority for Relief Requested

8.      Debtor requires access to its cash and accounts receivable to satisfy payroll, pay suppliers, meet overhead, pay utility expenses, make adequate protection payments, pay

professionals as well as to make any other payments. The ability to satisfy these expenses as and when due is essential to the continued management, operation and preservation of the Debtor's business and property during the pendency of this proceedings and avoid immediate and irreparable harm to the estate. In the normal course of business, the Debtor uses cash on hand and cash flow from operations and other sources to fund working capital, capital expenditures and for maintenance of their business and properties. Absent access to cash and receivables, the Debtor will not have adequate unencumbered cash on hand to pay these necessary expenses, and therefore, the uninterrupted use of cash and receivables is critical.

9.     Debtor's use of property of the estate, including "cash collateral" is governed by section 363 of the Bankruptcy Code.  Pursuant to section 363(c)(2) of the Bankruptcy Code, a debtor may use cash collateral as long as "(A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section." 11 U.S.C. § 363(C)(2). Debtor is currently negotiating with Iberia Bank, to obtain its consent to the use of cash and receivable on the terms described herein. In exchange for the use of cash and receivables and other transactions contemplated hereby, Debtor proposes, as adequate protection pursuant to sections 361 and 363 of the Bankruptcy Code, to grant the Iberia Bank replacement liens on post-petition accounts receivable and cash to compensate it for any diminution in value of the pre-petition cash and accounts receivable. Debtor further proposes that the Iberia Bank be granted super-priority administrative expense claims pursuant to sections 503(b) and 507(a)(l) of the Bankruptcy Code.

10.     Debtor submits that the foregoing protections as well as the fact that the use of cash will enable the Debtor to preserve value by maintaining its property and business and adequately protect Iberia Bank from any diminution in value. Hence, Debtor's requested use of

cash and receivables, and the protections afforded to Iberia Bank are reasonable and appropriate under the circumstances.

## Modification of the Automatic Stay

11.     Section 362 of the Bankruptcy Code provides for an automatic stay upon the filing of a bankruptcy petition. Debtor requests, as part an interim order granting this Motion, that the Stay be modified (to the extent applicable) to permit Debtor to (i) grant the security interests, liens and superpriority claims described above as well as to perform such acts as may be requested to assure the perfection and priority of such security interests and liens, and (ii) otherwise implement the terms of any cash collateral order.

WHEREFORE, premises considered, Debtor requests this Court authorize it to utilize its cash collateral and accounts receivable on an interim basis, for a period of 30 days pursuant to the terms proposed in this Motion. Debtor also seeks approval of monthly adequate protection payments to Iberia Bank in the amount of $19,000. Further, Debtor seeks that the Interim Order become final, if no objections are filed, at the end of the 30 day period.

Respectfully submitted this the 26th day of September, 2017

By: /s/ Samuel C. Stephens
Lee R. Benton (Bar No. AS-8421-E63L)
Samuel C. Stephens  (Bar No. ASB 0400-X11T)
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278-8000
Facsimile: (205) 278-8005
Email: lbenton@bcattys.com
          sstephens@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2017, I electronically filed the **MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND APPROVAL OF ADEQUATE PROTECTION PAYMENTS** with the Clerk of the Court using the CM-ECF system, and served a copy of the above and foregoing upon the **Creditor Matrix (copy attached)** by via e-mail where indicated, and by depositing a copy of same in the United States mail, properly addressed and first-class postage prepaid.

Bankruptcy Administrator's Office
Room 132
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203

N. Christian Glenos, Esq.
Bradley, Arant, Boult & Cummings
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

/s/ *Samuel C. Stephens*
Of Counsel

Label Matrix for local noticing
1126-2
Case 17-04113-DSC11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Tue Sep 26 10:21:29 CDT 2017

Southeastern Plateworks, LLC
4466 Pinson Valley Parkway
Birmingham, AL 35215-2940

AAA Industrial Repair, LLC
P. O. Box 31
Odenville, AL 35120-0031

ALACOMP
AlaComp, Dept B
P.O. Box 830520
Birmingham, AL 35283-0520

ARC Document Solutions, LLC
P.O. Box 935491
Atlanta, GA 31193-5491

ATS Specialized Inc.
NW 7130
P.O. Box 1450
Minneapolis, MN 55485-7130

Advantage Capital
909 Pydras Street #2230
New Orleans, LA 70112-4003

AirGas South
P.O. Box 532609
Atalanta, GA 30353-2609

Al's Repairs
P.O. Box 535
Pell City, AL 35125-0535

Alabama Graphics & Eng. Supply
2801 5th Avenue South
Birmingham, AL 35233-2819

Alabama Sling Center, Inc.
P.O. Box 637441
Cincinnati, OH 45263-7441

Allied Energy Comp., LLC
2057 Valleydale Road
Suite 100
Birmingham, AL 35244-2707

Applied Technical Services
1049 Triad Court
Marietta, GA 30062-2259

Argus Steel Products
P. O. Box 25133
Richmond, VA 23260-5133

Aveva, Inc.
10350 Richmond Avenue, Ste. 0
Houston, TX 77042-4269

Barfield Murphy Shank & Smith
P.O. Box 162074
Atlanta, GA 30321-2074

Birmingham District Tax Office
P O Box 13156
Birmingham, AL  35202-3156

Birmingham Fasteners, Inc.
Department #5564
P.O. Box 11407
Birmingham, AL 35246-5564

Black Hawk Inc
930 Blue Gentian Road Suite 400
Eagan, MN 55121-1675

Blue Cross Blue Shield Of Alabama
P.O. Box 360037
Birmingham, AL 35236-0037

Brannon Electrical Motor Co.
3022 6th Ave., South
Birmingham, AL 35233-3593

Bridgestone Hosepower LLC
DBA Hosepower USA
PO Box 861777
Orlando, FL 32886-1777

C&L Wood Products, Inc.
62 Walnut Road
Hartselle, AL 35640-5348

CSM Consulting, Inc.
15117 Laurel Cove Circle
Odessa, FL 33556-3121

Carboline
P.O. Box 931942
Cleveland, OH 44193-0004

Chapel Steel
P.O Box 951928
Dallas, TX 75395-1928

Chatham Steel Corporation
P.O. Box 930362
Atlanta, GA 31193-0362

Chemtall US Inc.
22040 Network Place
Chicago, IL 60673-1220

Cincinnati Fastener
21 East 73rd Street
Cincinnati, OH 45216-2094

Cintas Corporation #0247
P.O. Box 631025
Cincinnati, OH 45263-1025

Dennis Swaney Steel Detailing
Services LLC
P.O. Box 948
Nash, TX 75569-0948

Department of Revenue
Jefferson County Courthouse
Birmingham, AL  35263

Double H Freight LLC
c/oProbilling and Funding Service
PO BOX 2222
Decatur, AL 35609-2222

Dutch Lubricants, LLC
P.O. Box 2365
Columbus, MS 39704-2365

Eastern Industrial Supplies
P.O. Box 75106
Charlotte, NC 28275-0106

Emerson Fann
207 East Side Square
Huntsville, AL 35801-4802

F & S Equipment & Supplies
P.O. Box 2012
Birmingham, AL 35201-2012

FabenCo
2002 Karbach
Houston, TX 77092-8406

Feralloy Corporation
P.O. Box 100174
Atlanta, GA 30384-0174

Fire Safe
P.O. Box 857
Pinson, AL 35126-0857

GHX Industrial LLC
DBA Valley of Birmingham
Dept 207 PO Box 4346
Houston, TX 77210-4346

GWD Con-Serv Inc.
685 Aviation Blvd.
Georgetown, SC 29440-8717

General Counsel
State Department of
Industrial Relations
Montgomery, AL  36102

Gorrie-Regan
2927 Central Ave.
Birmingham, AL 35209-2567

Grainger
Dept   865291371
Palatine, IL 60038-0001

Harsco Industrial IKG
P.O. Box 532875
Atlanta, GA 30353-2875

Hassler Machine Company
3711 Industrial Parkway
Birmingham, AL 35217-5316

Heavy Maintenance Supply
1803 Fifth Avenue
Jasper, AL 35501-5335

Hornsby Steel, Inc.
57 Arena Drive
Cleveland, AL 35049-4036

(p)IBERIA BANK
PO BOX 52747
LAFAYETTE LA 70505-2749

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

International Paint LLC
P.O. Box 847202
Dallas, TX 75284-7202

Jimenez Abel
c/o Frank G. Alfano, Esq.
2323 2nd Avenue North
Birmingham, AL 35203-3807

Johnson Manufacturing Co, Inc.
P.O. Box 96
Princeton, IA 52768-0096

Kennedy Galvanizing, Inc.
301 Industrial Blvd
Cullman, AL 35055

Klockner Metals Corp BIR
NC Receivables Corp
P.O. Box 200040
Dallas, TX 75320-0040

Kloeckner Metals Corp APP
NC Receivables Corp
PO Box 932090
Atlanta, GA 31193-2090

Layton Enviromental Eng, LLC
1900 CrestWood BLVD
Suite 114
Birmingham, AL 35210-2056

Lift One LLC
P.O. Box 602727
Charlotte, NC 28260-2727

Mayer Electric Company
P.O. Box 896537
Charlotte, NC 28289-6537

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Metalplate Galvanizing, L.P.
P.O. Box 1463
Birmingham, AL 35201-1463

Mulvehill Service Company
2604 Decatur Highway
Gardendale, AL 35071-2116

NDS
P.O. Box 382693
Birmingham, AL 35238-2693

New Breed Products
P.O. Box 1781
Bessemer, AL 35021-1781

NexAir LLC
P.O. Box 125
Memphis, TN 38101-0125

O'Neal Steel, Inc.
P.O. Box 934243
Atlanta, GA 31193-4243

Ohio Grating, Inc.
5299 Southway Street SW
Canton, OH 44706-1992

P&R Metals, Inc.
4017 Richard Arrington Blvd N
Birmingham, AL 35212-1101

PPG Architectural Finishes Inc
PO Box 536864
Atlanta, GA 30353-6864

Paul Reaves
2816 Berkeley Drive
Birmingham, AL 35242-4100

Phoenix Metals Company
P.O. Box 932589
Atlanta, GA 31193-2589

Principal Financial Group
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

RangeWay Carriers, LLC
Corporate Billing
Dept. 100 P.O. Box 830604
Birmingham, AL 35283-0604

Research Solutions
P.O. Box 1667
Pelham, AL 35124-5667

Richardson Hardware Co.,
1840 Pinson Street
Tarrant, AL 35217-2418

Robert J Young Company, LLC
MSC 7511
P.O. Box 415000
Nashville, TN 37241-7511

Rolled Alloys, Inc.
Dept 33901
P.O. Box 67000
Detroit, MI 48267-0339

Saginaw Pipe
Department 3316
P.O. Box 2153
Birmingham, AL 35287-3316

Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220-0001

Shred-It USA Birmingham
P.O. Box 13574
New York, NY 10087-3574

SouthEast Crane and Hoist
P.O. Box 1207
Pell City, AL 35125-5207

Southern Bank
221 South 6th Street South
Gadsden, AL 35901-4102

Southern Gas & Supply of Birmingham LLC
125 Thruway Park
Broussard, LA 70518-3601

State Department of Revenue
P O Box 1927
Pelham, AL 35124-5927

State of Alabama Dept. of Revenue
P O Box 320001
Montgomery, AL 36132-0001

Stewart Supply Company Inc.
2068 Valleydale Terrace
Birmingham, AL 35244-1726

The A588 & A572 Steel Company
PO BOX 654013
Dallas, TX 75265-4013

| | | |
|---|---|---|
| The Stewart Organization, Inc.<br>P.O. Box 43427<br>Birmingham, AL 35243-0427 | Tnemec Company, Inc.<br>P.O. Box 843797<br>Dallas, TX 75284-3797 | Turner Supply Company<br>Dept. AT 952976<br>Atlanta, GA 31192-2976 |
| US Securities and Exchange Commission<br>Atlanta Regional Office Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | United Rentals, Inc.<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 |
| Valmont Industries , Inc.<br>Birmingham Galvanizing<br>P. O . Box 101021<br>Atlanta, GA 30392-1021 | Vision Service Plan<br>P.O. Box 742788<br>Los Angeles, CA 90074-2788 | Vulcan Industrial Supply<br>2790 Pinson Valley Parkway<br>Birmingham, AL 35217-1841 |
| W-T Machine & Welding<br>3801 Industrial Drive<br>Birmingham, AL 35217-1375 | Warehouse Equipment and Supply<br>116 W. Park Drive<br>P.O. Box 19808<br>Birmingham, AL 35219-0808 | Warren Averettt Kimbrough & Marino LLC<br>2500 Action Road<br>Birmingham, AL 35243-4219 |
| Weld  Wire Company Inc<br>103 Queens Drive<br>P.O. Box 60340<br>King of Prussia, PA 19406-0340 | WhiteFab, Inc.<br>P.O. Box 36967<br>Birmingham, AL 35236-6967 | Wurth House of Threads, Inc.<br>144 Industrial Drive<br>Birmingham, AL 35211-4466 |
| J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Lee R. Benton<br>Benton & Centeno, LLP<br>2019 Third Avenue North<br>Birmingham, AL 35203-3301 | Samuel Stephens<br>Benton & Centeno, LLP<br>2019 Third Avenue North<br>Birmingham, AL 35203-3301 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Iberia Bank<br>P.O. Box 12440<br>New Iberia, LA 70562 | Internal Revenue Service<br>801 Tom Martin Dr.<br>Birmingham, AL 35211 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Employee Vacation Accrual | End of Label Matrix<br>Mailable recipients   107<br>Bypassed recipients     1<br>Total                  108 | |

# Exhibit A


## CT Lien Solutions
a Wolters Kluwer Business

## Search Results

**KIMBERLY KIRSCH**
**Bradley Arant Boult &**
**Cummings LLP**
**1819 5th Avenue N**
**Birmingham, AL 35203**

Date:          04/15/2016
Order #:       53468086
Customer #:    505826
Reference 1:   0I4101-301014
Reference 2: --

Target Name: **Southeastern Plateworks, LLC**

Jurisdiction: **Secretary of State, Delaware**

Search Type: **Federal Tax Lien**          Searched Through: 03/31/2016
Results:      No Records Found /See Attached Certified Search          Searched: 10 Years

Search Type: **UCC Lien**          Searched Through: 03/31/2016
Results:      See Attached Certified Search with 28 Copies Attached          Searched: 5 Years

SARAH SCHMELZER
Columbus Team 4
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
614-280-3549
Sarah.Schmelzer@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Lien Solutions does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Lien Solutions is not an insurer with regard to this information or these services. Under no circumstances shall CT Lien Solutions be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings.

CERTIFICATE

SEARCHED APRIL 14, 2016 AT 8:21 P.M.
FOR DEBTOR, SOUTHEASTERN PLATEWORKS, LLC

1 OF 7        FINANCING STATEMENT        20110003791

EXPIRATION DATE: 01/03/2021

DEBTOR:      SOUTHEASTERN PLATEWORKS, LLC

4466 PINSON VALLEY PARKWAY     ADDED    01-03-11

BIRMINGHAM, AL 35215

SECURED:    IBERIABANK

2340 WOODCREST PLACE       ADDED    01-03-11

BIRMINGHAM, AL 35209

F I L I N G  H I S T O R Y

20110003791   FILED 01-03-11   AT 12:08 P.M.   FINANCING STATEMENT

20153355699   FILED 08-03-15   AT 5:30 P.M.   CONTINUATION

2 OF 7        FINANCING STATEMENT        20110004062

EXPIRATION DATE: 01/03/2021

DEBTOR:      SOUTHEASTERN PLATEWORKS, LLC

4466 PINSON VALLEY PARKWAY     ADDED    01-03-11



Jeffrey W. Bullock, Secretary of State

20162794608-UCC11
SR# 20162307590

Authentication: 202151503
Date: 04-14-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

### The First State

BIRMINGHAM, AL 35215

SECURED:   IBERIABANK

2340 WOODCREST PLACE          ADDED    01-03-11

BIRMINGHAM, AL 35209


## F I L I N G   H I S T O R Y

20110004062    FILED 01-03-11    AT 12:15 P.M.    FINANCING STATEMENT

20153355673    FILED 08-03-15    AT 5:30 P.M.    CONTINUATION


3 OF 7          FINANCING STATEMENT          20133319010

EXPIRATION DATE: 08/23/2018
DEBTOR:        SOUTHEASTERN PLATEWORKS, L.L.C.

4466 PINSON VALLEY PARKWAY        ADDED    08-23-13

BIRMINGHAM, AL 35801

SECURED:    E. FANN REAL ESTATE, LLC

207 EAST SIDE SQUARE            ADDED    08-23-13

HUNTSVILLE, AL 35801


## F I L I N G   H I S T O R Y



20162794608-UCC11
SR# 20162307590

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202151503
Date: 04-14-16

# Delaware

## The First State

*20133319010    FILED 08-23-13    AT 6:24 P.M.    FINANCING STATEMENT*

*4 OF 7            FINANCING STATEMENT            20133319101*

                     *EXPIRATION DATE: 08/23/2018*
*DEBTOR:*        *SOUTHEASTERN PLATEWORKS, L.L.C.*

                *4466 PINSON VALLEY PARKWAY*        *ADDED    08-23-13*

                *BIRMINGHAM, AL 35215*

*SECURED:*        *ADVANTAGE CAPITAL ALABAMA PARTNERS II, L.P.*

                *207 EAST SIDE SQUARE*        *ADDED    08-23-13*

                *HUNTSVILLE, AL 35801*

### F I L I N G   H I S T O R Y

*20133319101    FILED 08-23-13    AT 6:28 P.M.    FINANCING STATEMENT*

*5 OF 7            FINANCING STATEMENT            20133319184*

                     *EXPIRATION DATE: 08/23/2018*
*DEBTOR:*        *SOUTHEASTERN PLATEWORKS, L.L.C.*

                *4466 PINSON VALLEY PARKWAY*        *ADDED    08-23-13*

                *BIRMINGHAM, AL 35215*





Jeffrey W. Bullock, Secretary of State

20162794608-UCC11
SR# 20162307590

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202151503
Date: 04-14-16



SECURED: REAVES, PAUL

2516 BERKELEY DRIVE     ADDED   08-23-13

BIRMINGHAM, AL 35242

## F I L I N G   H I S T O R Y

20133319184   FILED 08-23-13   AT 6:40 P.M.   FINANCING STATEMENT

6 OF 7     FINANCING STATEMENT     20133319192

EXPIRATION DATE: 08/23/2018

DEBTOR: SOUTHEASTERN PLATEWORKS, L.L.C.

4466 PINSON VALLEY PARKWAY    ADDED   08-23-13

BIRMINGHAM, AL 35215

SECURED: THE SOUTHERN BANK COMPANY

221 SOUTH 6TH STREET    ADDED   08-23-13

GADSDEN, AL 35901

## F I L I N G   H I S T O R Y

20133319192   FILED 08-23-13   AT 6:45 P.M.   FINANCING STATEMENT



Jeffrey W. Bullock, Secretary of State

20162794608-UCC11
SR# 20162307590

Authentication: 202151503
Date: 04-14-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

### The First State



FINANCING STATEMENT          20152753068

EXPIRATION DATE: 06/10/2020
DEBTOR:          SOUTHEASTERN PLATEWORKS, LLC

4466 PINSON VALLEY PARKWAY          ADDED     06-10-15

BIRMINGHAM, AL 35215

SECURED:     JPMORGAN CHASE BANK, N.A.

420 WEST VAN BUREN STREET,          ADDED     06-10-15

MAILCODE IL1-P001

CHICAGO, IL 60606-3534


### F I L I N G   H I S T O R Y

20152753068     FILED 06-10-15     AT 10:00 A.M.     FINANCING STATEMENT

20155588065     FILED 11-24-15     AT 1:24 P.M.     AMENDMENT


### E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, SOUTHEASTERN PLATEWORKS, LLC AS OF
MARCH 31, 2016 AT 11:59 P.M.





20162794608-UCC11
SR# 20162307590

You may verify this certificate online at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

Authentication: 202151503
Date: 04-14-16

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

8008335778

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:08 PM 01/03/2011
INITIAL FILING # 2011 0003791

SRV: 110001639

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

## 1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SOUTHEASTERN PLATEWORKS, LLC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4466 PINSON VALLEY PARKWAY | BIRMINGHAM | AL | 35215 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| LTD LIABILITY COMPANY | DE |

## 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

## 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| IBERIABANK | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2340 WOODCREST PLACE | BIRMINGHAM | AL | 35209 | US |

## 4. This FINANCING STATEMENT covers the following collateral:

Collateral Description - please see attachment

---

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

DE-0-44044868

The following (hereinafter "Mortgaged Property"): a) The Land described on Exhibit A; b) All buildings, structures, equipment, fixtures, machinery, furniture, furnishings, and improvements of every nature whatsoever now or hereafter situated on the Land or used or intended to be used in connection with or with the operation of the Mortgaged Property; c) All easements, rights of way, gores of land, streets, ways, alleys, passages, sewer rights, waters, water courses, water rights and powers, and all estates, licenses, rights, titles, interest, privileges, liberties, tenements, hereditaments, and appurtenances whatsoever, in any way belonging, relating or appertaining now or hereafter to the Mortgaged Property, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, property, possession, claim and demand whatsoever at law, as well as in equity, of the Debtor in and to the same; d) All now existing or hereafter made leases and agreements for use or occupancy of any portion of the Mortgaged Property (the "Leases"); e) All guaranties of the lessees' and any sublessees' performance under any of the Leases; f) All of the rents, income, receipts, revenues, issues and profits now due or which may become due arising or issuing from or out of the Leases or from or out of the Mortgaged Property, and all proceeds payable under any policy of insurance covering loss of rents resulting from untenantability caused by destruction or damage to the Mortgaged Property, together with any and all rights and claims of any kind that the Debtor may have against any such lessee under the Leases or against any f) All of the rents, income, receipts, revenues, issues and profits now due or which may become due arising or issuing from or out of the Leases or from or out of the Mortgaged Property, and all proceeds payable under any policy of insurance covering loss of rents resulting from untenantability causedby destruction or damage to the Mortgaged Property, together with any and all rights and claims of any kind that the Debtor may have against any such lessee under the Leases or against any subtenants or occupants of the Mortgaged Property; g) All awards hereafter made for any taking of or injury to said Mortgaged Property through eminent domain or otherwise, including awards or damages for change of grade, and also any return premiums or other payments upon any insurance, any dividend or other payment made hereafter to the Debtor in any court procedure involving the Mortgaged Property; and h) All cash and non-cash proceeds and all products of any of the foregoing items or types of property described above, including, but not limited to, all insurance, contract and tort proceeds and claims.

This page and any following pages include and merge any text received for the collateral description with any attachments.

Case 17-04113-DSC7    Doc 13    Filed 09/26/17    Entered 09/26/17 10:27:51    Desc Main
Document    Page 18 of 44

# EXHIBIT "A"

**Fleming Road**

A part of the Northwest quarter of the Northwest quarter of Section 27, Township 16 South, Range 2 West, being more particularly described as follows:

Begin at the Northwest corner of Section 27, Township 16 South, Range 2 West and run in an Easterly direction along the North line of said section a distance of 616.25 feet to a point on the centerline of a branch; thence 128 degrees 24 minutes to the right in a Southwesterly direction along the meander of said branch a distance of 42.77 feet to a point; thence 8 degrees 10 minutes to the left in a Southwesterly direction along the meander of said branch a distance of 260.15 feet to a point; thence 33 degrees 19 minutes to the left in a Southerly direction along the meander of said branch a distance of 100.41 feet to a point; thence 24 degrees 41 minutes to the right in a Southwesterly direction along the meander of said branch a distance of 166.63 feet to a point; thence 15 degrees 20 minutes to the left in a Southwesterly direction along the meander of said branch a distance of 191.83 feet to a point; thence 11 degrees 21 minutes 30 seconds to the left in a Southerly direction along the meander of said branch a distance of 167.87 feet to a point; thence 22 degrees 14 minutes 30 seconds to the left in a Southeasterly direction along the meander of said branch a distance of 146.82 feet to a point; thence 14 degrees 55 minutes 30 seconds to the right in a Southeasterly direction along the meander of said branch a distance of 70.44 feet to a point; thence 30 degrees 38 minutes 19 seconds to the left in a Southeasterly direction along the meander of said branch a distance of 167.14 feet; thence turn an angle to the right of 0 degrees 09 minutes 08 seconds and run in a Southeasterly direction for a distance of 74.87 feet to an existing iron pin; thence turn an angle to the right of 54 degrees 23 minutes 30 seconds and run in a Southwesterly direction along the meander of said branch for a distance of 76.51 feet to a point; thence 78 degrees 34 minutes 53 seconds to the right in a Westerly direction a distance of 577.90 feet to a point on the West line of said Section 27; thence 87 degrees 42 minutes 18 seconds to the right in a Northerly direction along said West line of said section, a distance of 1,322.76 feet to the point of beginning.

**Pinson Valley Parkway**

**Parcel IV:**

Part of the South ½ of Section 11, Township 16 South, Range 2 West, Jefferson County, Alabama, being more particularly described as follows:

From the Southeast corner of said Section 11, run in Westerly direction along the South line of said Section 11 for a distance of 4,287.62 feet, more or less, to a point on the

Southeast right of way line of Birmingham Mineral Railroad; thence turn an angle to the right of 120 degrees 49′ and run in a Northeasterly direction along said Southeast right of way line of Birmingham Mineral Railroad for a distance of 1,700.48 feet, more or less, to an existing iron pin being the point of beginning; thence continue in a Northeasterly direction along said Southeast right of way line for a distance of 200.0 feet to an existing iron pin; thence turn an angle to the right of 92 degrees 15′ 26″ and run in a Southeasterly direction for a distance of 573.02 feet to an existing 3 inch iron pipe; thence turn an angle to the left of 27 degrees 43′ 35″ and run in an Easterly direction for a distance of 130.29 feet to an existing iron pin; thence turn an angle to the right of 27 degrees 35′ 37″ and run in a Southeasterly direction for a distance of 705.14 feet to an existing iron pin, being on the Northwest right of way line of Alabama highway # 79; thence turn an angle to the right of 95 degrees 11′ 37″ and run in a Southwesterly direction along said Northwest right of way line for a distance of 200.0 feet; thence turn an angle to the right of 82 degrees 18′ 27″ and run in a Northwesterly direction for a distance of 1,369.41 feet, more or less, to the point of beginning.

**Parcel V:**

A tract of land situated in Section 11, Township 16 South, Range 2 West, in Jefferson County, Alabama, and being more particularly described as follows:

From the intersection of the South line of Section 11, Township 16 South, Range 2 West, with the Southeast right of way line of the Birmingham Mineral Railroad, run Northeasterly along said right of way line 2210.61 feet; thence turn 88 degrees 28′ right and run 524.24 feet; thence turn 83 degrees 0′ right and run 352.56 feet; thence turn 107 degrees 57′ left and run 132.09 feet to the point of beginning; thence turn 17 degrees 24′ left and run 99.06 feet; thence turn 54 degrees 09′ left and run 212.9 feet; thence turn 96 degrees 30′ right and run 690 feet, more or less, to the Northwest right of way line of the new Tarrant Pinson Road; thence turn right and run Southwesterly along said right of way for a distance of 324 feet, more or less, to the Northeast corner of tract conveyed to Arthur L. Best and Raymond L. Best by deed recorded in Volume 5420, page 188, in the Office of the Judge of Probate of Jefferson County, Alabama; thence turn 87 degrees right and along the North line of said Best tract run 704.0 feet, more or less, to the point of beginning. Situated in Jefferson County, Alabama

**PARCELS IV and V above are also described on a combined basis as:**

Part of the South half of Section 11, Township 16 South, Range 2 West, Jefferson County, Alabama, being more particularly described as follows: From the Southeast corner of said Section 11, run in a westerly direction along the South line of said Section 11 for a distance of 4,287.62 feet, more or less, to a point on the southeast right of way line of Birmingham Mineral Railroad; thence turn 120 degrees 49′ and run in a

Case 17-04113-DSC7    Doc 13    Filed 09/26/17    Entered 09/26/17 10:27:51    Desc Main
Document      Page 20 of 44

northeasterly direction along said Southeast right of way line of Birmingham Mineral Railroad for a distance of 1,700.48 feet, more or less, to an existing iron pin, being the point of beginning; thence continue in a northeasterly direction along said Southeast right of way line a distance of 200.02 feet to an existing iron pin; thence turn an angle to the right of 92 degrees 14' 27" and run in a southeasterly direction for a distance of 572.96 feet to an existing 3 inch iron pipe; thence turn an angle to the left of 27 degrees 43' 12" and run in an easterly direction for a distance of 132.09 feet to an existing iron rebar set by Laurence D. Weygand; thence turn an angle to the left of 17 degrees 24' and run in an easterly direction for a distance of 99.06 feet to an existing iron rebar set by Laurence D. Weygand; thence turn an angle to the left of 55 degrees 37' 53" and run in a northeasterly direction for a distance of 217.36 feet to an existing 3' capped iron pipe being on the Southwest right of way line of Kent Road; thence turn an angle to the right of 97 degrees 14' 10" and run in a Southeasterly direction along the Southwest right of way line of Kent Road for a distance of 703.91 feet to an existing iron rebar set by Laurence D. Weygand and being on the Northwest right of way line of Alabama Highway No. 79; thence turn an angle to the right of 98 degrees 38' 41" and run in a southwesterly direction along the northwest right of way line of said Alabama Highway No. 79 for a distance of 527.76 feet to an existing iron rebar; thence turn an angle to the right of 82 degrees 14' 55" and run in a Northwesterly direction for a distance of 1368.24 feet, more or less, to the point of beginning.

SUBJECT TO:

i)      taxes for the year 2011 a lien but not yet payable;

ii)      Drainage Easement and Right-of-way granted Jefferson County, Alabama recorded in Real Volume 423, page 15, and in Real Volume 500, page 125, as recorded in the Office of the Judge of Probate of Jefferson County, Alabama (Fleming Road Property);

iii)      Riparian and other rights created by the fact that subject property lies adjacent to or is bounded by branch (Fleming Road Property);

iv)      Right-of-way granted Alabama Power Company recorded in Volume 3596, page 80, in the Office of the Judge of Probate of Jefferson County, Alabama (Fleming Road Property);

v)      Title to that portion of the property lying within the bounds of any roads or highways (Fleming Road Property);

vi)      right of way granted to Alabama Power Company recorded in Volume 5444, page 286, Real 3620, page 137, Volume 5514, page 99 and Real 132, page 190 (Pinson Valley Property);

vii)      title to all minerals within and underlying the premises together with all mining rights and other rights, privileges and immunities relating thereto as recorded in Real 2743, page 145 (Pinson Valley Property);

viii)      right of way granted to Jefferson County recorded in Real 979, page 935 (Pinson Valley Property);

ix)      16 foot easement for public utilities as reserved by instrument recorded in Volume 6877, page 619; and

x)      Graveyard as described in deed in Volume 52, page 511 (Pinson Valley Property); and

xi)      coal, oil, gas and other mineral and mining rights not owned by Mortgagor.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Gisella Melender      8008335778

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:30 PM 08/03/2015
INITIAL FILING # 2011 0003791
AMENDMENT    # 2015 3355699
SRV: 151127241

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2011 0003791 | ☐ |

| 2. | ☐ | TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|---|
| 3. | ☒ | CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ☐ | ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

TRERTABANK

10. OPTIONAL FILER REFERENCE DATA

DE-0-49178093-50293044

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

8008335778

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000
HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:15 PM 01/03/2011
INITIAL FILING # 2011 0004062

SRV: 110001702

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SOUTHEASTERN PLATEWORKS, LLC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4466 PINSON VALLEY PARKWAY | BIRMINGHAM | AL | 35215 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| LTD LIABILITY COMPANY | DE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| IBERIABANK | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2340 WOODCREST PLACE | BIRMINGHAM | AL | 35209 | US |

4. This FINANCING STATEMENT covers the following collateral:

All now owned or hereafter acquired Contract rights, accounts, notes, bills, acceptances, chattel paper, instruments, proceeds, tax refunds, money on deposit, inventory, goods, wares, equipment, parts, merchandise, supplies, materials, trademarks, service marks, goodwill, copyrights, trade secrets, licenses, patent rights, software, intangible rights, general intangibles, equipment, machinery, furniture, furnishings, fixtures, shelving, office equipment, office supplies, and motor vehicles together with all attachments, accessories, parts, equipment and tools belonging thereto or for use in connection therewith. All proceeds of the goods and intangibles described above. All of books and records relating to the goods and intangibles described above.

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA

DE-0-44044754

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Gisella Melendez      8008335778

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:30 PM 08/03/2015
INITIAL FILING # 2011 0004062
AMENDMENT # 2015 3355673
SRV: 151127239

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE #**<br>2011 0004062 | **1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS. |

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☐ added, **or** give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

IBERIABANK

**10. OPTIONAL FILER REFERENCE DATA**

DE-0-49178080-50293043

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Jeannie Bryant         2565510171

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

MAYNARD, COOPER & GALE, P.C.

655 GALLATIN STREET

HUNTSVILLE AL 35801

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:24 PM 08/23/2013
INITIAL FILING # 2013 3319010

SRV: 131022222

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** SOUTHEASTERN PLATEWORKS, L.L.C. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4466 PINSON VALLEY PARKWAY | BIRMINGHAM | AL | 35801 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| LTD LIABILITY COMPANY | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| E. FANN REAL ESTATE, LLC | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 207 EAST SIDE SQUARE | HUNTSVILLE | AL | 35801 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

Collateral Description - please see attachment

**5.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

### EXHIBIT A

All of the Debtor's right, title and interest in, to and under the following property, whether now owned or hereafter acquired by the Debtor, and whether now existing or hereafter incurred, created, arising or entered into (collectively, the "Property"):

(a)      all Equipment, Fixtures, Inventory and other Tangible Property of Debtor, and any and all accessions and additions thereto, any substitutions and replacements therefor, and all attachments and improvements placed upon or used in connection therewith, or any part thereof;

(b)      all Accounts, Contracts and General Intangibles of Debtor;

(c)      all of Debtor's rights as an unpaid vendor or lienor, including stoppage in transit, replevin, detinue and reclamation;

(d)      all moneys of Debtor, all Deposit Accounts of Debtor in which such moneys may at any time be on deposit or held, all investments or securities of Debtor in which such moneys may at any time be invested and all certificates, instruments and documents of Debtor from time to time representing or evidencing any such moneys;

(e)      all Investment Property of Debtor;

(f)      any other property of Debtor now or hereafter held by Investors or by others for Investors' account;

(g)      all rights, interest, dividends, proceeds, products, rents, royalties, issues and profits of any of the property described in the foregoing granting clauses, whether the product of sale, lease, license, exchange or other disposition of the Property, paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code, and all instruments delivered to Investors in substitution for or in addition to any such property;

(h)      all "supporting obligations" as defined in Article 9A of the UCC; and

(i)      all books, documents, files, ledgers and records (whether on computer or otherwise) covering or otherwise related to any of the property described in the foregoing granting clauses.

The capitalized terms used herein shall have the following meanings:

"Accounts" means any and all rights of Debtor to the payment of money, whether or not evidenced by an instrument or chattel paper (tangible or electronic) or letter-of-credit and whether or not earned by performance, including a right to payment for goods sold, leased, or licensed or for services rendered by Debtor and a right to any amount payable under a Contract or a monetary obligation, and all "accounts" as defined in Article 9A of the UCC.

"Contracts" means all Leases, licenses, requisitions, purchase orders, documents, instruments, letters-of-credit, and chattel paper (tangible or electronic) of Debtor, including any of the same that relate to

{H0130649.1}

any Equipment, Fixtures, Inventory, General Intangibles or other Property described herein, or secure any Accounts, or in connection with which Accounts exist or may be created.

"Deposit Accounts" means all bank accounts and other deposit accounts and lock boxes of Debtor and all "deposit accounts" as defined in Article 9A of the UCC.

"Equipment" means all of Debtor's equipment, machinery, furniture, furnishings, vehicles, tools, spare parts, materials, supplies, store fixtures, leasehold improvements, all other goods (including embedded software to the extent provided for in Article 9A of the UCC) of every kind and nature (other than Inventory and Fixtures).

"Fixtures" means all goods that become so related to particular real estate that an interest in them arises under real estate law.

"General Intangibles" means all choses in action, things in action, causes of action and other assignable intangible property of Debtor of every kind and nature (other than Accounts and Contracts), including corporate, partnership, limited liability company and other business records, intellectual property, good will, inventions, designs, patents (issued and pending), patent applications, trademarks, trade names, trade secrets, service marks, logos, copyrights, copyright applications, registrations, software, licenses, payment intangibles (to the extent not included in Accounts), permits, franchises, tax refund claims, insurance policies and rights thereunder (including any refunds and returned premiums) and any collateral, guaranty, letter-of-credit or other security held by or granted to Debtor to secure payment of Accounts and Contracts and all "general intangibles" as defined in Article 9A of the UCC.

"Inventory" means all goods, merchandise and other personal property held by Debtor for sale or lease or license or furnished or to be furnished by Debtor under contracts of service or otherwise, raw materials, parts, finished goods, work-in-process, scrap inventory and supplies and materials used or consumed, or to be used or consumed, in Debtor's present or any future business, and all such property returned to or repossessed or stopped in transit by Debtor, whether in transit or in the constructive, actual or exclusive possession of Debtor or of Secured Party or held by Debtor or any other person for Secured Party's account and wherever the same may be located, including all such property that may now or hereafter be located on the premises of Debtor or upon any leased location or upon the premises of any carriers, forwarding agents, warehousemen, vendors, selling agents, processors or third parties, and all "inventory" as defined in Article 9A of the UCC.

"Investment Property" means all of Debtor's certificated and uncertificated securities, securities accounts and security entitlements, commodity accounts and commodity contracts, and all "investment property" as defined in Article 8 and 9A of the UCC.

"Leases" means (i) all leases and use agreements of personal property entered into by Debtor as lessor with other persons as lessees, and all rights of Debtor under such leases and agreements, including the right to receive and collect all rents and other moneys (including security deposits) at any time payable under such leases and agreements, whether paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code; and (ii) all leases and use agreements of

{H0130649.1}

Southeastern Plateworks, L.L.C. – Debtor
E. FANN REAL ESTATE, LLC – Secured Party

personal property entered into by Debtor as lessee with other persons as lessor, and all rights, titles and interests of Debtor thereunder, including the leasehold interest of Debtor in such property and all options to purchase such property or to extend any such lease or agreement.

"Tangible Property" means all Equipment, Fixtures, Inventory, and other tangible personal property of Debtor.

{H0130649.1}

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Jeannie Bryant                                        2565510171

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
MAYNARD, COOPER & GALE, P.C.

655 GALLATIN STREET

HUNTSVILLE AL 35801
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:28 PM 08/23/2013
INITIAL FILING # 2013 3319101

SRV: 131022235

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** SOUTHEASTERN PLATEWORKS, L.L.C. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4465 PINSON VALLEY PARKWAY | BIRMINGHAM | AL | 35215 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** ADVANTAGE CAPITAL ALABAMA PARTNERS II, L.P. | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 207 EAST SIDE SQUARE | HUNTSVILLE | AL | 35801 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

Collateral Description - please see attachment

---

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

15709-3

## EXHIBIT A

All of the Debtor's right, title and interest in, to and under the following property, whether now owned or hereafter acquired by the Debtor, and whether now existing or hereafter incurred, created, arising or entered into (collectively, the "Property"):

(a)     all Equipment, Fixtures, Inventory and other Tangible Property of Debtor, and any and all accessions and additions thereto, any substitutions and replacements therefor, and all attachments and improvements placed upon or used in connection therewith, or any part thereof;

(b)     all Accounts, Contracts and General Intangibles of Debtor;

(c)     all of Debtor's rights as an unpaid vendor or lienor, including stoppage in transit, replevin, detinue and reclamation;

(d)     all moneys of Debtor, all Deposit Accounts of Debtor in which such moneys may at any time be on deposit or held, all investments or securities of Debtor in which such moneys may at any time be invested and all certificates, instruments and documents of Debtor from time to time representing or evidencing any such moneys;

(e)     all Investment Property of Debtor;

(f)     any other property of Debtor now or hereafter held by Investors or by others for Investors' account;

(g)     all rights, interest, dividends, proceeds, products, rents, royalties, issues and profits of any of the property described in the foregoing granting clauses, whether the product of sale, lease, license, exchange or other disposition of the Property, paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code, and all instruments delivered to Investors in substitution for or in addition to any such property;

(h)     all "supporting obligations" as defined in Article 9A of the UCC; and

(i)     all books, documents, files, ledgers and records (whether on computer or otherwise) covering or otherwise related to any of the property described in the foregoing granting clauses.

The capitalized terms used herein shall have the following meanings:

"Accounts" means any and all rights of Debtor to the payment of money, whether or not evidenced by an instrument or chattel paper (tangible or electronic) or letter-of-credit and whether or not earned by performance, including a right to payment for goods sold, leased, or licensed or for services rendered by Debtor and a right to any amount payable under a Contract or a monetary obligation, and all "accounts" as defined in Article 9A of the UCC.

"Contracts" means all Leases, licenses, requisitions, purchase orders, documents, instruments, letters-of-credit, and chattel paper (tangible or electronic) of Debtor, including any of the same that relate to

{H0130649.1}

any Equipment, Fixtures, Inventory, General Intangibles or other Property described herein, or secure any Accounts, or in connection with which Accounts exist or may be created.

"Deposit Accounts" means all bank accounts and other deposit accounts and lock boxes of Debtor and all "deposit accounts" as defined in Article 9A of the UCC.

"Equipment" means all of Debtor's equipment, machinery, furniture, furnishings, vehicles, tools, spare parts, materials, supplies, store fixtures, leasehold improvements, all other goods (including embedded software to the extent provided for in Article 9A of the UCC) of every kind and nature (other than Inventory and Fixtures).

"Fixtures" means all goods that become so related to particular real estate that an interest in them arises under real estate law.

"General Intangibles" means all choses in action, things in action, causes of action and other assignable intangible property of Debtor of every kind and nature (other than Accounts and Contracts), including corporate, partnership, limited liability company and other business records, intellectual property, good will, inventions, designs, patents (issued and pending), patent applications, trademarks, trade names, trade secrets, service marks, logos, copyrights, copyright applications, registrations, software, licenses, payment intangibles (to the extent not included in Accounts), permits, franchises, tax refund claims, insurance policies and rights thereunder (including any refunds and returned premiums) and any collateral, guaranty, letter-of-credit or other security held by or granted to Debtor to secure payment of Accounts and Contracts and all "general intangibles" as defined in Article 9A of the UCC.

"Inventory" means all goods, merchandise and other personal property held by Debtor for sale or lease or license or furnished or to be furnished by Debtor under contracts of service or otherwise, raw materials, parts, finished goods, work-in-process, scrap inventory and supplies and materials used or consumed, or to be used or consumed, in Debtor's present or any future business, and all such property returned to or repossessed or stopped in transit by Debtor, whether in transit or in the constructive, actual or exclusive possession of Debtor or of Secured Party or held by Debtor or any other person for Secured Party's account and wherever the same may be located, including all such property that may now or hereafter be located on the premises of Debtor or upon any leased location or upon the premises of any carriers, forwarding agents, warehousemen, vendors, selling agents, processors or third parties, and all "inventory" as defined in Article 9A of the UCC.

"Investment Property" means all of Debtor's certificated and uncertificated securities, securities accounts and security entitlements, commodity accounts and commodity contracts, and all "investment property" as defined in Article 8 and 9A of the UCC.

"Leases" means (i) all leases and use agreements of personal property entered into by Debtor as lessor with other persons as lessees, and all rights of Debtor under such leases and agreements, including the right to receive and collect all rents and other moneys (including security deposits) at any time payable under such leases and agreements, whether paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code; and (ii) all leases and use agreements of

{H0130649.1}

personal property entered into by Debtor as lessee with other persons as lessor, and all rights, titles and interests of Debtor thereunder, including the leasehold interest of Debtor in such property and all options to purchase such property or to extend any such lease or agreement.

"<u>Tangible Property</u>" means all Equipment, Fixtures, Inventory, and other tangible personal property of Debtor.

{110130649.1}

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Jeannie Bryant                                  2565510171

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MAYNARD, COOPER & GALE, P.C.

655 GALLATIN STREET

HUNTSVILLE AL 35801

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:40 PM 08/23/2013
INITIAL FILING # 2013 3319184

SRV: 131022261

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | |
| SOUTHEASTERN PLATEWORKS, L.L.C. | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4466 PINSON VALLEY PARKWAY | BIRMINGHAM | AL | 35215 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | |
| | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | |
| | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | REAVES | PAUL | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2516 BERKELEY DRIVE | BIRMINGHAM | AL | 35242 | US |

4. This FINANCING STATEMENT covers the following collateral:

Collateral Description - please see attachment

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

15789-3

## EXHIBIT A

All of the Debtor's right, title and interest in, to and under the following property, whether now owned or hereafter acquired by the Debtor, and whether now existing or hereafter incurred, created, arising or entered into (collectively, the "Property"):

(a)     all Equipment, Fixtures, Inventory and other Tangible Property of Debtor, and any and all accessions and additions thereto, any substitutions and replacements therefor, and all attachments and improvements placed upon or used in connection therewith, or any part thereof;

(b)     all Accounts, Contracts and General Intangibles of Debtor;

(c)     all of Debtor's rights as an unpaid vendor or lienor, including stoppage in transit, replevin, detinue and reclamation;

(d)     all moneys of Debtor, all Deposit Accounts of Debtor in which such moneys may at any time be on deposit or held, all investments or securities of Debtor in which such moneys may at any time be invested and all certificates, instruments and documents of Debtor from time to time representing or evidencing any such moneys;

(e)     all Investment Property of Debtor;

(f)     any other property of Debtor now or hereafter held by Investors or by others for Investors' account;

(g)     all rights, interest, dividends, proceeds, products, rents, royalties, issues and profits of any of the property described in the foregoing granting clauses, whether the product of sale, lease, license, exchange or other disposition of the Property, paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code, and all instruments delivered to Investors in substitution for or in addition to any such property;

(h)     all "supporting obligations" as defined in Article 9A of the UCC; and

(i)     all books, documents, files, ledgers and records (whether on computer or otherwise) covering or otherwise related to any of the property described in the foregoing granting clauses.

The capitalized terms used herein shall have the following meanings:

"Accounts" means any and all rights of Debtor to the payment of money, whether or not evidenced by an instrument or chattel paper (tangible or electronic) or letter-of-credit and whether or not earned by performance, including a right to payment for goods sold, leased, or licensed or for services rendered by Debtor and a right to any amount payable under a Contract or a monetary obligation, and all "accounts" as defined in Article 9A of the UCC.

"Contracts" means all Leases, licenses, requisitions, purchase orders, documents, instruments, letters-of-credit, and chattel paper (tangible or electronic) of Debtor, including any of the same that relate to

{1T0130649.1}

any Equipment, Fixtures, Inventory, General Intangibles or other Property described herein, or secure any Accounts, or in connection with which Accounts exist or may be created.

"Deposit Accounts" means all bank accounts and other deposit accounts and lock boxes of Debtor and all "deposit accounts" as defined in Article 9A of the UCC.

"Equipment" means all of Debtor's equipment, machinery, furniture, furnishings, vehicles, tools, spare parts, materials, supplies, store fixtures, leasehold improvements, all other goods (including embedded software to the extent provided for in Article 9A of the UCC) of every kind and nature (other than Inventory and Fixtures).

"Fixtures" means all goods that become so related to particular real estate that an interest in them arises under real estate law.

"General Intangibles" means all choses in action, things in action, causes of action and other assignable intangible property of Debtor of every kind and nature (other than Accounts and Contracts), including corporate, partnership, limited liability company and other business records, intellectual property, good will, inventions, designs, patents (issued and pending), patent applications, trademarks, trade names, trade secrets, service marks, logos, copyrights, copyright applications, registrations, software, licenses, payment intangibles (to the extent not included in Accounts), permits, franchises, tax refund claims, insurance policies and rights thereunder (including any refunds and returned premiums) and any collateral, guaranty, letter-of-credit or other security held by or granted to Debtor to secure payment of Accounts and Contracts and all "general intangibles" as defined in Article 9A of the UCC.

"Inventory" means all goods, merchandise and other personal property held by Debtor for sale or lease or license or furnished or to be furnished by Debtor under contracts of service or otherwise, raw materials, parts, finished goods, work-in-process, scrap inventory and supplies and materials used or consumed, or to be used or consumed, in Debtor's present or any future business, and all such property returned to or repossessed or stopped in transit by Debtor, whether in transit or in the constructive, actual or exclusive possession of Debtor or of Secured Party or held by Debtor or any other person for Secured Party's account and wherever the same may be located, including all such property that may now or hereafter be located on the premises of Debtor or upon any leased location or upon the premises of any carriers, forwarding agents, warehousemen, vendors, selling agents, processors or third parties, and all "inventory" as defined in Article 9A of the UCC.

"Investment Property" means all of Debtor's certificated and uncertificated securities, securities accounts and security entitlements, commodity accounts and commodity contracts, and all "investment property" as defined in Article 8 and 9A of the UCC.

"Leases" means (i) all leases and use agreements of personal property entered into by Debtor as lessor with other persons as lessees, and all rights of Debtor under such leases and agreements, including the right to receive and collect all rents and other moneys (including security deposits) at any time payable under such leases and agreements, whether paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code; and (ii) all leases and use agreements of

{H0130649.1}

personal property entered into by Debtor as lessee with other persons as lessor, and all rights, titles and interests of Debtor thereunder, including the leasehold interest of Debtor in such property and all options to purchase such property or to extend any such lease or agreement.

"Tangible Property" means all Equipment, Fixtures, Inventory, and other tangible personal property of Debtor.

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Jeannie Bryant                                    2565510171

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MAYNARD, COOPER & GALE, P.C.

655 GALLATIN STREET

HUNTSVILLE AL 35801

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:45 PM 08/23/2013
INITIAL FILING # 2013 3319192

SRV: 131022268

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SOUTHEASTERN PLATEWORKS, L.L.C. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4466 PINSON VALLEY PARKWAY | BIRMINGHAM | AL | 35215 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THE SOUTHERN BANK COMPANY | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 221 SOUTH 6TH STREET | GADSDEN | AL | 35901 | US |

4. This FINANCING STATEMENT covers the following collateral:

Collateral Description - please see attachment

| 5. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

15789-3

## EXHIBIT A

All of the Debtor's right, title and interest in, to and under the following property, whether now owned or hereafter acquired by the Debtor, and whether now existing or hereafter incurred, created, arising or entered into (collectively, the "Property"):

(a)     all Equipment, Fixtures, Inventory and other Tangible Property of Debtor, and any and all accessions and additions thereto, any substitutions and replacements therefor, and all attachments and improvements placed upon or used in connection therewith, or any part thereof;

(b)     all Accounts, Contracts and General Intangibles of Debtor;

(c)     all of Debtor's rights as an unpaid vendor or lienor, including stoppage in transit, replevin, detinue and reclamation;

(d)     all moneys of Debtor, all Deposit Accounts of Debtor in which such moneys may at any time be on deposit or held, all investments or securities of Debtor in which such moneys may at any time be invested and all certificates, instruments and documents of Debtor from time to time representing or evidencing any such moneys;

(e)     all Investment Property of Debtor;

(f)     any other property of Debtor now or hereafter held by Investors or by others for Investors' account;

(g)     all rights, interest, dividends, proceeds, products, rents, royalties, issues and profits of any of the property described in the foregoing granting clauses, whether the product of sale, lease, license, exchange or other disposition of the Property, paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code, and all instruments delivered to Investors in substitution for or in addition to any such property;

(h)     all "supporting obligations" as defined in Article 9A of the UCC; and

(i)     all books, documents, files, ledgers and records (whether on computer or otherwise) covering or otherwise related to any of the property described in the foregoing granting clauses.

The capitalized terms used herein shall have the following meanings:

"Accounts" means any and all rights of Debtor to the payment of money, whether or not evidenced by an instrument or chattel paper (tangible or electronic) or letter-of-credit and whether or not earned by performance, including a right to payment for goods sold, leased, or licensed or for services rendered by Debtor and a right to any amount payable under a Contract or a monetary obligation, and all "accounts" as defined in Article 9A of the UCC.

"Contracts" means all Leases, licenses, requisitions, purchase orders, documents, instruments, letters-of-credit, and chattel paper (tangible or electronic) of Debtor, including any of the same that relate to

{I10130649.1}

any Equipment, Fixtures, Inventory, General Intangibles or other Property described herein, or secure any Accounts, or in connection with which Accounts exist or may be created.

"Deposit Accounts" means all bank accounts and other deposit accounts and lock boxes of Debtor and all "deposit accounts" as defined in Article 9A of the UCC.

"Equipment" means all of Debtor's equipment, machinery, furniture, furnishings, vehicles, tools, spare parts, materials, supplies, store fixtures, leasehold improvements, all other goods (including embedded software to the extent provided for in Article 9A of the UCC) of every kind and nature (other than Inventory and Fixtures).

"Fixtures" means all goods that become so related to particular real estate that an interest in them arises under real estate law.

"General Intangibles" means all choses in action, things in action, causes of action and other assignable intangible property of Debtor of every kind and nature (other than Accounts and Contracts), including corporate, partnership, limited liability company and other business records, intellectual property, good will, inventions, designs, patents (issued and pending), patent applications, trademarks, trade names, trade secrets, service marks, logos, copyrights, copyright applications, registrations, software, licenses, payment intangibles (to the extent not included in Accounts), permits, franchises, tax refund claims, insurance policies and rights thereunder (including any refunds and returned premiums) and any collateral, guaranty, letter-of-credit or other security held by or granted to Debtor to secure payment of Accounts and Contracts and all "general intangibles" as defined in Article 9A of the UCC.

"Inventory" means all goods, merchandise and other personal property held by Debtor for sale or lease or license or furnished or to be furnished by Debtor under contracts of service or otherwise, raw materials, parts, finished goods, work-in-process, scrap inventory and supplies and materials used or consumed, or to be used or consumed, in Debtor's present or any future business, and all such property returned to or repossessed or stopped in transit by Debtor, whether in transit or in the constructive, actual or exclusive possession of Debtor or of Secured Party or held by Debtor or any other person for Secured Party's account and wherever the same may be located, including all such property that may now or hereafter be located on the premises of Debtor or upon any leased location or upon the premises of any carriers, forwarding agents, warehousemen, vendors, selling agents, processors or third parties, and all "inventory" as defined in Article 9A of the UCC.

"Investment Property" means all of Debtor's certificated and uncertificated securities, securities accounts and security entitlements, commodity accounts and commodity contracts, and all "investment property" as defined in Article 8 and 9A of the UCC.

"Leases" means (i) all leases and use agreements of personal property entered into by Debtor as lessor with other persons as lessees, and all rights of Debtor under such leases and agreements, including the right to receive and collect all rents and other moneys (including security deposits) at any time payable under such leases and agreements, whether paid or accruing before or after the filing of any petition by or against Debtor under the United States Bankruptcy Code; and (ii) all leases and use agreements of

{H0130649.1}

Southeastern Plateworks, L.L.C. – Debtor
THE SOUTHERN BANK COMPANY – Secured Party

personal property entered into by Debtor as lessee with other persons as lessor, and all rights, titles and interests of Debtor thereunder, including the leasehold interest of Debtor in such property and all options to purchase such property or to extend any such lease or agreement.

"<u>Tangible Property</u>" means all Equipment, Fixtures, Inventory, and other tangible personal property of Debtor.

{H0130649.1}

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   15498 - JPMORGAN

    CT Lien Solutions            48384506
    P.O. Box 29071
    Glendale, CA 91209-9071       DEDE

File with: Secretary of State, DE

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 10:00 AM 06/10/2015
INITIAL FILING # 2015 2753068

SRV: 150957194

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Southeastern Plateworks, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4466 Pinson Valley Parkway | Birmingham | AL | 35215 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 420 West Van Buren Street, Mailcode IL1-P001 | Chicago | IL | 60606-3534 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All accounts receivable which arise out of the sale of goods and services by the debtor (referred to as "Supplier") to MeadWestvaco Corporation, a Delaware corporation and/or its subsidiaries or affiliates (individually or collectively, "Buyer"), which accounts receivable are now or in the future assigned and sold by Supplier to the Investors pursuant to the Receivables Purchase Agreement among Supplier, the Investors party thereto and the Investor Agent party thereto, as amended, modified or supplemented from time to time (each, a "Purchased Receivable"), but only from and after the date such Purchased Receivables are sold by Supplier to Investor, and all Ancillary Rights with respect to such Purchased Receivables.

"Ancillary Rights" shall mean, with respect to any Purchased Receivable, all contract rights arising from the sale of goods or the rendition of services which gave rise to such Purchased Receivable; all other obligations for the payment of money arising therefrom; all collateral, insurance, supporting obligations, and guaranties therefore; the rights to goods and property represented thereby or associated therewith; all rights and remedies against the Buyer and/or third parties obligated thereon or goods associated therewith; the books and records with respect thereto and the proceeds of any of the foregoing.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
48384506        0000022714                                   MeadWestVaco

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
GISELLA MELENDEZ 800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**
EFILING@WOLTERSKLUWER.COM

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

P.O. BOX 29071
GLENDALE, CA 91209-9071
US

Delaware Department of State
U.C.C. Filing Section
Filed: 01:24 PM 11/24/2015
U.C.C. Initial Filing No: 2015 2753068
Amendment No: 20155588065
Service Request No: 20151063469

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20152753068

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes: ☐ This Change affects ☐ Debtor or ☐ Secured Party of record

**AND** Check **one** of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☑ **COLLATERAL CHANGE:** Also check **one** of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
ALL ACCOUNTS RECEIVABLE WHICH ARISE OUT OF THE SALE OF GOODS AND SERVICES BY THE DEBTOR (REFERRED TO AS "SUPPLIER") TO THE SUBSIDIARIES AND AFFILIATES OF WESTROCK COMPANY, A DELAWARE CORPORATION (INDIVIDUALLY OR COLLECTIVELY, "BUYER"), WHICH ACCOUNTS RECEIVABLE ARE NOW OR IN THE FUTURE ASSIGNED AND SOLD BY SUPPLIER TO THE INVESTORS PARTY TO THE RECEIVABLES PURCHASE AGREEMENT AMONG SUPPLIER, THE INVESTORS PARTY THERETO AND THE INVESTOR AGENT PARTY THERETO, AS AMENDED, MODIFIED OR SUPPLEMENTED FROM TIME TO TIME (EACH, A "PURCHASED RECEIVABLE"), BUT ONLY FROM AND AFTER THE DATE SUCH PURCHASED

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JPMORGAN CHASE BANK, N.A. | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
DE-0-51366605-50774280

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
20152753068

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

**12a. ORGANIZATION'S NAME**
JPMORGAN CHASE BANK, N.A.

OR

**12b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**                   **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

**13a. ORGANIZATION'S NAME**

OR

| **13b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
|---|---|---|---|

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**
RECEIVABLES ARE SOLD BY SUPPLIER TO INVESTOR, AND ALL ANCILLARY RIGHTS WITH RESPECT TO
SUCH PURCHASED RECEIVABLES. "ANCILLARY RIGHTS" SHALL MEAN, WITH RESPECT TO ANY PURCHASED
RECEIVABLE, ALL CONTRACT RIGHTS ARISING FROM THE SALE OF GOODS OR THE RENDITION OF
SERVICES WHICH GAVE RISE TO SUCH PURCHASED RECEIVABLE; ALL OTHER OBLIGATIONS FOR THE
PAYMENT OF MONEY ARISING THEREFROM; ALL COLLATERAL, INSURANCE, SUPPORTING OBLIGATIONS,
AND GUARANTIES THEREFORE; THE RIGHTS TO GOODS AND PROPERTY REPRESENTED THEREBY OR
ASSOCIATED THEREWITH; ALL RIGHTS AND REMEDIES AGAINST THE BUYER AND/OR THIRD PARTIES
OBLIGATED THEREON OR GOODS ASSOCIATED THEREWITH; THE BOOKS AND RECORDS WITH RESPECT
THERETO AND THE PROCEEDS OF ANY OF THE FOREGOING.

**15. This FINANCING STATEMENT AMENDMENT:**

☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**16. Name and address of a RECORD OWNER of real estate described in item 17**
(if Debtor does not have a record interest):

**17. Description of real estate:**

**18. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**19. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
20152753068

**20. NAME** OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| 20a. ORGANIZATION'S NAME |
|---|
| JPMORGAN CHASE BANK, N.A. |

OR

| 20b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**22. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (22a or 22b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 24b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 25b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**26. MISCELLANEOUS:**