## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SOUTHEASTERN PLATEWORKS, LLC,** | ) | **Case No: 17-04113** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as attorney of record for secured lender IberiaBank in the above-styled bankruptcy case.

Dated this 26th day of September, 2017.

Respectfully submitted,

/s/ N. Christian Glenos
N. Christian Glenos
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8721
Facsimile: (205) 488-6721
Email: cglenos@bradley.com
*Attorney for secured lender IberiaBank*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system which will send notification to all parties of record.


/s/ N. Christian Glenos
N. Christian Glenos

Case 17-04113-DSC7    Doc 15    Filed 09/26/17    Entered 09/26/17 10:51:53    Desc Main
Document      Page 2 of 2