# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **SOUTHEASTERN PLATEWORKS, LLC** | ) ) ) | Case No. 17-04113-DSC-11 |
| | ) | |
| Debtor. | ) | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), Daniel D. Sparks of Christian & Small LLP hereby enters an appearance as attorney of record for Advantage Capital Alabama, a creditor and party-in-interest in the above captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 2002, the undersigned attorneys of record requests that, without limitation, all notices given or required to be given in this case, and all other documents served or required to be served in this case, be given to and served upon the following:

Daniel D. Sparks
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
ddsparks@csattorneys.com
(205) 795-6588

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in 11 U.S.C. Section 1109(b), or in Bankruptcy Rules 2002, 3017 through 3022, 4001, or 9007, including, without limitation, notices of any Orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, hand delivered, telefax, telegraph, teletex or otherwise which affect or seek to affect the above case.

Dated this the 27th day of September, 2017.

/s/ Daniel D. Sparks
Daniel D. Sparks, Attorney for
Advantage Capital Alabama, Creditor

OF COUNSEL:
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing instrument was served on the following via the means indicated for each, on this the 27th day of September, 2017.

/s/ Daniel D. Sparks
Daniel D. Sparks

Via CM/ECF Notice:

Lee R. Benton
Samuel Stephens
Benton & Centeno LLP
2019 Third Ave. North
Birmingham, AL 35203
lbenton@bcattys.com
sstephens@bcattys.com

Nicholas Christian Glenos
James Blake Bailey
Attorneys for IberiaBank
Bradley Arant Boult Cummings LLP
1819 Fifth Ave. North
Birmingham, AL 35203
cglenos@bradley.com
bbailey@bradley.com

Via U S Mail:

Thomas Corbett
Office of U S Bankruptcy Administrator
1800 5th Ave. North
Birmingham, AL 35203