IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Bankruptcy Case # |
| **Southeastern Plateworks, LLC** | ) | **17-04113-DSC-11** |
| | ) | |

**APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

COMES NOW the Bankruptcy Administrator for the Northern District of Alabama and pursuant to 11 U.S.C. §1102 appoints the following creditors to serve on the Official Committee of Unsecured Creditors of Southeastern Plateworks, LLC:

**Metalplate Galvanizing L.P.**
Attn: Randall C. Shealy
1120 39th Street North
Birmingham, AL 35234

(205) 595-4700

**Saginaw Pipe Co., Inc.**
Attn: Jim Boteler
P.O. Box 8
Saginaw, AL 35137

(205) 664-3670

**F & S Equipment & Supplies, Inc.**
Attn: Donice Key
3221 2nd Avenue South
Birmingham, AL 35222

(205) 323-8363

/s/ Jon A. Dudeck
**Jon A. Dudeck**
Assistant U.S. Bankruptcy Administrator

Dated: October 18, 2017

Robert S. Vance Federal Building
1800 Fifth Avenue North, Third Floor
Birmingham, Alabama 35203
(205)714-3830

## CERTIFICATE OF SERVICE

This is to certify that on this the 18th day of October, 2017, I have served a copy of the foregoing on the committee members as listed above by depositing the same in the United States Mail, postage prepaid and properly addressed, and by electronic mail to the email addresses provided by the committee members on their completed questionnaire submitted to the U. S. Bankruptcy Administrator. If the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has also been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

/s/ Jon A. Dudeck
**Jon A. Dudeck**
Assistant U.S. Bankruptcy Administrator