UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

SOUTHEASTERN PLATEWORKS, LLC,    )    CASE NO. 17-04113-DSC
                                 )    CHAPTER 11
        DEBTOR.                  )

### APPLICATION BY THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR APPROVAL OF EMPLOYMENT OF C. TAYLOR CROCKETT AS CONFLICTS COUNSEL, NUNC PRO TUNC, EFFECTIVE NOVEMBER 2, 2017

Pursuant to 11 U.S.C. §§327, 328, 330, 503, 1103 and Bankruptcy Rule 2014(a),

_____    the Trustee of the captioned bankruptcy case

___X___    the Official Unsecured Creditors Committee (the "Committee") in Chapter 11 of

the Bankruptcy Code, requests the Court to approve the employment of C. Taylor Crockett, 2067 Columbiana Road, Birmingham, AL 35216, as Conflicts Counsel relating to matters with Iberia Bank and Blue Cross Blue Shield to represent or assist the Committee in carrying out its duties. In support of this request, Applicant represents as follows:

1.   The person whose employment is requested (hereinafter "said person")

   (a)   is professionally qualified and licensed, if required, for such employment;

   (b)   does not hold or represent an interest adverse to the estate;

   (c)   is a disinterested person as that term is defined in §101(13) of the Bankruptcy Code;

   (d)   has not served as an examiner in this case; and

   (e)   is not employed by and does not represent a creditor in this case.

2.   The Committee requires the services of Conflicts Counsel who is qualified and experienced in Chapter 11 matters.

3. The professional services to be rendered are as follows:

   To give legal advice and assist the Committee related to the acts, conduct, assets, liabilities, financial conditions of the Debtor, the operation of the Debtor's business, and any other matter relevant to this Case, and to perform such other legal services as may be required and in the interest of the unsecured creditors and as directed by the Committee as they relate to Iberia Bank and Blue Cross/Blue Shield.

4. The reasons for the selection of said person are:

   Counsel has extensive experience in Chapter 11 proceedings.

5. All of said person's connections with the Debtor, creditors, other parties in interest, and with their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, are as follows:

   None.

6. The representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other entity with whom or with which said person is professionally associated.

7. Applicant proposes the following reasonable terms and conditions of said person's employment subject to the Court's approval under 11 U.S.C. §§ 330 and 331.

Allowance for expenses (if any):

Reimbursement of all actual and necessary expenses.

Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation:

C. Taylor Crockett - $375.00 per hour for all work and services performed.

Contingent fee basis (if applicable):
N/A

**WHEREFORE**, the Committee respectfully requests that: (a) its employment of C. Taylor Crockett to represent it in this Case under Chapter 11 of the Bankruptcy Code be approved *nunc pro tunc* to November 2, 2017, on the terms set forth in this Application and any orders of this Court with respect to payment procedures for professionals in this Case, and (b) provide such other and further relief as is just and proper.

Respectfully submitted this the 30th day of NOV, 2017.

C. Taylor Crockett

Conflicts Counsel for the Official
Committee of Unsecured Creditors

OF COUNSEL:
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, AL 35216
Telephone: (205) 978-3550

# CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on this the 30th day of November, 2017.


J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203
Thomas_corbett@alnba.uscourts.gov

Jon A. Dudeck
Assistant US Bankruptcy Administrator
Jon_dudeck@alnba.uscourts.gov

Lee R. Benton
Samuel C. Stephens
Benton & Centeno, LLP
lbenton@bcattys.com
sstephens@bcattys.com

Joe A. Joseph
James P. Roberts
Marc P. Solomon
Derek F. Meek
Burr & Forman LLP
jjoseph@burr.com
jroberts@burr.com
msolomon@burr.com
dmeek@burr.com

James B. Bailey
N. Christian Glenos
Bradley Arant Boult Cummings LLP
jbailey@bradley.com
cglenos@bradley.com

Charles N. Parnell
Parnell & Parnell, PA
bkrp@parnellsoutheast.com

Bill D. Bensinger
Daniel D. Sparks
Christian & Small, LLP
bdbensinger@csattorneys.com
ddsparks@csattorneys.com

Evan N. Parrott
Maynard, Cooper & Gale, P.C.
eparrott@maynardcooper.com

_____
C. Taylor Crockett
OF COUNSEL