UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: )
) Case No. 17-04113
SOUTHEASTERN PLATEWORKS, LLC, )
) Chapter 11
Debtor. )

### APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL *NUNC PRO TUNC* (Turner, Padget, Graham, & Laney P.A.)

COMES NOW Debtor In Possession, Southeastern Plateworks, LLC (hereinafter referred "Debtor"), and respectfully submits the instant Application for Approval of Employment of Special Counsel pursuant to 11 U.S.C. § 327(e) and Bankruptcy Rule 2014(a). In support of said Application the Debtor requests the Court to approve the employment of Turner, Padget, Graham & Laney P.A. (hereinafter "Applicants") to represent and assist Debtor, as Special Counsel, in asserting Debtor's mechanic's and materialman lien rights and demands for bond coverage against Commonwealth Dynamics, LTD with regard to property owned by the South Carolina Public Service Authority ("Santee Cooper").

For this request, Debtor and Applicants represent as follows:

1. The Applicants, Turner, Padget, Graham & Laney P.A. whose employment is requested:

    (a) are professionally qualified and licensed in South Carolina for such employment;
    (b) are not owed money by the Debtor;
    (c) do not hold or represent an interest adverse to the Debtor with regard to contemplated representation, except as may be disclosed herein; and
    (d) their employment is in the best interest of the Estate.

2. Attorneys of Turner, Padget, Graham & Laney P.A. currently represent Santee Cooper in a completely unrelated matter before the South Carolina Workers' Compensation Commission. This representation has been disclosed to the Debtor, and should not in any way effect Applicant's proposed representation. Altogether different attorneys at Applicant are involved in this unrelated representation. Debtor has signed an engagement letter and conflict waiver attached hereto as "Exhibit A".

3. The specific facts showing the necessity for the employment requested are as follows:

> Applicants have been retained by Debtor, pending Court approval, to collect a debt owed to Debtor by Commonwealth Dynamics, LTD. Applicants will collect this debt by, among other thing, asserting mechanics and materialman lien rights against the property and for bond coverage where the material provided by Debtor were used. This property and project belongs to Santee Cooper, and is located in South Carolina.

4. The professional services to be rendered are as follows:

To act as attorneys for Debtor in asserting Debtor's mechanics lien rights and related collection efforts.

5. The reasons for the selection of Applicants are:

    (a) Applicants are well qualified and experienced in these matters;

    (b) Applicants have expertise with respect to the specific area of law applicable to South Carolina mechanics lien rights;

    (c) The areas of representation by Applicants require specialized knowledge, expertise and substantial experience;

6. The representations made in this Application with respect to Applicants apply to each of partner, and associate, and members of the firm, professional corporation or other entity with whom or with which the Applicants are professionally associated.

7. The services of the attorneys are engaged by the debtor in possession under the following circumstances:

   A. Attorneys of Applicants have agreed to bill for his services at an hourly rate of:

   | | |
   |---|---|
   | Ian McVey | $ 275.00 per hour |
   | Kristen Nichols | $ 250.00 per hour |
   | Samuel V. Priddy | $ 225.00 per hour |
   | Paralegals | $ 125.00 per hour |

8. From time to time, or on an interim basis, and at the conclusion of the representation for the litigation identified herein, or as soon as practicable thereafter, Applicants shall file an Application for Compensation with the Court, which Application shall contain information with respect to time spent on such services and such other information as the Court may require and shall itemize with specificity the costs and/or expenses for which reimbursement is sought. Said persons will be heard by the Court in its normal and customary manner, at which time the Court may allow or disallow the Application for Compensation in whole or in part.

9. With the condition that the Court may allow different compensation after the conclusion of Applicant's employment, if the terms and conditions here proposed prove to have been improvident in light of the developments not capable of being presently anticipated, Applicants proposes the reasonable terms and conditions of Applicants' employment as described in the paragraph next herein above.

10. Any amounts paid to Applicants will be subject to and within the amounts already contemplated and approved for Debtor's professionals in the *Amended Stipulated Order Authorizing Debtor's Limited Use of Cash Collateral, Granting Adequate Protection, and Granting Related Relief* [Doc. 83], and any subsequent amendments to that order.

11. Applicants request their employment be authorized *nunc pro tunc* to December 14, 2017, which is when its work on behalf of Debtor began.

Respectfully submitted this the 20th day of December, 2017.

/s/ _____
Lee R. Benton (ASB-8421-E631)
Samuel C. Stephens (ASB-0400-X11T)
Counsel for Debtor In Possession

**OF COUNSEL:**
BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205) 278-8000
Facsimile: (205) 278-8008
Email: lbenton@bcattys.com

The above *Application for Employment of Special Counsel* was read and consented to by:

_____
Southeastern Plateworks
By: Ben Lyon
Its GENERAL MANAGER

## VERIFIED STATEMENT OF PERSONS TO BE EMPLOYED

By their signatures below, the undersigned hereby certify that they have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. § 1746, each of the undersigned declare under penalty of perjury that the statements there made with reference to them and their professional associates are true and correct.

Date: 12/20/17

Kristen N. Nichols

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service and by mailing a copy to the **Creditor Matrix**.

Bankruptcy Administrator's Office
Room 132
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203

N. Christian Glenos, Esq.
Bradley, Arant, Boult & Cummings
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

/s/ Lee R. Benton
Of Counsel

```
Label Matrix for local noticing              AMERICAN EXPRESS BANK, FSB                  Advantage Capital Alabama
1126-2                                       C/O BECKET AND LEE LLP                      c/o Christian & Small LLP
Case 17-04113-DSC11                          PO BOX 3001                                 1800 Financial Center
NORTHERN DISTRICT OF ALABAMA                 MALVERN, PA 19355-0701                      505 N. 20th Street
Birmingham                                                                               Birmingham, AL 35203-4633
Thu Dec 21 11:26:46 CST 2017

Blue Cross and Blue Shield of Alabama        Blue Cross and Blue Shield of Alabama       Chapel Steel Corporation
c/o James P. Roberts                         c/o Joe A. Joseph                           c/o Parnell & Parnell, P.A.
Burr & Forman LLP                            Burr & Forman LLP                           P.O. Box 2189
420 N. 20th Street                           420 N. 20th Street                          Montgomery, AL 36102-2189
Suite 3400                                   Suite 3400
Birmingham, AL 35203-3284                    Birmingham, AL 35203-3284

F & S Equipment & Supplies, Inc.             IberiaBank                                  Metalplate Galvanizing L.P.
Attn: Donice Key                             Bradley Arant Boult Cummings, LLP           Attn: Randall C. Shealy
3221 2nd Avenue South                        Attn:  Chris Glenos                         1120 39th Street North
Birmingham, AL 35222-1701                    One Federal Place                           Birmingham, AL 35234-2456
                                             1819 5th Avenue North
                                             Birmingham, AL 35203-2120

O'NEAL STEEL, INC.                           Official Committee of Unsecured Creditors of  Saginaw Pipe Co., Inc.
Maynard, Cooper & Gale c/o Evan Parrott      c/o Burr & Forman LLP                       Attn: Jim Boteler
11 North Water Street                        420 20th Street North, Suite 3400           P O Box 8
Suite 24290                                  Birmingham, AL 35203-5210                   Saginaw, AL 35137-0008
Mobile, AL 36602-5024

Southeastern Plateworks, LLC                 U. S. Bankruptcy Court                      1049 Triad Court
4466 Pinson Valley Parkway                   Robert S. Vance Federal Building            1049
Birmingham, AL 35215-2940                    1800 5th Avenue North                       Marietta, GA 30062-2259
                                             Birmingham, AL 35203-2111


AAA Industrial Repair, LLC                   ALACOMP                                     ARC Document Solutions, LLC
P. O. Box 31                                 AlaComp, Dept B                             P.O. Box 935491
Odenville, AL 35120-0031                     P.O. Box 830520                             Atlanta, GA 31193-5491
                                             Birmingham, AL 35283-0520


ATS Specialized Inc.                         Advantage Capital                           AirGas South
NW 7130                                      909 Pydras Street #2230                     P.O. Box 532609
P.O. Box 1450                                New Orleans, LA 70112-4003                  Atalanta, GA 30353-2609
Minneapolis, MN 55485-7130


Al's Repairs                                 Alabama Graphics & Eng. Supply              Alabama Sling Center, Inc.
P.O. Box 535                                 2801 5th Avenue South                       P.O. Box 637441
Pell City, AL 35125-0535                     Birmingham, AL 35233-2819                   Cincinnati, OH 45263-7441


Allied Energy Comp., LLC                     Applied Technical Services                  Argus Steel Products
2057 Valleydale Road                         1049 Triad Court                            P. O. Box 25133
Suite 100                                    Marietta, GA 30062-2259                     Richmond, VA 23260-5133
Birmingham, AL 35244-2707


Aveva, Inc.                                  Babcock & Wilcox                            Barfield Murphy Shank & Smith
10350 Richmond Avenue, Ste. 0                20 South Van Buren Avenue                   P.O. Box 162074
Houston, TX 77042-4269                       Barberton, OH 44203-3585                    Atlanta, GA 30321-2074
```

| | | |
|---|---|---|
| Birmingham District Tax Office<br>P O Box 13156<br>Birmingham, AL  35202-3156 | Birmingham Fasteners, Inc.<br>Department #5564<br>P.O. Box 11407<br>Birmingham, AL 35246-5564 | Black Hawk Inc<br>930 Blue Gentian Road Suite 400<br>Eagan, MN 55121-1675 |
| Blackhawk Incorporated<br>2520 Pilot Knob Road Suite 300<br>Mendota Heights, MN 55120-1146 | Blue Cross Blue Shield Of Alabama<br>P.O. Box 360037<br>Birmingham, AL 35236-0037 | Brannon Electrical Motor Co.<br>3022 6th Ave., South<br>Birmingham, AL 35233-3593 |
| Bridgestone Hosepower LLC<br>DBA Hosepower USA<br>PO Box 861777<br>Orlando, FL 32886-1777 | C&L Wood Products, Inc.<br>62 Walnut Road<br>Hartselle, AL 35640-5348 | CSM Consulting, Inc.<br>15117 Laurel Cove Circle<br>Odessa, FL 33556-3121 |
| Carboline<br>P.O. Box 931942<br>Cleveland, OH 44193-0004 | Chapel Steel<br>P.O Box 951928<br>Dallas, TX 75395-1928 | Chapel Steel Corporation<br>590 North Bethlehem Pike<br>Attn: Justin Koniz<br>PA<br>Lower Gwynedd, PA 19002-2641 |
| Chatham Steel Corporation<br>P.O. Box 930362<br>Atlanta, GA 31193-0362 | Chemtall US Inc.<br>22040 Network Place<br>Chicago, IL 60673-1220 | Cincinnati Fastener<br>21 East 73rd Street<br>Cincinnati, OH 45216-2094 |
| Cintas Corporation #0247<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Dennis Swaney Steel Detailing<br>Services LLC<br>P.O. Box 948<br>Nash, TX 75569-0948 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham, AL  35263 |
| Double H Freight LLC<br>c/oProbilling and Funding Service<br>PO BOX 2222<br>Decatur, AL 35609-2222 | Dutch Lubricants, LLC<br>P.O. Box 2365<br>Columbus, MS 39704-2365 | E. Fann Real Estate LLC<br>207 Eastside Square<br>Huntsville, AL 35801-4802 |
| Eastern Industrial Supplies<br>P.O. Box 75106<br>Charlotte, NC 28275-0106 | Emerson Fann<br>207 East Side Square<br>Huntsville, AL 35801-4802 | ExxonMobil<br>Baton Rouge Refinery<br>P.O. Box 4275<br>Houston, TX 77210-4275 |
| F & S Equipment & Supplies<br>P.O. Box 2012<br>Birmingham, AL 35201-2012 | FabenCo<br>2002 Karbach<br>Houston, TX 77092-8406 | Feralloy Corporation<br>8755 West Higgins Road<br>Suite 970<br>Chicago IL 60631-2735 |
| Feralloy Corporation<br>P.O. Box 100174<br>Atlanta, GA 30384-0174 | Fire Safe<br>P.O. Box 857<br>Pinson, AL 35126-0857 | Fuel Tech<br>27601 Bella Vista Parkway<br>Warrenville, IL 60555-1617 |

GHX Industrial LLC
DBA Valley of Birmingham
Dept 207 PO Box 4346
Houston, TX 77210-4346

GWD Con-Serv Inc.
685 Aviation Blvd.
Georgetown, SC 29440-8717

General Counsel
State Department of
Industrial Relations
Montgomery, AL 36102

Gorrie-Regan
2927 Central Ave.
Birmingham, AL 35209-2567

Grainger
Dept   865291371
Palatine, IL 60038-0001

Hamon Research-Cottrell, Inc.
P.O. Box 1500
Somerville, NJ 08876-1251

Harmon Cusodis, Inc.
58 E Main Street
Somerville, NJ 08876-2312

Harsco Industrial IKG
Attn: Credit & Collections
PO Box 310
Channelview, TX 77530-0310

Harsco Industrial IKG
P.O. Box 532875
Atlanta, GA 30353-2875

Hassler Machine Company
3711 Industrial Parkway
Birmingham, AL 35217-5316

Heavy Maintenance Supply
1803 Fifth Avenue
Jasper, AL 35501-5335

Hornsby Steel, Inc.
57 Arena Drive
Cleveland, AL 35049-4036

(p)IBERIA BANK
PO BOX 52747
LAFAYETTE LA 70505-2749

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

International Paint LLC
P.O. Box 847202
Dallas, TX 75284-7202

Jimenez Abel
c/o Frank G. Alfano, Esq.
2323 2nd Avenue North
Birmingham, AL 35203-3807

Johnson Manufacturing Co, Inc.
P.O. Box 96
114 Lost Grove Road
Princeton, IA 52768-7728

Johnson Manufacturing Co, Inc.
P.O. Box 96
Princeton, IA 52768-0096

Kennedy Galvanizing, Inc.
301 Industrial Blvd
Cullman, AL 35055

Klockner Metals Corp BIR
NC Receivables Corp
P.O. Box 200040
Dallas, TX 75320-0040

Kloeckner Metals Corp APP
NC Receivables Corp
PO Box 932090
Atlanta, GA 31193-2090

Layton Enviromental Eng, LLC
1900 CrestWood BLVD
Suite 114
Birmingham, AL 35210-2056

Lift One LLC
P.O. Box 602727
Charlotte, NC 28260-2727

Mayer Electric Company
P.O. Box 896537
Charlotte, NC 28289-6537

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135-3150

Metalplate Galvanizing, L.P.
P.O. Box 1463
Birmingham, AL 35201-1463

Mulvehill Service Company
2604 Decatur Highway
Gardendale, AL 35071-2116

NDS
P.O. Box 382693
Birmingham, AL 35238-2693

| | | |
|---|---|---|
| New Breed Products<br>P.O. Box 1781<br>Bessemer, AL 35021-1781 | NexAir LLC<br>P.O. Box 125<br>Memphis, TN 38101-0125 | O'Neal Steel, Inc.<br>P.O. Box 934243<br>Atlanta, GA 31193-4243 |
| Ohio Grating, Inc.<br>5299 Southway Street SW<br>Canton, OH 44706-1992 | P&R Metals, Inc.<br>4017 Richard Arrington Blvd N<br>Birmingham, AL 35212-1101 | PPG Architectural Finishes Inc<br>PO Box 536864<br>Atlanta, GA 30353-6864 |
| Paul Reaves<br>1622 San Giovanni Drive<br>Miramar Beach, FL 32550-5812 | Paul Reaves<br>2816 Berkeley Drive<br>Birmingham, AL 35242-4100 | Phoenix Metals Company<br>P.O. Box 932589<br>Atlanta, GA 31193-2589 |
| Principal Financial Group<br>PLIC-SBD Grand Island<br>P.O. Box 10372<br>Des Moines, IA 50306-0372 | RJ Young Company<br>809 Division St<br>Nashville TN 37203-4145 | RangeWay Carriers, LLC<br>Corporate Billing<br>Dept. 100 P.O. Box 830604<br>Birmingham, AL 35283-0604 |
| Research Solutions<br>P.O. Box 1667<br>Pelham, AL 35124-5667 | Research Solutions Group, Inc.<br>PO Box 1667<br>Pelham, AL 35124-5667 | Richardson Hardware Co.,<br>1840 Pinson Street<br>Tarrant, AL 35217-2418 |
| Robert J Young Company, LLC<br>MSC 7511<br>P.O. Box 415000<br>Nashville, TN 37241-7511 | Rolled Alloys, Inc.<br>Dept 33901<br>P.O. Box 67000<br>Detroit, MI 48267-0339 | Saginaw Pipe<br>Department 3316<br>P.O. Box 2153<br>Birmingham, AL 35287-3316 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave. NW<br>Washington, DC 20220-0001 | Shred-It USA Birmingham<br>P.O. Box 13574<br>New York, NY 10087-3574 | Shred-It USA LLC<br>7734 S 133rd Street<br>Omaha, NE 68138-3499 |
| SouthEast Crane and Hoist<br>P.O. Box 1207<br>Pell City, AL 35125-5207 | Southern Bank<br>221 South 6th Street South<br>Gadsden, AL 35901-4102 | Southern Gas & Supply of Birmingham LLC<br>125 Thruway Park<br>Broussard, LA 70518-3601 |
| Southern Gas and Supply of Birmingham LLC<br>Attn: Lisa Gintz/Cheryl Smith<br>4709 Bluebonnet Blvd., Suite A<br>Baton Rouge, LA 70809-9655 | State Department of Revenue<br>P O Box 1927<br>Pelham, AL 35124-5927 | State of Alabama Dept. of Revenue<br>P O Box 320001<br>Montgomery, AL 36132-0001 |
| Stewart Supply Company Inc.<br>2068 Valleydale Terrace<br>Birmingham, AL 35244-1726 | TNEMEC Company, Inc.<br>6800 Corporate Drive<br>Kansas City, MO 64120-1372 | The A588 & A572 Steel Company<br>PO BOX 654013<br>Dallas, TX 75265-4013 |

The Stewart Organization, Inc.
P.O. Box 43427
Birmingham, AL 35243-0427

Tnemec Company, Inc.
P.O. Box 843797
Dallas, TX 75284-3797

Turner Supply Company
Dept. AT 952976
Atlanta, GA 31192-2976

US Securities and Exchange Commission
Atlanta Regional Office Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

United Conveyor Company
2100 Norman Drive West
Waukegan, IL 60085-6753

United Rentals, Inc.
Attn: James Griffin
6125 Lakeview Road #300
Charlotte, NC 28269-2616

United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

Valmont Industries, Inc.
Birmingham Galvanizing
P. O. Box 101021
Atlanta, GA 30392-1021

Vision Service Plan
P.O. Box 742788
Los Angeles, CA 90074-2788

Vulcan Industrial Supply
2790 Pinson Valley Parkway
Birmingham, AL 35217-1841

W-T Machine & Welding
3801 Industrial Drive
Birmingham, AL 35217-1375

Warehouse Equipment and Supply
116 W. Park Drive
P.O. Box 19808
Birmingham, AL 35219-0808

Warren Averettt Kimbrough & Marino LLC
2500 Action Road
Birmingham, AL 35243-4219

Weld Wire Company Inc
103 Queens Drive
P.O. Box 60340
King of Prussia, PA 19406-0340

WhiteFab, Inc.
P.O. Box 36967
Birmingham, AL 35236-6967

William J. Lowery
1240 Main Street
Gardendale, AL 35071-2494

Wurth House of Threads, Inc.
144 Industrial Drive
Birmingham, AL 35211-4466

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Jon A Dudeck
Bankruptcy Administrator-Bham Office
1800 5th Ave N Rm 132
Birmingham, AL 35203-2126

Lee R. Benton
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203-3301

Samuel Stephens
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203-3301

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Iberia Bank
P.O. Box 12440
New Iberia, LA 70562

Internal Revenue Service
801 Tom Martin Dr.
Birmingham, AL 35211

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)P & R Metals, Inc. | (d)AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | (d)Applied Technical Services, Inc<br>1049 Triad Court<br>Marietta, GA 30062-2259 |
| (u)Employee Vacation Accrual | (u)Hamon Research-Cottrell, Inc.<br>P.O. Box 1500<br>Somervil | (d)Southern Bank Company<br>221 South 6th Street South<br>Gadsden, AL 35901-4102 |
| (d)W-T Machine & Welding, Inc.<br>3801 Industrial Drive<br>Birmingham, AL 35217-1375 | End of Label Matrix<br>Mailable recipients 141<br>Bypassed recipients 7<br>Total 148 | |

# Exhibit A

**Kristen N. Nichols**

Writer's Direct Dial: (843) 576-2836
Writer's Direct Fax: (843) 577-1659
Email: knichols@turnerpadget.com

December 20, 2017December 14, 2017

*Via E-mail Only*
Mr. Ben Lyon
Southeastern Plateworks, LLC
blyon@southeasternplateworks.com

Re: South Carolina Mechanic's Lien Litigation

Dear Mr. Lyon:

Subject to Bankruptcy Court approval of our representation and its terms, we welcome Southeastern Plateworks, LLC as a client and confirm the engagement of Turner Padget Graham & Laney in accordance with the terms of this letter. We are grateful for the opportunity to serve Southeastern Plateworks, LLC and shall strive to provide Southeastern Plateworks, LLC with effective and efficient legal services. Ultimately, satisfaction with our services is the key to a successful professional relationship. This should begin with a mutual understanding of expectations regarding services to be performed and requires full and candid communications between us. Please let us know if you have any questions regarding any aspect of the matters the firm is handling for Southeastern Plateworks, LLC

Our firm believes that one of the best first steps toward an effective attorney-client relationship is an engagement letter that explains our services. To that end, we send this letter describing the terms under which we agree to provide legal services, effective upon receipt from you of an executed copy of this letter but subject to Bankruptcy Court approval in the case of Southeastern Plateworks, LLC, BK No. 17-04113-DSC-11. We ask that you read this letter carefully and ask us any questions you may have.

Turner Padget's client will be the Chapter 11 Bankruptcy estate of Southeastern Plateworks, LLC. We have not been requested to, nor do we, by this letter, undertake representation of any other company, business, person, officer, director, employee, or parent, subsidiary, or affiliated entity.

### Scope of representation

Based on our understanding, our engagement will involve assistance with filing a mechanics lien or bond claim for materials fabricated and delivered to a jobsite in Cross, Berkeley County, South Carolina. We understand that from time to time Southeastern Plateworks, LLC may request that we provide legal services as to other matters. We will be

Page **1** of **5**

Case 17-04113-DSC7    Doc 89    Filed 12/21/17    Entered 12/21/17 11:32:46    Desc Main
Document    Page 14 of 20

pleased to provide such services, subject to reaching a mutual written understanding as to the nature and scope of the services to be provided and our determination that we may undertake the

## TURNER PADGET

representation in accordance with applicable standards of professional responsibility and ethics. Please be advised that we are not currently engaged to provide Southeastern Plateworks, LLC with any type of tax counsel.

Unless directed otherwise, you will be our primary contact with responsibility for Southeastern Plateworks, LLC matters, and we will direct our communications to you unless and until instructed otherwise.

We will act on Southeastern Plateworks, LLC's behalf in all reasonable respects. Any advices on our part concerning the outcome of legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are limited by our knowledge of the facts and are based on the law and the facts known to us at the time they are expressed.

We will keep Southeastern Plateworks, LLC and its counsel advised of the status of this matter and of significant developments as they occur. We ask that Southeastern Plateworks, LLC keep us advised of changes or developments that might affect the matters within the scope of our representation.

Kristen N. Nichols and Ian D. McVey will be the attorneys at Turner Padget primarily responsible for this and other Southeastern Plateworks, LLC matters, including staffing and billing. They may be assisted by other attorneys and professionals as needed. We have a number of attorneys and professionals within the firm with various capabilities. Depending upon the particular issues with which we might be involved in the future with this matter, when attention by one of these other individuals would most effectively and efficiently serve Southeastern Plateworks, LLC's interests, such individuals will become involved.

The firm's fee structure is based upon hourly rates for all attorneys, paralegals and law clerks. Our hourly rates for attorneys will be billed according to the following schedule: Ian McVey will bill at a rate of $275 per hour; Kristen Nichols will bill at the rate of $250 per hour; and Paralegals and law clerks bill at the rate of $125 per hour. On the first of each succeeding year, Turner Padget may change its billing rates for its attorneys and other professionals. All attorneys, paralegals, and law clerks record time expended on hourly fee matters in increments of one-tenth of an hour, which serve as the basis for the hourly charges. Travel will be billed at the attorney's hourly rate as defined above. Time will be kept in one-tenth of an hour increments, kept contemporaneous with the described services.

Should it be necessary to use other attorneys or professionals, they will be billed at their regular hourly rates. Additionally, all costs incurred in the handling of the file which are passed on to the client are itemized on the statement. Such costs may include fees for expert witnesses,

consultants, travel, computer legal research, court reporters and couriers. Expenses for third party services exceeding $100.00 will be submitted to Southeastern Plateworks, LLC for direct payment to the vendor, rather than included on our statement. Upon Bankruptcy Court approval, and in conformity with our Court approved Application, we would appreciate Southeastern Plateworks, LLC paying any invoices we send in a prompt fashion.

# TURNER PADGET

We will submit our bills directly, on a monthly basis, itemizing any charges advanced on Southeastern Plateworks, LLC's behalf. Our bills will be formatted to identify the date upon which tasks are performed, a general description of the work performed on that date, and the time expended for such daily work. Bills will include the time reasonably required if anyone in our firm is requested to testify about the subject matter of our representation.

Southeastern Plateworks, LLC will be billed on a monthly basis for attorney and other professional time, as well as for costs incurred. We reserve the right to charge one percent (1%) interest per month on all unpaid balances after thirty days. We will provide notice to Southeastern Plateworks, LLC if the approved billing account for this matter becomes delinquent, and Southeastern Plateworks, LLC agrees to promptly bring the account current. If the delinquency continues and payment terms are not arranged that are satisfactory to us, we may seek to withdraw from representation in a manner which is consistent with applicable rules of professional conduct. Southeastern Plateworks, LLC agrees to pay the costs of collecting the outstanding debt, including court costs, filing fees, and reasonable attorney's fees.

Our fees and expenses are not contingent upon the final resolution of this matter. In conformity with and Court approved Application, our invoices are payable upon receipt. Billing concerns are best resolved promptly while the activities are easily recalled. For that reason, you agree to carefully read all invoices and promptly notify us, in writing, of any claimed errors or discrepancies within thirty days from the invoice date.

In the unlikely event that we are required to institute legal proceedings to collect fees and disbursements, the prevailing party will be entitled to reasonable attorney fees and other costs of collection.

At all times, Southeastern Plateworks, LLC has the right to terminate our engagement upon notice to us, but such termination shall not affect Southeastern Plateworks, LLC's obligation to pay for all approved services rendered and expenses incurred prior to the time of such termination and in connection with an orderly transition of the matter.

We reserve the right to request the Court allow us to withdraw from our representation of any client upon reasonable notice if our fees and expenses are not paid when due under the terms of our engagement; or if any other material terms of our engagement are not honored by Southeastern Plateworks, LLC; or if Southeastern Plateworks, LLC does not reasonably cooperate with us or follow our advice as we deem necessary for us to perform our engagement

properly; or if such withdrawal is otherwise required by applicable rules of professional conduct. Upon such withdrawal, Southeastern Plateworks, LLC shall continue to be obligated to pay for all approved services rendered and expenses incurred prior to the effectiveness of such withdrawal.

# TURNER PADGET

If our engagement is terminated by you, or if we withdraw from representation, we expect you to take all steps necessary to free us of any obligation to perform further services, including the execution and filing of any papers necessary to terminate our representation or affect our withdrawal.

Upon conclusion of this engagement, we will maintain Southeastern Plateworks, LLC's file in accordance with our records retention policy. Generally, after seven (7) years, files are destroyed.

Also, our engagement will be deemed ended, unless there is a subsequent request that we perform additional services for Southeastern Plateworks, LLC.

If the provisions as set forth in this letter are acceptable, please sign below, keep a copy for yourself, and return the original signed letter to us via email. A photocopy, scanned, or facsimile copy of this letter and signatures shall have the same force and effect as an original. Please note that we will not begin substantive work on the file until the engagement letter is remitted even before Court approval, but upon a requested *nunc pro tunc* basis. We are very appreciative of the opportunity to assist Southeastern Plateworks, LLC with its legal needs.

Very truly yours,

TURNER PADGET GRAHAM & LANEY P.A.

Kristen N. Nichols

I agree with the terms as outlined in this letter.

Southeastern Plateworks, LLC

By: BEN LYON
Its: GENERAL MANAGER

Date: 12/20/17

Case 17-04113-DSC7    Doc 89    Filed 12/21/17    Entered 12/21/17 11:32:46    Desc Main
Document      Page 18 of 20

# Turner | Padget

Kristen N. Nichols

Writer's Direct Dial: (843) 576-2836
Writer's Direct Fax: (843) 577-1659
Email: knichols@turnerpadget.com

December 14, 2017

VIA EMAIL: blyon@southeasternplateworks.com
Southeastern Plateworks, LLC
ATTN: Ben Lyon
4466 Pinson Valley Parkway
Birmingham, AL 35215

Re: South Carolina Mechanic's Lien Litigation

Dear Ben:

This correspondence follows our earlier communication wherein I requested a conflict waiver for Turner Padget Graham & Laney, P.A. in the above-referenced matter. As you know, Southeastern Plateworks, LLC ("SEPW") has retained this firm to represent it in a mechanic's lien action against Commonwealth Dynamics, LTD with regard to a project on property owned by the South Carolina Public Service Authority ("Santee Cooper") in Berkeley County, South Carolina. As I disclosed in my earlier communication, this firm currently represents the South Carolina Public Service Authority ("Santee Cooper") in certain matters before the South Carolina Workers' Compensation Commission. Any action filed will likely require the naming of Santee Cooper as party as it is part owner of the real property.

Rule 1.7(b) of the South Carolina Rule of Professional Conduct provides, in pertinent part, as follows:

Notwithstanding the existence of a concurrent conflict of interest under paragraph (a), a lawyer may represent a client if:

(1) The lawyer reasonably believes that the lawyer will be able to provide competent and diligent representation to each affected client;

(2) the representation is not prohibited by law;

(3) the representation does not involve the assertion of a claim by one client against another client in the same litigation or other proceeding before a tribunal; and each affected client gives informed consent, confirmed in writing.

As I have indicated, this firm believes it can continue to competently represent SEPW in the Mechanic's Lien action while we handle Santee Cooper's Workers' Compensation matters.

TURNER PADGET GRAHAM & LANEY P.A.   www.turnerpadget.com   P 843-576-2800   F 843-577-3369
Columbia | Charleston | Greenville | Florence | Myrtle Beach   40 Calhoun St., Suite 200 (29401) | P.O. Box 22129, Charleston, SC 29413

The representations are separate and distinct and handled by different members of our firm. We further believe that this representation is not prohibited by law nor does it require us to assert a claim by one client against the other in the same litigation or proceeding. We would, therefore, respectfully request that SEPW acknowledge the disclosure of these conflicts and consent to the waiver of same. I have affixed a signature block below for your consent and appreciate your agreeing to do so. I also appreciate your continuing confidence in Turner Padget Graham & Laney, P.A.

Please do not hesitate to contact me should you have any questions.

With kind regards, I am

Yours truly,

TURNER PADGET GRAHAM & LANEY, P.A.

*Kristen N. Nichols*

**I ACKNOWLEDGE THE DISCLOSURE OF THE CONFLICT OF INTEREST AS SET FORTH ABOVE AND CONSENT TO WAIVE SAID CONFLICT.**

SOUTHEASTERN PLATEWORKS, LLC

By: *Ben Lyon*
BEN LYON
Its: GENERAL MANAGER
Date: 12/19/17

Page 2 of 2